AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Headwater Research LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:23-cv-00397-JRG-RSP |
| AT&T Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                                    .

Date:    09/05/2023                                                       /s/ Kristopher Davis
                                                                                          *Attorney's signature*

                                                                                Kristopher Davis CA Bar No. 329627
                                                                                   *Printed name and bar number*

                                                                                        Russ August & Kabat
                                                                                  12424 Wilshire Blvd., 12th Floor
                                                                                       Los Angeles, CA 90025
                                                                                                 *Address*

                                                                                          kdavis@raklaw.com
                                                                                              *E-mail address*

                                                                                           (310) 826-7474
                                                                                           *Telephone number*

                                                                                           (310) 826-6991
                                                                                              *FAX number*

Print            Save As...                                                                                        Reset