| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>4608-003 | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | |
| Plaintiff: Headwater Research LLC<br>Defendant: AT&T Inc., et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00397-JRG-RSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Case Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Related Cases; Notice of Designation of Lead Counsel

3. a. Party served:      AT&T Services, Inc.
   b. Person served:   George Martinez, authorized to accept for CT Corporation System, agent for service of process served under F.R.C.P. Rule 4.

4. Address where the party was served:   1999 Bryan St Ste 900, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 07 2023 (2) at: 02:45 PM

6. **Person Who Served Papers:**
   a. Tony Collins
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   d. *The Fee* for Service was: $207.29

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

09/08/2023
(Date)                                                                              (Signature)



PROOF OF SERVICE

9519531
(5433047)