| *Attorney or Party without Attorney:*<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>   *Telephone No:* 310-826-7474<br><br>   *Attorney For:*  Plaintiff | *Ref. No. or File No.:*<br>4608-003 | *For Court Use Only* |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION |
|---|

*Plaintiff:* Headwater Research LLC
*Defendant:* AT&T Inc., et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:23-cv-00397-JRG-RSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Case Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Related Cases; Notice of Designation of Lead Counsel

3. a. Party served:      AT&T Corp.
   b. Person served:   Karen Cavagnaro, Employee, Authorized to Accept Service
                       served under F.R.C.P. Rule 4.

4. Address where the party was served:   1425 US-206, Bedminster, NJ 07921

5. I served the party:
   a. **by substituted service.**   On: Fri, Sep 08 2023 at: 01:00 PM by leaving the copies with or in the presence of:
                                    Karen Cavagnaro, Employee, Authorized to Accept Service

   (1) ☐ **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) ☒ **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) ☒ **(Declaration of Mailing)** is attached.
   (4) ☐ **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF<br>SERVICE

9519537
(5433051)
Page 1 of 2

| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.:<br>4608-003 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | | | |
| Plaintiff: Headwater Research LLC<br>Defendant: AT&T Inc., et al. | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00397-JRG-RSP |

6. **Person Who Served Papers:**
   a. David J. Murgittroy
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $348.54

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

   09/11/2023
   (Date)                              (Signature)



| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | | | | Ref. No. or File No.:<br>4608-003 | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | | | | |
| Plaintiff: Headwater Research LLC<br>Defendant: AT&T Inc., et al. | | | | | |
| **PROOF OF SERVICE<br>By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-cv-00397-JRG-RSP | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Case Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Related Cases; Notice of Designation of Lead Counsel

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Sep 11, 2023
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: AT&T Corp.
       1 AT&T Way, Bedminster, NJ 07921

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Sep 11, 2023 in the ordinary course of business.*

5. **Person Serving:**
   a. THOMAS TILCOCK
   b. FIRST LEGAL
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $348.54

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

09/11/2023
(Date)        (Signature)



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE
BY MAIL**

9519537
(5433051)