| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>  Telephone No: 310-826-7474<br><br>  Attorney For:  Plaintiff | For Court Use Only |
|---|---|

*Ref. No. or File No.:*
4608-003

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION |

| *Plaintiff:*  Headwater Research LLC<br>*Defendant:*  AT&T Inc., et al. |
|---|

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | Case Number:<br>2:23-cv-00397-JRG-RSP |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Case Cover Sheet; Plaintiff's Rule 7.1 Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Related Cases; Notice of Designation of Lead Counsel

3.   *a.*   *Party served:*   AT&T Mobility, LLC
     *b.*   *Person served:*   Nelle Williams, Authorized to Accept Service
                            *served under F.R.C.P. Rule 4.*

4.   *Address where the party was served:*   1025 Lenox Park Blvd NE, Atlanta, GA 30319

5.   *I served the party:*
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 14 2023 (2) at: 03:42 PM

6.   **Person Who Served Papers:**
     a. Kayla Bridges (#CPS346)                       **d.** *The Fee for Service was:* $489.79
     **b.** FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
     c. (213) 250-1111

7.   *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



09/19/2023
_____
*(Date)*

_____
*(Signature)*

DocuSigned by:
04916D56CE2F4BE...



**PROOF OF
SERVICE**

*9519533*
*(5433050)*