# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>      *Plaintiff*,<br><br>v.<br><br>AT&T INC., AT&T SERVICES, INC. AT&T MOBILITY LLC and AT&T CORP.,<br><br>      *Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>**JURY DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that Robert Christopher Bunt of Parker Bunt & Ainsworth, PC enters his appearance in this matter as additional counsel for Plaintiff Headwater Research LLC.

Mr. Bunt may receive all communications from the Court and all parties at Parker Bunt & Ainsworth, PC, 100 East Ferguson, Suite 418, Tyler, Texas 75702; Telephone 903-531-3535; Email: rcbunt@pbatyler.com.

Respectfully submitted,

Dated: October 10, 2023.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
Texas State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com

1

Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF**
**Headwater Research LLC**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on October 10, 2023 and has been served on all counsel who have consented to electronic service.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
