IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | Civil Action No. 2:23-cv-00397-JRG-RSP |
| Plaintiff, | **LEAD CASE** |
| vs. | **JURY TRIAL** |
| AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP., | |
| Defendants. | |
| HEADWATER RESEARCH LLC, | Civil Action No. 2:23-cv-00398-JRG-RSP |
| Plaintiff, | **JURY TRIAL** |
| vs. | |
| AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP., | |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO AT&T, INC.**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Headwater Research LLC ("Plaintiff" or "Headwater") hereby dismisses without prejudice all claims against Defendant AT&T, Inc. in the above captioned cases.

This notice is unopposed and is being filed before the opposing party serves an answer or a motion for summary judgment. *See* FED. R. CIV. P. 41(a)(1)(A)(i).

Accordingly, Headwater requests this Court enter an Order dismissing without prejudice all claims asserted in this case by Headwater against AT&T, Inc. AT&T Services, Inc., AT&T Mobility, LLC, AT&T Corp., and Headwater shall bear their own costs and fees.

1

Dated: November 13, 2023

Respectfully submitted,

/s/ Marc Fenster
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Robert Christopher Bunt
Parker, Bunt & Ainsworth, P.C.
Texas State Bar No. 00787165
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of November 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster
