IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>Defendants. | Civil Action No.  2:23-cv-00397<br><br>LEAD CASE<br><br>JURY TRIAL |
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>Defendants. | Civil Action No.  2:23-cv-00398<br><br>JURY TRIAL |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Alexander J. Chern is entering an appearance for AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp., (collectively "AT&T" or "Defendants") in the above numbered and entitled causes:

Alexander J. Chern
Texas State Bar No. 24109718
achern@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Mr. Chern is currently admitted to practice in the Eastern District of Texas.

1

2

Dated: November 20, 2023                                Respectfully submitted,

/s/ *Alexander J. Chern*
Alexander J. Chern
Texas State Bar No. 24109718
achern@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEY FOR AT&T SERVICES, INC., AT&T MOBILITY, LLC, AND AT&T CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on November 20, 2023.

/s/ *Alexander J. Chern*
Alexander J. Chern