AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Headwater Research LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:22-cv-00397-JRG-RSP |
| AT&T Inc., et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                                   .

Date:     11/29/2023                                        /s/ Adam S. Hoffman
                                                                                  *Attorney's signature*

                                                        Adam S. Hoffman  CA Bar No. 218740
                                                                         *Printed name and bar number*

                                                                     Russ August & Kabat
                                                             12424 Wilshire Blvd., 12th Floor
                                                                     Los Angeles, CA 90025
                                                                                  Address

                                                                     ahoffman@raklaw.com
                                                                            *E-mail address*

                                                                       (310) 826-7474
                                                                         *Telephone number*

                                                                       (310) 826-6991
                                                                            *FAX number*

**Print**     **Save As...**                                        **Reset**