AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Headwater Research LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00397-JRG-RSP |
| AT&T Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                    .

Date:   11/29/2023                              /s/ Qi Tong
                                         *Attorney's signature*

                                         Qi Tong, CA SBN 300347
                                         *Printed name and bar number*

                                         Russ August & Kabat
                                         12424 Wilshire Blvd, 12th Floor
                                         Los Angeles, Ca 90025
                                         *Address*

                                         ptong@raklaw.com
                                         *E-mail address*

                                         (310) 826-7474
                                         *Telephone number*

                                         (310) 826-6991
                                         *FAX number*