IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,<br><br>　　　　Defendants. | Civil Action No. 2:23-cv-00398-JRG-RSP<br>(Member Case)<br><br>**ANSWER TO COUNTERCLAIMS**<br><br>**JURY TRIAL** |
| HEADWATER RESEARCH LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,<br><br>　　　　Defendants. | Civil Action No. 2:23-cv-00397-JRG-RSP<br>(Lead Case)<br><br>**ANSWER TO COUNTERCLAIMS**<br><br>**JURY TRIAL** |

### HEADWATER'S ANSWER TO AT&T'S COUNTERCLAIMS

Plaintiff and Counterclaim-Defendant Headwater Research LLC ("Headwater") hereby answers Defendants and Counterclaimant-Plaintiffs' AT&T Services, Inc., AT&T Mobility, LLC, AT&T Corp. (collectively, "AT&T" or "Counterclaimants"), counterclaims as follows:

### THE PARTIES

1. Headwater does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 and on that basis: denied.

2. Headwater does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 and on that basis: denied.

3. Headwater does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 and on that basis: denied.

4. Admitted that Headwater Research LLC is a Texas limited liability company with its headquarters at 110 North College Avenue, Suite 1116, Tyler, Texas 75702.

## JURISDICTION AND VENUE

5. Admitted.

6. Admitted.

7. Admitted.

8. Headwater admits that it has sued AT&T for infringement of the '543 Patent, and '042 Patent and that there is a substantial, actual, and continuing controversy between Headwater and AT&T as to the infringement of the asserted patents. Headwater denies the remaining allegations of paragraph 8.

## COUNT I
**(Declaratory Judgment of Invalidity of the '543 Patent)**

9. Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

10. Denied.

11. Denied.

## COUNT II
**(Declaratory Judgment of Invalidity of the '042 Patent)**

12. Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

13. Denied.

14. Denied.

**JURY DEMAND**

15. Headwater, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

**EXCEPTIONAL CASE**

16. Denied.

**PRAYER FOR RELIEF**

In response to AT&T's prayer for relief, Headwater denies that AT&T is entitled to any relief, including any of the relief requested in paragraphs A–D of AT&T's prayer for relief. Further, Headwater requests the following relief:

WHEREFORE, Headwater respectfully requests that this Court enter:

a. A judgment in favor of Headwater that AT&T has infringed, either directly or indirectly, literally, under the doctrine of equivalents, or otherwise, the '541 Patent and the '613 Patent;

b. A permanent injunction prohibiting AT&T from further acts of infringement of the '543 Patent and the '042 Patent;

c. A judgment and order requiring AT&T to pay Headwater its damages, enhanced damages, costs, expenses, and pre-judgment and post-judgment interest for AT&T's infringement of the '543 Patent and the '042 Patent;

d. A judgment and order requiring AT&T to provide accountings and to pay supplemental damages to Headwater, including without limitation, pre-judgment and post-judgment interest;

e. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Headwater its reasonable attorneys' fees against AT&T; and

3

    f.  Any and all other relief as the Court may deem appropriate and just under the circumstances.

Dated: December 4, 2023                                              Respectfully submitted,

/s/ Marc Fenster
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT, Headwater Research LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 4th day of December 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<i>/s/ Marc Fenster</i><br>
Marc Fenster