IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 2:23-cv-00397-JRG-RSP |
| | § | Lead Case |
| v. | § § | |
| | § | CIVIL ACTION NO. 2:23-cv-00398-JRG-RSP |
| AT&T INC. et al, | § | Member Case |
| | § § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the Notice of Dismissal ("Notice") filed by Headwater Research LLC ("Plaintiff"). (Dkt. No. 27.) In the Notice, Plaintiff represents that all claims asserted against Defendant AT&T, Inc. in lead case 2:23-cv-00397 and member case 2:23-cv-00398 are voluntarily dismissed WITHOUT PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in lead case 2:23-cv-00397 and member case 2:23-cv-00398 asserted against AT&T, Inc., only, are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief asserted between Plaintiff and AT&T, Inc. in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned cases as other defendants remain.

**So Ordered this**
**Dec 8, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE