**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>(Lead Case)<br><br>**JURY DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00398-JRG-RSP<br><br>(Member Case)<br><br>**JURY DEMANDED** |

**JOINT MOTION FOR ENTRY OF AGREED
DOCKET CONTROL ORDER**

Plaintiff Headwater Research, LLC ("Headwater") and Defendants AT&T Services, Inc., AT&T Mobility, LLC, And AT&T Corp. (collectively, "AT&T" or "Defendants") (all together, the "Parties"), hereby jointly request that the Court enter the proposed Docket Control Order, attached hereto as Exhibit A.

Dated: December 18, 2023

| | |
|---|---|
| */s/ Nicholas Mathews* | */s/ Marc Fenster* |
| Nicholas Mathews (Lead Counsel) | Marc Fenster |
| Texas State Bar No. 24085457 | CA State Bar No. 181067 |
| nmathews@McKoolSmith.com | Email: mfenster@raklaw.com |
| Alexander J. Chern | Reza Mirzaie |
| Texas State Bar No. 24109718 | CA State Bar No. 246953 |
| achern@McKoolSmith.com | Email: rmirzaie@raklaw.com |
| Clare Churchman Texas State Bar No. 24132041 | Brian Ledahl |
| cchurchman@mckoolsmith.com | CA State Bar No. 186579 |
| **MCKOOL SMITH, P.C.** | Email: bledahl@raklaw.com |
| 300 Crescent Court Suite 1500 | Ben Wang |
| Dallas, TX 75201 | CA State Bar No. 228712 |
| Telephone: (214) 978-4000 | Email: bwang@raklaw.com |
| Telecopier: (214) 978-4044 | Dale Chang |
| | CA State Bar No. 248657 |
| Kevin Hess | Email: dchang@raklaw.com |
| Texas State Bar No. | Paul Kroeger |
| khess@mckoolsmith.com | CA State Bar No. 229074 |
| **MCKOOL SMITH, P.C.** | Email: pkroeger@raklaw.com |
| 303 Colorado Street, Suite 2100 | Neil A. Rubin |
| Austin, TX 78701 | CA State Bar No. 250761 |
| Telephone: (512) 692-8752 | Email: nrubin@raklaw.com |
| | Kristopher Davis |
| Kaylee E. Hoffner Texas State Bar No. 24127036 khoffner@McKoolSmith.com | CA State Bar No. 329627 |
| **MCKOOL SMITH, P.C.** | Email: kdavis@raklaw.com |
| 600 Travis Street Suite 7000 | James S. Tsuei |
| Houston, TX 77002 | CA State Bar No. 285530 |
| Telephone: (713) 485-7300 | Email: jtsuei@raklaw.com |
| Telecopier: (713) 485-7344 | Philip Wang |
| | CA State Bar No. 262239 |
| Deron R. Dacus | Email: pwang@raklaw.com |
| State Bar No. 00790553 | Amy Hayden |
| ddacus@dacusfirm.com | CA State Bar No. 287026 |
| **THE DACUS FIRM, PC** | Email: ahayden@raklaw.com |
| 821 ESE Loop 323, Suite 430 | Jason M. Wietholter |
| Tyler, TX 75701 | CA State Bar No. 337139 |
| Telephone: (903)705-1117 | Email: jwietholter@raklaw.com |
| Facsimile: (903) 581-2543 | **RUSS AUGUST & KABAT** |
| | 12424 Wilshire Blvd. 12th Floor |
| *Attorneys for Defendants* | Los Angeles, CA 90025 |
| | Telephone: 310-826-7474 |
| | |
| | *Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of December 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Marc Fenster

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

/s/ Marc Fenster