IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>Defendants. | Civil Action No. 2:23-cv-00397<br><br>LEAD CASE<br><br>JURY TRIAL |
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>Defendants. | Civil Action No. 2:23-cv-00398<br><br>JURY TRIAL |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Erik B. Fountain is entering an appearance for AT&T Services Inc., AT&T Mobility, LLC, and AT&T Corp., (collectively "AT&T" or "Defendants") in the above numbered and entitled causes:

Erik B. Fountain
Texas State Bar No. 24097701
efountain@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Mr. Fountain is currently admitted to practice in the Eastern District of Texas.

1

| | |
|---|---|
| Dated: February 1, 2024 | Respectfully submitted,<br><br>/s/ *Erik B. Fountain*<br>Erik B. Fountain<br>Texas State Bar No. 24097701<br>efountain@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1200<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>**ATTORNEY FOR AT&T SERVICES INC., AT&T MOBILITY, LLC, AND AT&T CORP.** |

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 1, 2024.

/s/ *Erik B. Fountain*
Erik B. Fountain