# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>        *Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>(Lead Case)<br><br>**JURY DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>       *Defendants*. | Civil Action No. 2:23-cv-00398-JRG-RSP<br><br>(Member Case)<br><br>**JURY DEMANDED** |

**DECLARATION OF BRIAN D. LEDAHL**

I, Brian D. Ledahl, declare as follows.

1.      I am a partner of the law firm Russ August & Kabat, counsel for Plaintiff Headwater Research LLC ("Headwater") in this matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto. I make this declaration in support of Headwater's Motion to Disqualify McKool Smith as Counsel for Defendants and Headwater's Reply in support thereof.

2.      Attached as Exhibit 20 is a true and correct copy of the notice of subpoena and subpoenas served by Samsung on Interdigital, Inc. in *Headwater Research, LLC v. Samsung Electronics Co. Ltd.*, Case No. 2:22-CV-00422-JRG-RSP (E.D. Tex.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2024.

By: /s/ *Brian Ledahl*
     Brian Ledahl

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3) on February 16, 2024

By: /s/ *Brian Ledahl*
Brian Ledahl
