# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,** | Civil Action No. 2:23-cv-00397 |
| Plaintiff, | LEAD CASE |
| vs. | JURY TRIAL |
| **AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,** | |
| Defendants. | |
| **HEADWATER RESEARCH LLC,** | Civil Action No. 2:23-cv-00398 |
| Plaintiff, | |
| vs. | JURY TRIAL |
| **AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,** | |
| Defendants. | |

## ORDER DENYING MOTION TO DISQUALIFY MCKOOL SMITH
## AS COUNSEL FOR DEFENDANTS

Before the Court is Headwater's Motion to Disqualify McKool Smith as Counsel for Defendants (Dkt. 44). Having considered the motion, the Court finds that it should be and is hereby **DENIED**.