# EXHIBIT 3

| | |
|---|---|
| **From:** | Kristopher Davis |
| **To:** | Kevin Hess; Alex Chern |
| **Cc:** | Nicholas Mathews; Clare Churchman; Kaylee Hoffner; rak_headwater@raklaw.com; Do Not Clean |
| **Subject:** | Re: Headwater v. AT&T (EDTX-397, -398) | Draft DO and PO |
| **Date:** | Monday, December 18, 2023 5:20:49 PM |
| **Attachments:** | 231218 Joint Motion to Enter Agreed PO (EDTX-397, 398).docx |
| | ATT00001.htm |
| | 231218 Joint Motion to Enter Agreed DO (EDTX-397, 398).docx |
| | ATT00002.htm |
| | 231218 Joint Motion to Enter Agreed DCO (EDTX-397, 398).docx |
| | ATT00003.htm |
| | Ex. A - Protective Order.docx |
| | ATT00004.htm |
| | Ex. A - Discovery Order.docx |
| | ATT00005.htm |
| | Ex. A - Docket Control Order.docx |
| | ATT00006.htm |
| | image431497.png |
| | ATT00007.htm |
| | image285249.png |
| | ATT00008.htm |
| | 231218 ATT edits to Headwater Protective Order from 231215 RAK proposal.docx |
| | ATT00009.htm |
| | 231218 ATT edits to Headwater Discovery Order from 231215 RAK proposal.docx |
| | ATT00010.htm |
| | 231218 ATT edits to DRAFT Ex. A - Docket Control Order (EDTX-397 -398) from 231215 RAK proposal.docx |
| | ATT00011.htm |

Kevin and Alex,

Please find attached draft joint motions for entry of the DO, DCO, and PO, along with clean copies of those proposed orders. We accepted all of AT&T's edits with the one exception of changing 55 to 60, as discussed in our other thread confirming that we will start the case narrowing conversation early next year. Please let us know whether AT&T has any proposed edits and whose signature we should use for AT&T.