# EXHIBIT 5

| | |
|---|---|
| **From:** | Clare Churchman |
| **To:** | rak_headwater@raklaw.com |
| **Cc:** | ATT_Headwater; Ddacus@dacusfirm.com; Melissa Kalka |
| **Subject:** | RE: Headwater/AT&T: Discovery and Correspondence |
| **Date:** | Monday, January 22, 2024 3:17:27 PM |

Counsel,

Following up on this correspondence. Please let us know if you are amenable to the proposed approach to narrowing this case.

Best,

**McKool Smith** | Clare Churchman
Associate | Dallas | (214) 978-6336

**From:** Melissa Kalka <mkalka@McKoolSmith.com>
**Sent:** Friday, January 12, 2024 6:21 PM
**To:** rak_headwater@raklaw.com
**Cc:** ATT_Headwater <ATT_Headwater@mckoolsmith.com>; Ddacus@dacusfirm.com
**Subject:** Headwater/AT&T: Discovery and Correspondence

Counsel,

Please see attached:

1. AT&T's First set of Interrogatories to Headwater (Nos. 1-18).
2. AT&T's First Request for Production of Documents
3. Letter from Nick Mathews

Best regards,

**McKool Smith** | Melissa Kalka
Senior Paralegal | Dallas | (214) 978-6394