# EXHIBIT 6

| | |
|---|---|
| **From:** | Nicholas Mathews |
| **To:** | Clare Churchman; rak_headwater@raklaw.com |
| **Cc:** | ATT_Headwater; Ddacus@dacusfirm.com; Melissa Kalka |
| **Subject:** | RE: Headwater/AT&T: Discovery and Correspondence |
| **Date:** | Thursday, January 25, 2024 11:43:39 AM |

Counsel – Please let me know your availability to meet and confer on claim narrowing later this afternoon or tomorrow.  If we can't reach agreement soon on meaningful claim narrowing we intend to move forward with a motion. Thanks, Nick

**McKool Smith** | Nicholas Mathews
Principal | Dallas | (214) 978-4914

**From:** Clare Churchman <cchurchman@mckoolsmith.com>
**Sent:** Monday, January 22, 2024 3:17 PM
**To:** rak_headwater@raklaw.com
**Cc:** ATT_Headwater <ATT_Headwater@mckoolsmith.com>; Ddacus@dacusfirm.com; Melissa Kalka <mkalka@McKoolSmith.com>
**Subject:** RE: Headwater/AT&T: Discovery and Correspondence

Counsel,

Following up on this correspondence. Please let us know if you are amenable to the proposed approach to narrowing this case.

Best,

**McKool Smith** | Clare Churchman
Associate | Dallas | (214) 978-6336

**From:** Melissa Kalka <mkalka@McKoolSmith.com>
**Sent:** Friday, January 12, 2024 6:21 PM
**To:** rak_headwater@raklaw.com
**Cc:** ATT_Headwater <ATT_Headwater@mckoolsmith.com>; Ddacus@dacusfirm.com
**Subject:** Headwater/AT&T: Discovery and Correspondence

Counsel,

Please see attached:

1. AT&T's First set of Interrogatories to Headwater (Nos. 1-18).
2. AT&T's First Request for Production of Documents
3. Letter from Nick Mathews

Best regards,

**McKool Smith** | Melissa Kalka
Senior Paralegal | Dallas | (214) 978-6394