# EXHIBIT 7

| | |
|---|---|
| **From:** | Kristopher Davis |
| **To:** | Nicholas Mathews |
| **Cc:** | Clare Churchman; rak_headwater@raklaw.com; ATT_Headwater; Ddacus@dacusfirm.com; Melissa Kalka |
| **Subject:** | Re: Headwater/AT&T: Discovery and Correspondence |
| **Date:** | Friday, February 2, 2024 11:33:36 AM |

Nick,

Following up on our discussion of asserted claim and prior art narrowing, please find below Headwater's proposal:

1. No later than 14 days after submission of the parties' Joint Claim Construction Statement, Headwater would serve its First Election of Asserted Claims, identifying no more than 128 total asserted claims across all patents.
2. No later than 14 days after Headwater's First Election, AT&T would serve its First Election of Prior Art, identifying no more than 64 total references across all patents.
3. No later than 28 days before the service of opening expert reports, Headwater would serve its Second Election of Asserted Claims, identifying no more than 64 total asserted claims across all patents.
4. No later than 28 days after Headwater's Second Election, AT&T would serve its Second Election of Prior Art, identifying no more than 32 total references across all patents.

Regards,
Kris

Kristopher Davis
**Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
kdavis@raklaw.com

> On Jan 30, 2024, at 9:53 AM, Kristopher Davis <kdavis@raklaw.com> wrote:
>
> Nick,
>
> 2:00 pm CT today works for us. Talk to you then.
>
> Regards,
> Kris
>
> Kristopher Davis
> **Russ August & Kabat**
> 12424 Wilshire Boulevard, 12th Floor
> Los Angeles, CA 90025
> (310) 826-7474
> kdavis@raklaw.com

On Jan 29, 2024, at 2:48 PM, Nicholas Mathews <nmathews@McKoolSmith.com> wrote:

Hi Kris -- looks like we weren't able to connect on Friday.  I'm going to send you an invite for 2p central time tomorrow, but please let me know if another time works better.  And please feel free to forward the invite to anyone else on your side who should be participating.  Thanks, Nick

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Nicholas Mathews <nmathews@McKoolSmith.com>
**Sent:** Thursday, January 25, 2024 7:03 PM
**To:** Kristopher Davis <kdavis@raklaw.com>
**Cc:** Clare Churchman <cchurchman@mckoolsmith.com>; rak_headwater@raklaw.com <rak_headwater@raklaw.com>; ATT_Headwater <ATT_Headwater@mckoolsmith.com>; Ddacus@dacusfirm.com <Ddacus@dacusfirm.com>; Melissa Kalka <mkalka@McKoolSmith.com>
**Subject:** Re: Headwater/AT&T: Discovery and Correspondence

Yes.

Get Outlook for iOS

**McKool Smith** | Nicholas Mathews
Principal | Dallas | (214) 978-4914

**From:** Kristopher Davis <kdavis@raklaw.com>
**Sent:** Thursday, January 25, 2024 6:17 PM
**To:** Nicholas Mathews <nmathews@McKoolSmith.com>
**Cc:** Clare Churchman <cchurchman@mckoolsmith.com>; rak_headwater@raklaw.com <rak_headwater@raklaw.com>; ATT_Headwater <ATT_Headwater@mckoolsmith.com>; Ddacus@dacusfirm.com <Ddacus@dacusfirm.com>; Melissa Kalka <mkalka@McKoolSmith.com>
**Subject:** Re: Headwater/AT&T: Discovery and Correspondence

Nick,

Are you available tomorrow at 3:00 pm CT / 1:00 pm PT to discuss?

Regards,
Kris

Kristopher Davis
**Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
kdavis@raklaw.com

> On Jan 25, 2024, at 9:43 AM, Nicholas Mathews <nmathews@McKoolSmith.com> wrote:
>
> Counsel – Please let me know your availability to meet and confer on claim narrowing later this afternoon or tomorrow. If we can't reach agreement soon on meaningful claim narrowing we intend to move forward with a motion. Thanks, Nick

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Clare Churchman <cchurchman@mckoolsmith.com>
**Sent:** Monday, January 22, 2024 3:17 PM
**To:** rak_headwater@raklaw.com
**Cc:** ATT_Headwater <ATT_Headwater@mckoolsmith.com>; Ddacus@dacusfirm.com; Melissa Kalka <mkalka@McKoolSmith.com>
**Subject:** RE: Headwater/AT&T: Discovery and Correspondence

Counsel,

Following up on this correspondence. Please let us know if you are amenable to the proposed approach to narrowing this case.

Best,

**McKool Smith** | Clare Churchman
Associate | Dallas | (214) 978-6336

**From:** Melissa Kalka <mkalka@McKoolSmith.com>
**Sent:** Friday, January 12, 2024 6:21 PM
**To:** rak_headwater@raklaw.com
**Cc:** ATT_Headwater <ATT_Headwater@mckoolsmith.com>;Ddacus@dacusfirm.com
**Subject:** Headwater/AT&T: Discovery and Correspondence

Counsel,

Please see attached:

1. AT&T's First set of Interrogatories to Headwater (Nos. 1-18).
2. AT&T's First Request for Production of Documents
3. Letter from Nick Mathews

 Best regards,

**McKool Smith** | Melissa Kalka
Senior Paralegal | Dallas | (214) 978-6394