# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,** | Civil Action No.  2:23-cv-00397 |
| **Plaintiff,** | LEAD CASE |
| vs. | JURY TRIAL |
| **AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,** | |
| **Defendants.** | |
| **HEADWATER RESEARCH LLC,** | Civil Action No.  2:23-cv-00398 |
| **Plaintiff,** | MEMBER CASE |
| vs. | JURY TRIAL |
| **AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,** | |
| **Defendants.** | |

## ORDER

Before the Court is Defendants' Motion to Focus Patent Claims. Having considered the motion it is hereby **GRANTED**.

It is so **ORDERD**.