UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,<br><br>Defendants. | Case No. 2:23-cv-00397-JRG-RSP<br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,<br><br>Defendants. | Case No. 2:23-cv-00398-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING DEFENDANTS'
MOTION TO FOCUS PATENT CLAIMS**

Before the Court is Headwater Research LLC's ("Headwater") Opposition to Defendants' Motion to Focus Patent Claims. The Court has considered the Motion, Opposition, all responsive pleadings, and the case of record, and is of the opinion that Defendants' Motion to Focus Patent Claims, should be DENIED. Accordingly, Defendants' Motion is hereby DENIED.