# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00398-JRG-RSP<br><br>(Member Case)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING
HEADWATER'S MOTION TO DISQUALIFY MCKOOL SMITH
AS COUNSEL FOR DEFENDANTS (DKT. 44)**

Plaintiff Headwater Research LLC submits this notice of supplemental authority regarding its pending motion disqualify (Dkt. 44) McKool Smith as counsel for Defendants AT&T Services, Inc., AT&T Mobility, LLC and AT&T Corp. (collectively, "AT&T").

A key issue presented in the motion to disqualify is whether Headwater and Interdigital, Inc. (who McKool Smith represented in discussions about purchasing Headwater's patents, including the patents-in-suit) shared a common legal interest. In opposing Headwater's motion, AT&T argued that Headwater and Interdigital did not have a common legal interest because they were "never co-parties in actual or potential litigation; they were counterparties in a potential commercial transaction." Dkt. 47 (AT&T Opp'n) at 1, 9–12. AT&T also argued that the common interest provision in the Interdigital NDA did not establish a common interest privilege between Headwater and Interdigital because "the Headwater-Interdigital negotiations were in furtherance of a business relationship—not litigation." *Id.* at 11; Dkt. 51 (AT&T Sur-reply) at 1–4.

Judge Payne recently analyzed the same issue—whether Headwater and Interdigital shared a common legal interest—and concluded that they did. On April 25, 2024, Judge Payne issued a memorandum order finding that "a sufficient common legal interest exists between Headwater and InterDigital." *Headwater Research LLC v. Samsung Electronics Co. Ltd.*, No. 22-CV-00422-JRG-RSP, Dkt. 198 (attached as Ex. A) at 2. Judge Payne further found that "InterDigital as a potential acquirer of Headwater's patents for the purpose of asserting them, has a common interest with Headwater as to the validity and enforceability of the patents." *Id.* As a result, Judge Payne denied Samsung's motion to compel communications between Headwater and InterDigital regarding the proposed transaction as protected by the common interest privilege. *Id.*

In view of Judge Payne's findings, and for the reasons in Headwater's opening and reply briefs, Headwater's the motion to disqualify McKool Smith as counsel s should be granted.

Dated:  May 22, 2024                                    Respectfully submitted,

  /s/ Brian Ledahl
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Dale Chang
CA State Bar No. 248657
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
Jason M. Wietholter
CA State Bar No. 337139
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

*Attorneys for Plaintiff*
*Headwater Research LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

                                                   /s/ *Brian Ledahl*
                                                   Brian Ledahl