IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC., et al<br><br>*Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>LEAD CASE<br><br>**JURY DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC., et al<br><br>*Defendants*. | Civil Action No. 2:23-cv-00398-JRG-RSP<br><br>Member Case<br><br>**JURY DEMANDED** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Plaintiff Headwater Research LLC moves for Robert Christopher Bunt and Parker Bunt & Ainsworth, PC, to be permitted to withdraw as counsel for Plaintiff in this case. Plaintiff will continue to be represented by the law firm of Russ August & Kabat. The withdrawal of Robert Christopher Bunt will not prejudice any party. Defendants do not oppose this Motion.

Plaintiff further requests the Clerk terminate all CM/ECF notifications as to Robert Christopher Bunt for this action.

Dated: July 16, 2024.

Respectfully submitted,

**PARKER, BUNT & AINSWORTH, P.C.**

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
Texas State Bar No. 00787165

1

100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel. (903) 531-3535
rcbunt@pbatyler.com

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025

Telephone: 310-826-7474

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on July 16, 2024 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/ Robert C. Bunt<br>ROBERT CHRISTOPHER BUNT

## CERTIFICATE OF CONFERENCE

On July 16, 2024, counsel for Plaintiff and counsel for Defendants met and conferred pursuant to Local Rule CV-7(h). Defendants do not oppose the relief sought herein.

/s/ Robert C. Bunt<br>ROBERT CHRISTOPHER BUNT