# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. AT&T INC., et al *Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP <br> LEAD CASE <br> **JURY DEMANDED** |
| HEADWATER RESEARCH LLC, *Plaintiff*, v. AT&T INC., et al *Defendants*. | Civil Action No. 2:23-cv-00398-JRG-RSP <br> Member Case <br> **JURY DEMANDED** |

## **ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Before the Court is Plaintiff's Unopposed Motion to Withdraw Robert Christopher Bunt and Parker Bunt & Ainsworth as counsel for Plaintiff. The Court, having considered same, is of the opinion the motion should be GRANTED.

It is further ORDERED that the Clerk shall terminate all CM/ECF notifications as to Robert Christopher Bunt for this action.

11056285