IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-00397-JRG-RSP |
| | § | Lead Case |
| AT&T INC. *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel filed by Plaintiff Headwater Research LLC. **Dkt. No. 63.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Robert Christopher Bunt and the firm Parker Bunt & Ainsworth, PC are withdrawn as counsel for Plaintiff in the above captioned case.

**SIGNED this 19th day of July, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE