# Exhibit A

**Exhibit A – Proposed Constructions and Supporting Intrinsic and Extrinsic Evidence**

A.      U.S. Patent No. 8,589,541

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 1 | "one or more prospective or successful communications over a wireless network"<br><br>(Claim 1 and dependents) | Not indefinite; plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'541 patent, at Abstract, 15:5-39, 15:52-21:6, 22:3-50, 23:1-43, 29:51-32:32, 34:15-39:62, 41:19-45:3, 46:44-52:37, 53:13-68:31, 69:5-82:10, 83:1-109:19, and associated Figures; Figs. 1-3, 7-25, 27, and associated text; cls. 1-9, 13-18, 25, 28-29, 34-35, 39, 41-42, 44-62, 64, 71-72, 80-81, 85-88, 90, 98-99, 100-102, 107, 109, 112-114, 116, 121, 125, 132-134, 137, 140-142, 158-161, 163, 165-174.<br><br>**Extrinsic Evidence**<br>IPRs on the '541 patent (IPR2024-00942, 943, -944) and related pleadings / filings / declarations | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'541 Patent, Abstract; 7:34-62; 9:56-21:46; 27:62-28:15; 58:26-59:19; 69:5-38; 70:42-72:34; 80:63-82:10; 97:55-98:30; 106:57-109:19, Figs. 14, 15, 18, and 27 and accompanying disclosures, cls. 1-6, 52, 65, 97-98, 165-167, 169.<br><br>**Extrinsic Evidence**<br>Plaintiff's P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions.<br><br>Turnbull Declaration |
| 2 | "service usage activity"<br><br>(Claim 1 and dependents) | Plain and ordinary meaning; no construction necessary<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'541 patent, at Abstract, 15:5-39, 15:52-21:6, | "an activity by the first software component that requires usage of a wireless network connection"<br><br>*Supporting Evidence:* |

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | 22:3-50, 23:1-43, 29:51-32:32, 34:15-39:62, 41:19-45:3, 46:44-52:37, 53:13-68:31, 69:5-82:10, 83:1-109:19, and associated Figures; Figs. 1-3, 7-25, 27, and associated text; cls. 1-9, 13-18, 25, 28-29, 34-35, 39, 41-42, 44-62, 64, 71-72, 80-81, 85-88, 90, 98-99, 100-102, 107, 109, 112-114, 116, 121, 125, 132-134, 137, 140-142, 158-161, 163, 165-174.<br><br>**Extrinsic Evidence**<br>IPRs on the '541 patent (IPR2024-00942, 943, -944) and related pleadings / filings / declarations | **Intrinsic Evidence**<br><br>'541 Patent, Abstract; 7:34-62; 9:56-21:46; 27:62-28:15; 58:26-59:19; 69:5-38; 70:42-72:34; 80:63-82:10; 92:22-93:28; 97:55-98:30; 106:57-109:19, Figs. 14-20 and 27 and accompanying disclosures, cls. 1, 7-9, 13-18, 28-29, 34-35, 39-64, 71-72, 109, 125, 133, 151, 169-174.<br><br>**Extrinsic Evidence**<br><br>Plaintiff's P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions. |
| 3 | "background activity"<br><br>(Claim 1 and dependents) | Not indefinite; plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'541 patent, at Abstract, 12:10-48, 14:37-15:4, 15:5-39, 15:52-21:6, 22:3-50, 23:1-43, 24:57-25:21, 26:30-27:3, 29:51-32:32, 34:15-39:62, 41:19-45:3, 46:44-52:37, 53:13-68:31, 69:5-82:10, 83:1-109:19, and associated Figures; Figs. 1-3, 7-25, 27, and associated text; cls. 1, 3, 26, 44-51, 54-59 89-90, 121, 161-162, 166-169, 174.<br><br>**Extrinsic Evidence**<br>IPRs on the '541 patent (IPR2024-00942, | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'541 Patent, Abstract; 7:34-62; 9:56-21:46; 22:21-23:15; 27:62-28:15; 30:51-31:18; 31:51-32:31; 58:26-59:19; 69:5-38; 70:42-72:34; 74:31-76:58; 80:63-82:10; 92:22-93:28; 97:55-98:30; 106:57-109:19, Figs. 14-20 and 27 and accompanying disclosures, cls. 44-51, 54-59.<br><br>**Extrinsic Evidence** |

2

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | 943, -944) and related pleadings / filings / declarations | Plaintiff's P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions.<br><br>Turnbull Declaration |

B.   U.S. Patent No. 9,215,613

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 4 | "differential traffic control policy"<br><br>(Claim 1 and dependents) | Plain and ordinary meaning; no construction necessary<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'613 patent, at Abstract, 9:51-11:15, 12:38-14:55, 18:61-19:67, 21:10-30, 23:49-24:12, 27:18-38, 62:5-67:13, 71:1-73:26, 74:34-77:37, 81:36-88:24, 92:27-94:17, 95:48-98:38, 100:28-103:5, and associated Figures; Figs. 5, 7-27, and associated text; cls. 1-5, 7, 8, 12-20.<br><br>**Extrinsic Evidence**<br>IPRs on the '613 patent (IPR2024-00945) and related pleadings / filings / declarations | "rules for controlling network traffic that distinguishes between two or more things"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'613 Patent, Abstract; 1:8-35; 2:61-15:18; 19:16-22; 23:21-24:55; 26:3-47; 27:1-17; 62:43-64:39; 71:1-73:26; 76:46-77:37; 84:1-85:8; 86:66-87:15; 96:13-97:53; 100:28-102:56, Figs. 14, 15, 18, 21, 24, 25, and 27 and accompanying disclosures, cls. 1-8, 12-18.<br><br>**Extrinsic Evidence**<br><br>CLI Book 2: Cisco ASA Series Firewall CLI Configuration Guide, Ch. Service Policy, https://www.cisco.com/c/en/us/td/docs/securit |

3

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | y/asa/asa94/config-guides/cli/firewall/asa-94-firewall-config/inspect-service-policy.html<br><br>What is Network Policy, Cisco, https://www.cisco.com/c/en/us/solutions/enterprise-networks/what-is-network-policy.html<br><br>Security Policy Settings, Microsoft, https://learn.microsoft.com/en-us/previous-versions/windows/it-pro/windows-10/security/threat-protection/security-policy-settings/security-policy-settings<br><br>Plaintiff's P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions. |
| 5 | "classify whether a particular application capable of both interacting with the user in a user interface foreground of the device, and at least some Internet service activities when not interacting with the user in the device user interface foreground, is interacting with the user in the device user interface foreground"<br><br>(Claim 1 and dependents) | Not indefinite; plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'613 patent, at Abstract, 5:57-6:18, 8:6-42, 9:51-11:15, 12:3-14:55, 15:42-16:54, 18:29-60, 18:61-20:40, 21:10-30, 23:49-24:55, 25:22-26:26, 27:18-38, 62:5-70:29, 71:1-73:26, 74:34-77:37, 81:36-90:18, 92:27-94:17, 95:48-98:38, 100:28-103:5, and associated Figures; Figs. 5, 7-27, and associated text; cls. 1-5, 7, 8, 12-20. | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'613 Patent, Abstract; 1:8-35; 2:61-15:18; 23:21-24:55; 25:22-26:47; 27:1-17; 62:43-64:39; 66:4-36; 68:1-70:29; 71:1-73:26; 76:46-77:37; 84:1-85:8; 86:66-87:15; 87:46-88:22; 89:44-90:18; 96:13-97:53; 100:28-102:56, Figs. 14, 15, 18, and 27 and accompanying disclosures.<br><br>**Extrinsic Evidence** |

4

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | **Extrinsic Evidence**<br>IPRs on the '613 patent (IPR2024-00945) and related pleadings / filings / declarations<br><br>*Headwater Research LLC v. Samsung Elecs. Co. Ltd.*, No. 2:22-cv-00422-JRG-RSP (E.D. Tex.), Markman Order (Dkt. 107) and related pleadings / filings / declarations | Plaintiff's P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions.<br><br>Turnbull Declaration |
| 6 | "the user of the device is directly interacting with that application or perceiving any benefit from that application"<br><br>(Claims 6 and dependents) | Not indefinite; plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'613 patent, at Abstract, 5:57-6:18, 8:6-42, 9:51-11:15, 12:3-14:55, 15:42-16:54, 18:29-60, 18:61-20:40, 21:10-30, 23:49-24:55, 25:22-26:26, 27:18-38, 62:5-70:29, 71:1-73:26, 74:34-77:37, 81:36-90:18, 92:27-94:17, 95:48-98:38, 100:28-103:5, and associated Figures; Figs. 5, 7-27, and associated text; cls. 1-5, 7, 8, 12-20.<br><br>**Extrinsic Evidence**<br>IPRs on the '613 patent (IPR2024-00945) and related pleadings / filings / declarations<br><br>*Headwater Research LLC v. Samsung Elecs. Co. Ltd.*, No. 2:22-cv-00422-JRG-RSP (E.D. Tex.), Markman Order (Dkt. | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'613 Patent, Abstract; 1:8-35; 2:61-15:18; 23:21-24:55; 25:22-26:47; 27:1-17; 59:1-64:39; 66:4-36; 68:1-70:29; 71:1-73:26; 76:46-77:37; 84:1-85:8; 86:66-87:15; 87:46-88:22; 89:44-90:18; 96:13-97:53; 100:28-102:56, Figs. 14, 15, 18, and 27 and accompanying disclosures.<br><br>**Extrinsic Evidence**<br><br>Plaintiff's P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions.<br><br>Turnbull Declaration |

5

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | 107) and related pleadings / filings / declarations | |

### C.    U.S. Patent No. 9,198,042

| Term No. | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 7 | "device service state"<br><br>(Claim 1 and dependents) | Plain and ordinary meaning; no construction necessary<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'042 patent, at Abstract, 6:24-45, 6:59-7:14, 7:27-8:46, 12:57-13:23, 13:29-55, 19:3-60, 17:46-19:14, and associated Figures; Figs. 1-11, and associated text; cls. 1, 2, 5, 14-18.<br><br>**Extrinsic Evidence**<br>IPRs on the '042 patent (IPR2024-00809) and related pleadings / filings / declarations | "information about the current status of the device required to adequately define the actions needed from the service controller to maintain proper device-assisted service (DAS) system operation"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'042 Patent, Abstract; 17:46–18:11; 18:12–19:14; 3:47–4:45; 4:46–56; 5:37–6:9; 6:34–45, Figs. 1–11 and accompanying disclosures, cls. 1, 14, 15, 16, 17, 18.<br><br>**Extrinsic Evidence**<br><br>Plaintiff's P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions. |

| Term No. | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 8 | "service policy setting" (Claim 1 and dependents) | "policy setting for a network data service" *Supporting Evidence:* **Intrinsic Evidence** '042 patent, at Abstract, 6:24-45, 6:59-7:14, 7:27-8:46, 12:57-13:23, 13:29-55, 19:3-60, 17:46-19:14, and associated Figures; Figs. 1-11, and associated text; cls. 1, 2, 5, 14-18. **Extrinsic Evidence** IPRs on the '042 patent (IPR2024-00809) and related pleadings / filings / declarations | "rule for governing network service usage that can be implemented on the device" *Supporting Evidence:* **Intrinsic Evidence** '042 Patent, Abstract; 3:66–4:32; 6:24–8:46; 17:46–19:14, Figs. 1–11 and accompanying disclosures, cls. 1, 2, 5, 14-18. **Extrinsic Evidence** CLI Book 2: Cisco ASA Series Firewall CLI Configuration Guide, Ch. Service Policy, https://www.cisco.com/c/en/us/td/docs/security/asa/asa94/config-guides/cli/firewall/asa-94-firewall-config/inspect-service-policy.html What is Network Policy, Cisco, https://www.cisco.com/c/en/us/solutions/enterprise-networks/what-is-network-policy.html Security Policy Settings, Microsoft, https://learn.microsoft.com/en-us/previous-versions/windows/it-pro/windows-10/security/threat-protection/security-policy-settings/security-policy-settings |

| Term No. | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | Plaintiff's P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions. |
| 9 | "protected partition" (Claim 1 and dependents) | Plain and ordinary meaning; no construction necessary<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'042 patent, at Abstract, 3:13-4:32, 5:21-10:34, 10:55-17:37, 19:8-14, and associated Figures; Figs. 1-11, and associated text; cl. 1.<br><br>**Extrinsic Evidence**<br>IPRs on the '042 patent (IPR2024-00809) and related pleadings / filings / declarations | "a secure device assisted service execution environment"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'042 Patent, Abstract; 3:13–46, 5:37–6:58, 7:14–27, 8:47–10:34, 10:55–60, 11:12–56, 12:24–13:2, 13:3–28, 15:4–19:14, Figs. 1–11 and accompanying disclosures.<br><br>**Extrinsic Evidence**<br><br>Plaintiff's P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions. |
| 10 | "service control link" (Claim 1 and dependents) | No construction necessary; plain and ordinary meaning.<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'042 patent, at Abstract, 3:13-4:32, 4:32-11:39, 13:55-17:45, and associated Figures; Figs. 1-11, and associated text; cls. 1, 13. | "host secure channel for communication between the end-user device and a network service controller"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'042 Patent, Abstract; 4:4-46; 6:22-45; 7:27-11:39; 13:55-16:39; 17:2-19:14, Figs. 1–11 and accompanying disclosures, cls. 1, 13.<br><br>**Extrinsic Evidence** |

| Term No. | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | **Extrinsic Evidence**<br>IPRs on the '042 patent (IPR2024-00809) and related pleadings / filings / declarations | Plaintiff's P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions. |

D. U.S. Patent No. 8,924,543

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 11 | "service plan component"<br><br>(Claims 1 and dependents) | No construction necessary; plain and ordinary meaning<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>'543 patent, at Abstract, 8:8-13:36, 20:22-30:45; and associated Figures; Figs. 1-11, and associated text; cls. 1-7, 11, 20-27, 30-41, 52, 96-100, 106, 110, 118<br><br>'042 patent, at Abstract, 3:13-4:32, 4:32-11:39, 13:55-17:45, and associated Figures; Figs. 1-11, and associated text; cl. 1, 13.<br><br>**Extrinsic Evidence**<br>IPRs on the '543 patent (IPR2024-001041, - | "a logical grouping of one or more filters and rules"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'543 Patent, Abstract; 7:38-13:12; 14:22-28, 16:45-58; 17:53-55; 20:22-24:14; 25:3-27:67; 30:6-45; 54:19-21; 55:65-67, Figs. 1–11 and accompanying disclosures, cls. 1-5, 7, 11, 20-41, 52, 96-100, 106, 110, 118.<br><br>**Extrinsic Evidence:**<br><br>Plaintiff's P.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions. |

9

| Term # | Claim Term | Headwater's Proposed Construction and Supporting Evidence | AT&T's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | 1042) and related pleadings / filings / declarations | |