**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HEADWATER RESEARCH LLC,** | |
| **Plaintiff,** | **Civil Action No.  2:23-cv-00397** |
| **vs.** | **LEAD CASE** |
| **AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,** | **JURY TRIAL** |
| **Defendants.** | |
| **HEADWATER RESEARCH LLC,** | |
| **Plaintiff,** | **Civil Action No.  2:23-cv-00398** |
| **vs.** | **MEMBER CASE** |
| **AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,** | **JURY TRIAL** |
| **Defendants.** | |

**ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING RESOLUTION
OF *INTER PARTES* REVIEW AND MANUFACTURER CASES**

Before the Court is Defendants' Motion to Stay Pending Resolution for *Inter Partes*

Review and Manufacturer Cases. Having considered the Motion, it is hereby **GRANTED**.

It is so **ORDERED**.