UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,<br><br>*Defendants.* | Case No. 2:23-cv-00397-JRG-RSP (LEAD CASE)<br><br>JURY TRIAL DEMANDED |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,<br><br>*Defendants.* | Case No. 2:23-cv-00398-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF JASON WIETHOLTER IN SUPPORT OF PLAINTIFF HEADWATER'S OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW AND RELATED MANUFACTURER CASES**

1. I, Jason Wietholter, declare as follows:

2. I am counsel for Headwater Research LLC ("Headwater") in the above-captioned action. I provide this declaration in support of Headwater's Opposition to Defendants' Motion To Stay Pending *Inter Partes* Review and Related Manufacturer Cases. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3. Attached as Exhibit A is a true and correct copy of Decision Granting Institution of *Inter Partes Review* in IPR2024-00809, Paper 11, dated October 23, 2024.

4. Attached as Exhibit B is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 9,198,042 in IPR2024-00809, Paper 4, dated April 19, 2024.

5. Attached as Exhibit C is a true and correct copy of Petition for *Inter Partes* Review in IPR2024-00945, Paper 1, dated June 7, 2024.

6. Attached as Exhibit D is a true and correct copy of Petition for *Inter Partes* Review in IPR2024-00944, Paper 1, dated June 7, 2024.

7. Attached as Exhibit E is a true and correct copy of Petition for *Inter Partes* Review in IPR2024-00943, Paper 1, dated June 7, 2024.

8. Attached as Exhibit F is a true and correct copy of Petition for *Inter Partes* Review in IPR2024-00942, Paper 1, dated June 7, 2024.

9. Attached as Exhibit G is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 8,924,543 in IPR2024-01042, Paper 5, dated June 20, 2024.

10. Attached as Exhibit H is a true and correct copy of Petition for *Inter Partes* Review of U.S. Patent No. 8,924,543 in IPR2024-01041, Paper 5, dated June 20, 2024.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2024 at Los Angeles, California.


By:  */s/ Jason Wietholter*
　　　Jason Wietholter