IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-00397-JRG-RSP (Lead Case) |
| AT&T INC. *et al.*, | § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Agreed Motion to Compel Production of Documents filed by Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp. **Dkt. No. 71.** In the Motion, Defendants request that the Court compel production of various documents from Plaintiff's other litigations. *Id.* at 1. Plaintiff does not oppose the production of these documents but claims that the documents may contain the confidential information of Samsung, the defendant in those other cases, and thus they cannot produce them without Samsung's consent. *Id.* After considering the Motion, and the cases cited therein, *see Alacritech Inc., v. Centurylink, Inc.*, Case No. 2:16-CV-00693-JRG-RSP, Dkt. No. 206 (E.D. Tex. Apr. 11, 2017), the Court **GRANTS** the Motion to the extent provided below.

The Parties are **ORDERED** to inform Samsung that the documents will be produced unless Samsung files a motion for protective order with this Court by November 12, 2024. If no timely motion is filed, Headwater is thereafter **ORDERED** to produce the sealed pleadings, discovery responses, and related documents from the cases listed in the Motion by November 19, 2024. Dkt. No. 71 at 1–2.

**SIGNED this 30th day of October, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE