IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC. *et al.*,<br><br>*Defendants*. | Case No. 2:23-CV-00397-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC. *et al.*,<br><br>*Defendants*. | Case No. 2:23-CV-00398-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER**

Plaintiff Headwater Research LLC ("Headwater") respectfully moves for the Court to enter the Supplemental Protective Order attached as Exhibit A. Defendants do not oppose.

The Court previously entered a Protective Order to protect party and non-party confidential business information in the above-referenced action on December 27, 2023 (Dkt. No. 43) ("Protective Order").

Apple Inc. ("Apple"), a non-party to this action, intends to produce confidential source code and other documents in this action that include or incorporate confidential business information ("CBI") belonging to Apple. The Parties and Apple have agreed to provisions in addition to those contained in the Protective Order to protect such Apple CBI.

1

Therefore, Headwater respectfully requests that the Court enter the Supplemental Protective Order attached as Exhibit A.

Dated: November 5, 2024

Respectfully submitted,

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
Dale Chang
CA State Bar No. 248567
Jason M. Wietholter
CA State Bar No. 337139
Adam S. Hoffman
CA State Bar No. 218740
Qi (Peter)Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

2

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,**
**Headwater Research LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF.

/s/ *Kristopher Davis*
Kristopher Davis

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on November 5, 2024, counsel for all parties met and conferred in accordance with L.R. CV-7(h). This motion is unopposed.

/s/ *Kristopher Davis*
Kristopher Davis