# EXHIBIT A

## **Exhibit D - U.S. Patent No. 9,215,613 ("'613 Patent")**

Accused Instrumentalities: smartphones, basic phones, tablets, laptops, and hotspot devices sold (including those sold in bundles with data plans) or used by AT*T and all versions and variations thereof ("Accused Instrumentalities") since the issuance of U.S. Pat. No. 9,215,613 (the "Asserted Patent").

## **Claim 1**

| Claim | Public Documentation |
|---|---|
| [1pre] A wireless end-user device, comprising: | The Accused Instrumentalities include "A wireless end-user device, comprising."<br><br>For example, AT&T sells and uses devices described by AT&T's website below (e.g., devices made by Samsung, Apple, Motorola, Google, and Kyocera). These devices constitute a wireless end-user device as described in claim 1. *See, e.g.*: https://www.att.com/buy/phones/: |

| Claim | Public Documentation |
|---|---|
| [1d] a differential traffic control policy list distinguishing between a first one or more applications resident on the device and a second one or more applications and/or services resident on the device, and | The Accused Instrumentalities comprise "a differential traffic control policy list distinguishing between a first one or more applications resident on the device and a second one or more applications and/or services resident on the device."<br><br>For example, Samsung's "Data Saver," or "Power Saver," "Doze Mode," "App Standby," "Adaptive Battery," and/or "JobScheduler" features include policies which distinguish between applications and/or services. *See, e.g.*, https://www.att.com/device-support/article/wireless/KM1476382/Samsung/SamsungSMS908U:<br><br>## View data usage by app<br><br>From the Mobile data usage screen, scroll to view data usage broken down by **application**.<br><br>*Note: To restrict apps from using data while running in the background, swipe down from the **Notification bar**, then select the ⚙ **Settings icon** > **Connections** > **Data usage** > **Data saver** > **Data saver switch**. Your myAT&T account is also another way to manage your wireless usage.*<br><br><br><br>; https://www.samsung.com/us/support/answer/ANS00079018/: |

| Claim | Public Documentation |
|---|---|
| | <br>**Turn Data saver on or off** ⌄<br><br>Data saver prevents some apps from sending or receiving data in the background. So rest assured, you're not wasting any precious data.<br><br>1. Navigate to and open **Settings**, and then tap **Connections**.<br>2. Tap **Data usage**, tap **Data saver**, and then tap the **switch** next to Turn on now.<br>3. If there are still some apps you'd like to run in the background, you can set them as exceptions. Tap **Allowed to use data while Data saver is on** at the bottom of the screen.<br>4. Tap **More options** (the three vertical dots) and choose **Show system apps** or **Show allowed apps first** to narrow down the list.<br>5. Finally, tap the **switch(es)** next to your desired app(s).<br><br>; https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/: |

| Claim | Public Documentation |
|-------|---------------------|
|  |  |

| Claim | Public Documentation |
|-------|---------------------|
| | <br>; https://www.samsung.com/us/support/answer/ANS00078987/: |

| Claim | Public Documentation |
|---|---|
| |  |

| Claim | Public Documentation |
|-------|---------------------|
|       | **Check data saver preferences**<br><br>On Android 7.0 (API level 24) and higher, apps can use the `ConnectivityManager` API to determine what data usage restrictions are being applied. The `getRestrictBackgroundStatus()` method returns one of the following values:<br><br>`RESTRICT_BACKGROUND_STATUS_DISABLED`<br><br>Data Saver is disabled.<br><br>`RESTRICT_BACKGROUND_STATUS_ENABLED`<br><br>The user has enabled Data Saver for this app. Apps should make an effort to limit data usage in the foreground and gracefully handle restrictions to background data usage.<br><br>`RESTRICT_BACKGROUND_STATUS_WHITELISTED`<br><br>The user has enabled Data Saver but the app is allowed to bypass it. Apps should still make an effort to limit foreground and background data usage.<br><br>Limit data usage whenever the device is connected to a metered network, even if Data Saver is disabled or the app is allowed to bypass it. The following sample code uses `ConnectivityManager.isActiveNetworkMetered()` and `ConnectivityManager.getRestrictBackgroundStatus()` to determine how much data the app should use:<br><br>; https://developer.android.com/training/monitoring-device-state/doze-standby:<br><br>**Optimize for Doze and App Standby**<br><br>Starting from Android 6.0 (API level 23), Android introduces two power-saving features that extend battery life for users by managing how apps behave when a device is not connected to a power source. *Doze* reduces battery consumption by deferring background CPU and network activity for apps when the device is unused for long periods of time. *App Standby* defers background network activity for apps with which the user has not recently interacted.<br><br>While the device is in Doze, apps' access to certain battery-intensive resources is deferred until maintenance windows. The specific restrictions are listed in Power Management Restrictions.<br><br>Doze and App Standby manage the behavior of all apps running on Android 6.0 or higher, regardless whether they are specifically targeting API level 23. To ensure the best experience for users, test your app in Doze and App Standby modes and make any necessary adjustments to your code. The sections below provide details. |

| Claim | Public Documentation |
|---|---|
| | 

**Understanding Doze**

If a user leaves a device unplugged and stationary for a period of time, with the screen off, the device enters Doze mode. In Doze mode, the system attempts to conserve battery by restricting apps' access to network and CPU-intensive services. It also prevents apps from accessing the network and defers their jobs, syncs, and standard alarms.

Periodically, the system exits Doze for a brief time to let apps complete their deferred activities. During this *maintenance window*, the system runs all pending syncs, jobs, and alarms, and lets apps access the network.

Figure 1. Doze provides a recurring maintenance window for apps to use the network and handle pending activities.

At the conclusion of each maintenance window, the system again enters Doze, suspending network access and deferring jobs, syncs, and alarms. Over time, the system schedules maintenance windows less and less frequently, helping to reduce battery consumption in cases of longer-term inactivity when the device is not connected to a charger.

As soon as the user wakes the device by moving it, turning on the screen, or connecting a charger, the system exits Doze and all apps return to normal activity.

The Doze restriction on network access is also likely to affect your app, especially if the app relies on real-time messages such as tickles or notifications. If your app requires a persistent connection to the network to receive messages, you should use Firebase Cloud Messaging (FCM) if possible.

; https://developer.android.com/topic/performance/appstandby: |

# App Standby Buckets 🔖 ▾

Android 9 (API level 28) and higher support **App Standby Buckets**. App Standby Buckets help the system prioritize apps' requests for resources based on how recently and how frequently the apps are used. Based on app usage patterns, each app is placed in one of five priority **buckets**. The system limits the device resources available to each app based on which bucket the app is in.

## Priority buckets

The system dynamically assigns each app to a priority bucket, reassigning the apps as needed. The system may rely on a preloaded app that uses machine learning to determine how likely each app is to be used, and assigns apps to the appropriate buckets. If the system app is not present on a device, the system defaults to sorting apps based on how recently they were used. More active apps are assigned to buckets that give the apps higher priority, making more system resources available to the app. In particular, the bucket determines how frequently the app's jobs run, and how often the app can trigger alarms. These restrictions apply only while the device is on battery power; the system does not impose these restrictions on apps while the device is charging.

 **Note:** Every manufacturer can set their own criteria for how non-active apps are assigned to buckets. You should not try to influence which bucket your app is assigned to. Instead, focus on making sure your app behaves well in whatever bucket it might be in. Your app can find out what bucket it's currently in by calling `UsageStatsManager.getAppStandbyBucket()`.

The buckets are:

1. Active: App is currently being used or was very recently used.
2. Working set: App is in regular use.
3. Frequent: App is often used, but not every day.
4. Rare: App is not frequently used.
5. Restricted: App consumes a great deal of system resources, or may exhibit undesirable behavior.

In addition, there's a special **never** bucket for apps that have been installed but have never been run. The system imposes severe restrictions on these apps.

| Claim | Public Documentation |
|---|---|
| | ; https://developer.android.com/topic/performance/background-optimization; https://developer.android.com/reference/android/app/job/JobScheduler; https://developer.android.com/guide/background/persistent; https://developer.android.com/guide/components/services; https://developer.android.com/guide/components/activities/intro-activities; https://developer.android.com/reference/java/net/URLConnection; https://developer.android.com/training/articles/security-ssl; https://developer.android.com/reference/android/net/DnsResolver; https://developer.android.com/guide/topics/media; https://developer.android.com/media; https://developer.android.com/guide/topics/media/platform/mediaplayer; https://developer.apple.com/documentation/networkextension/dns_settings; *see also* the exemplary screenshots below: |







| Claim | Public Documentation |
|---|---|
|  | ; *see also* https://techshift.net/does-data-saver-apply-to-wi-fi/: |
|  | **"Does data saver apply to Wi-Fi?** |
|  | Does data saver affect WiFi? **No, it doesn't**. Data saver only restricts the apps from using mobile data. While you are on WiFi, your phone's data saver won't affect it." |
|  | ; https://www.technipages.com/how-to-give-android-apps-unrestricted-data-access-data-saver-on: |
|  | "The Data Saver option is only when you're not on WiFi and affects how you see your content." |
|  | As another example, at least Apple's "Background App Refresh" and "Low Power Mode" features include policies which distinguish between applications and/or services. *See, e.g.*, https://www.att.com/device-support/article/wireless/000097086/Apple/iPhone15Pro/: |

| Claim | Public Documentation |
|-------|---------------------|
|       | **TURN OFF BACKGROUND APP REFRESH**: From the Settings screen, select **General** > **Background App Refresh** > **Background App Refresh** > **Off**.<br><br> |

| Claim | Public Documentation |
|-------|----------------------|
|       | Enable Low Power Mode<br><br>1. From the home screen, select the 🔧 **Settings app**.<br><br>*Note: iPhone automatically prompts you to turn on Low Power mode when you have 20% battery life remaining.*<br><br>2. Scroll to and select **Battery**. Select the 🔘 **Low Power Mode switch** to place it in the On position.<br><br>*Note: When Low Power mode is on, the Battery icon turns yellow and the battery percentage is displayed in the status bar. Fetch, background app refresh, automatic downloads, and some visual effects are reduced or turned off. You can view your app usage for the* ***Last 24 Hours*** *or the* ***Last 5 Days***. *Select the desired* ***option*** *to view.*<br><br><br><br>; https://support.apple.com/en-us/HT202070: |

| Claim | Public Documentation |
|---|---|
| | ## Use Background App Refresh<br><br>After you switch to a different app, some apps run for a short period of time before they're set to a suspended state. Apps that are in a suspended state aren't actively in use, open, or taking up system resources. With Background App Refresh, suspended apps can check for updates and new content.<br><br>If you want suspended apps to check for new content, go to Settings > General > Background App Refresh and turn on Background App Refresh. If you quit an app from the app switcher, it might not be able to run or check for new content before you open it again.<br><br>https://support.apple.com/en-us/HT205234: |

# Use Low Power Mode to save battery life on your iPhone or iPad

Low Power Mode reduces the amount of power that your iPhone or iPad uses when the battery gets low.

To turn Low Power Mode on or off, go to Settings > Battery. You can also turn Low Power Mode on and off from Control Center. Go to Settings > Control Center > Customize Controls, then select Low Power Mode to add it to Control Center.

When Low Power Mode is on, your iPhone or iPad will last longer before you need to charge it, but some features might take longer to update or complete. Also, some tasks might not work until you turn off Low Power Mode, or until you charge your iPhone or iPad to 80% or higher.

Low Power Mode reduces or affects these features:

- 5G (except for video streaming) on iPhone 12 and iPhone 13 models[1]
- Auto-Lock (defaults to 30 seconds)
- Display brightness
- Display refresh rate (limited up to 60 Hz) on iPhone and iPad models with ProMotion display[2]
- Some visual effects
- iCloud Photos (temporarily paused)
- Automatic downloads
- Email fetch
- Background app refresh



When Low Power Mode is on, the battery in the status bar will be yellow. You'll see a yellow battery icon and the battery percentage. After you charge your iPhone or iPad to 80% or higher, Low Power Mode automatically turns off.

1. If you turn on Low Power Mode, 5G is disabled, except in some cases like video streaming and large downloads on iPhone 12 and iPhone 13 models. With iPhone 12 models, Low Power Mode disables 5G standalone (where available).

2. These devices have ProMotion display: iPhone 13 Pro and later, iPhone 13 Pro Max and later, iPad Pro 10.5-inch, all iPad Pro 11-inch models, and iPad Pro 12.9-inch (2nd generation) and later.

| Claim | Public Documentation |
|-------|---------------------|
|       | https://www.apple.com/batteries/maximizing-performance/: <br><br> # View Battery Usage information <br><br> With iOS, you can easily manage your device's battery life, because you can see the proportion of your battery used by each app (unless the device is charging). To view your usage, go to Settings > Battery. <br><br> Here are the messages you may see listed below the apps you've been using: <br><br> **Background Activity.** This indicates that the battery was used by the app while it was in the background — that is, while you were using another app. <br><br> • To improve battery life, you can turn off the feature that allows apps to refresh in the background. Go to Settings > General > Background App Refresh and select Wi-Fi, Wi-Fi & Cellular Data, or Off to turn off Background App Refresh entirely. <br><br> • If the Mail app lists Background Activity, you can choose to fetch data manually or increase the fetch interval. Go to Settings > Accounts & Passwords > Fetch New Data. <br><br> ;   https://support.apple.com/en-us/HT213336;   https://developer.apple.com/documentation/uikit/windows_and_screens/scenes/preparing_your_ui_to_run_in_the_background/; https://developer.apple.com/documentation/uikit/app_and_environment/scenes/preparing_your_ui_to_run_in_the_background/about_the_background_execution_sequence/;   https://developer.apple.com/documentation/uikit/app_and_environment/scenes/preparing_your_ui_to_run_in_the_background/extending_your_app_s_background_execution_time/;   https://developer.apple.com/documentation/backgroundtasks/; https://developer.apple.com/documentation/watchkit/background_execution/using_background_tasks/; https://developer.apple.com/documentation/uikit/windows_and_screens/scenes/prepar- |

| Claim | Public Documentation |
|---|---|
|  | ing_your_ui_to_run_in_the_background/using_background_tasks_to_update_your_app/; https://developer.apple.com/documentation/backgroundtasks/refreshing_and_maintaining_your_app_using_background_tasks/; https://developer.apple.com/documentation/backgroundtasks https://developer.apple.com/documentation/backgroundtasks/bgapprefreshtask; https://developer.apple.com/documentation/backgroundtasks/bgprocessingtask; https://developer.apple.com/documentation/backgroundtasks/bgtask; https://developer.apple.com/documentation/uikit/uiapplication/1622976-backgroundfetchintervalminimum/; https://developer.apple.com/documentation/uikit/uiapplication/1622994-backgroundrefreshstatus/; https://developer.apple.com/documentation/uikit/uiapplication/1623003-applicationstate; https://developer.apple.com/documentation/uikit/uiapplication/state; https://developer.apple.com/documentation/watchkit/background_execution; https://developer.apple.com/documentation/foundation/url_loading_system; https://developer.apple.com/documentation/foundation/urlsession; https://developer.apple.com/documentation/devicemanagement/mail; https://developer.apple.com/documentation/security/secure_transport/using_the_secure_socket_layer_for_network_communication; https://developer.apple.com/documentation/networkextension/personal_vpn; https://developer.apple.com/documentation/foundation/nsproxy; https://developer.apple.com/documentation/messages; https://developer.apple.com/documentation/avfoundation/avplayer; https://developer.apple.com/documentation/avfoundation/media_playback/configuring_your_app_for_media_playback; https://developer.apple.com/videos/play/wwdc2019/707/; https://developer.apple.com/videos/play/wwdc2020/10063: |

| Claim | Public Documentation |
|-------|---------------------|
| |  |

| Claim | Public Documentation |
|-------|---------------------|
|  | <br>; *see also* exemplary screen shots below: |



| Claim | Public Documentation |
|-------|---------------------|
|       |  *See,* *e.g.,* https://www.att.com/plans/wireless/; https://www.att.com/wireless/; https://www.business.att.com/?bref=IBBz250012babsbzL; https://www.att.com/prepaid/; https://www.att.com/international/canada-roaming/; https://www.att.com/international/. https://www.att.com/device-support/article/wireless/KM1124573/Apple/iPhone12Pro; https://www.att.com/security/secure-family-app/: |

| Claim | Public Documentation |
|---|---|
|  | # Top safety features <br><br>  <br><br> **Location tracking** <br> Track family member's devices in real-time on an interactive map, or track their location history on a breadcrumb trail map. <br><br> Availability, timeliness, or accuracy of device location not guaranteed. Coverage not avail. everywhere. <br><br> **Control what they access** <br> Filter or block apps and online content based on age-appropriate settings and set time limits for internet access and app usage. <br><br> **Double check their online activities** <br> View your child's internet and app usage for the last 30 days, and temporarily halt their internet access when it's time for homework, bed, or dinner. <br><br> **Set location alerts** <br> Get alerts when your child enters or leaves a saved area, or schedule alerts for additional peace of mind. <br><br> Availability, timeliness, or accuracy of device location not guaranteed. Coverage not avail. everywhere. <br><br> **SOS alerts** <br> One press of a button sends an SOS alert to the whole family. <br><br> https://www.att.com/features/myatt-app/. |
| [1e] a differential traffic control policy applicable to at least some Internet service activities by or on behalf of the first one or more applications; | The Accused Instrumentalities comprises "a differential traffic control policy applicable to at least some Internet service activities by or on behalf of the first one or more applications." <br><br> For example, Samsung's "Data Saver," or "Power Saver," "Doze Mode," "App Standby," "Adaptive Battery," and/or "JobScheduler" features include policies which apply to at least some activities by or on behalf of applications and/or services. *See, e.g.,* https://www.att.com/device-support/article/wireless/KM1476382/Samsung/SamsungSMS908U: |