**FILED UNDER SEAL**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>Defendants. | Civil Action No. 2:23-cv-00397<br><br>LEAD CASE<br><br>JURY TRIAL |
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>Defendants. | Civil Action No. 2:23-cv-00398<br><br>JURY TRIAL |

**DECLARATION OF CLARE CHURCHMAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO STAY PENDING RESOLUTION OF INTER PARTES REVIEW AND MANUFACTURER CASES**

I, Clare Churchman, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with the law firm of McKool Smith PC. I represent Defendants, AT&T Inc., AT&T Services, Inc., AT&T Mobility, LLC and AT&T Corp. in this matter. I submit this Declaration in support of Defendants' Reply In Support Of Their Motion To Stay Pending Resolution Of Inter Partes Review And Manufacturer Cases. I am licensed to practice law in the State of Texas and am admitted to practice in the Eastern District of Texas.

2. Attached as **Exhibit 1** is a true and correct excerpt of Exhibit C to Plaintiff's Infringement Contentions, served November 20, 2023.

**FILED UNDER SEAL**

I declare under penalty of perjury that the foregoing is true and correct, and this declaration was executed on November 7, 2024 in Dallas, Texas.

*/s/ Clare Churchman*
Clare Churchman