# EXHIBIT C

**Exhibit 4 - U.S. Patent No. 9,198,042 ("'042 Patent")**

Accused Instrumentalities: smartphones, basic phones, tablets, laptops, and hotspot devices sold (including those sold in bundles with data plans) or used by AT&T for use with AT&T's wireless network services, and all versions and variations thereof since the issuance of the asserted patent.

**Claim 1**

| Issued Claim(s) | Public Documentation |
|---|---|
| 1. A method comprising: | To the extent the preamble is limiting, AT&T's Accused Instrumentalities practice the steps of a method as set forth in the limitations below. |
| 1[a] receiving, over a service control link, a report from a wireless end-user device, the report comprising information about a device service state; | The Accused Instrumentalities comprise receiving, over a service control link, a report from a wireless end-user device, the report comprising information about a device service state. AT&T offers telecommunications service plans to customers that are provided through various network elements such as telecommunications base stations and cell sites, edge servers, and other telecommunications servers. AT&T provides various network service plans to customers for purchase, including through the ATT.com website as well as through AT&T-provided services such as its pre-paid mobile service category, Prepaid by AT&T. *See, e.g.*: |

| | |
|---|---|
| | **AT&T Prepaid Add-On Data**<br><br>AT&T's Prepaid Data add-on is for those on limited data plans who want to add more. The prices for the various limited data plans include:<br><br>• $25 Prepaid Plan: $5 for 250MB<br>• $30 Prepaid Plan: $10 for 1GB<br>• $40 Prepaid Plan: $10 for 1GB or $20 for 3GB<br><br>Each of these monthly plan data add-ons is good for 30 days. AT&T also offers a prepaid daily plan as opposed to monthly—this plan, which includes unlimited talk and text, costs $2/day and you are only charged on the days that you use your phone. Those on this $2 daily plan can add 100MB for $1, which is good for 24 hours. In order to buy a data add-on, visit your AT&T Prepaid login at att.com/myprepaid.<br><br>https://www.comparecellular.com/att/att-prepaid-add-ons/<br><br>AT&T's network receives service plan information from devices which correspond to the subscriber service plan associated with that wireless end-user device, which is a report comprising information about a device service state. For example, AT&T's network receives an attach request, bearer resource allocation request, bearer resource modification request, or PDN connectivity request from a wireless end-user device (UE), which includes a report comprising information about the UE's service state such as UE network capability, UE status, and protocol configuration options (PCO): |