IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>Defendants. | Civil Action No.  2:23-cv-00397<br><br>LEAD CASE<br><br>JURY TRIAL |
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>Defendants. | Civil Action No.  2:23-cv-00398<br><br>MEMBER CASE<br><br>JURY TRIAL |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW MOTION TO STAY PENDING RESOLUTION OF *INTER PARTES* REVIEW AND MANUFACTURER CASES (DKT. 69)**

AT&T moves to withdraw its Motion to Stay Pending Resolution of *Inter Partes* Review and Manufacturer Cases (Dkt. No. 69).  Earlier today, AT&T received notice of the Court's ruling on a similar motion in the *Headwater Research LLC v. Verizon Communications Inc. et al* Case (Dkt. No. 109, Case No. 2:23-cv-00352) and acknowledges that its motion is in the same posture as Verizon.  Given the Court's ruling and to conserve the Court's resources, AT&T is withdrawing its motion, reserving the right to re-file at a later date consistent with the Court's guidance in the Verizon case.

1

<table>
<tr><td>Dated: November 8, 2024</td><td>Respectfully submitted,<br><br>/s/ <u>Nicholas Mathews</u><br>Nicholas Mathews (Lead Counsel)<br>Texas State Bar No. 24085457<br>nmathews@McKoolSmith.com<br>Erik B. Fountain<br>Texas State Bar No. 24097701<br>efountain@mckoolsmith.com<br>Alexander J. Chern<br>Texas State Bar No. 24109718<br>achern@McKoolSmith.com<br>Clare Churchman<br>Texas State Bar No. 24132041<br>cchurchman@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Kevin Hess<br>Texas State Bar No.<br>khess@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8752<br><br>Deron R. Dacus<br>State Bar No. 00790553<br>ddacus@dacusfirm.com<br>**THE DACUS FIRM, PC**<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Telephone: (903)705-1117<br>Facsimile: (903) 581-2543<br><br>**AT&T CORP., AT&T MOBILITY LLC, AND AT&T SERVICES INC.**</td></tr>
</table>

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on November 8, 2024.

>/s/ *Nicholas Mathews*
>Nicholas Mathews

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties met and conferred regarding the forgoing motion pursuant to Local Rules CV-7(h) and (i). The relief sought herein is unopposed.

>/s/ *Nicholas Mathews*
>Nicholas Mathews