# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>    Plaintiff,<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>    Defendants. | Civil Action No.  2:23-cv-00397<br><br>LEAD CASE<br><br>JURY TRIAL |
| **HEADWATER RESEARCH LLC,**<br><br>    Plaintiff,<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>    Defendants. | Civil Action No.  2:23-cv-00398<br><br>MEMBER CASE<br><br>JURY TRIAL |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW MOTION TO STAY PENDING RESOLUTION OF *INTER PARTES* REVIEW AND MANUFACTURER CASES (DKT. 69)**

Before the Court is Defendants' Unopposed Motion to Withdraw their Motion to Stay Pending Resolution of *Inter Partes* Review and Manufacturer Cases (Dkt. No. 69). Having considered the Motion, it is hereby **GRANTED**.

It is so **ORDERED**.