**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-00397-JRG-RSP |
| | § | (Lead Case) |
| AT&T INC. *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw their Motion to Stay Pending Resolution of Inter Partes Review and Manufacturer Cases (Dkt. No. 69). **Dkt. No. 81.** Having considered the Motion, and noting its unopposed nature, it is **GRANTED.**

It is **ORDERED** that Dkt. No. 69. is **WITHDRAWN.**

**SIGNED this 13th day of November, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE