# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>(Lead Case)<br><br>**JURY DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00398-JRG-RSP<br><br>(Member Case)<br><br>**JURY DEMANDED** |

## JOINT CLAIM CONSTRUCTION CHART (LOCAL P.R. 4-5(d))

Pursuant to Local Patent Rule 4-5(d), and the Court's Docket Control Order (Dkt. 41), Plaintiff Headwater Research, LLC ("Headwater") and Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp. (collectively, "Defendants" or "AT&T") (all together, the "parties") respectfully submit the following Joint Claim Construction Chart containing the agreed and disputed claim terms, phrases, or clauses of U.S. Patent Nos. 8,589,541 (the "'541 Patent"); 9,198,042 (the "'042 Patent"); 9,215,613 (the "'613 Patent"); and 8,924,543 (the "'543 Patent"). A chart identifying the parties' disputed constructions is attached hereto as Exhibit A, listing the complete language of claims with terms in bold type and separate columns for each party's

1

proposed construction, pursuant to P.R. 4-5(d). The parties have not agreed upon any constructions.

Dated: November 14, 2024

| | |
|---|---|
| */s/ Nicholas Mathews* | */s/ Marc Fenster* |

| | |
|---|---|
| Nicholas Mathews (Lead Counsel) | Marc Fenster |
| Texas State Bar No. 24085457 | CA State Bar No. 181067 |
| nmathews@McKoolSmith.com | Email: mfenster@raklaw.com |
| Alexander J. Chern | Reza Mirzaie |
| Texas State Bar No. 24109718 | CA State Bar No. 246953 |
| achern@McKoolSmith.com | Email: rmirzaie@raklaw.com |
| Clare Churchman Texas State Bar No. 24132041 | Brian Ledahl |
| | CA State Bar No. 186579 |
| cchurchman@mckoolsmith.com | Email: bledahl@raklaw.com |
| **MCKOOL SMITH, P.C.** | Ben Wang |
| 300 Crescent Court Suite 1500 | CA State Bar No. 228712 |
| Dallas, TX 75201 | Email: bwang@raklaw.com |
| Telephone: (214) 978-4000 | Adam Hoffman |
| Telecopier: (214) 978-4044 | CA State Bar No. 218740 |
| | Email: ahoffman@raklaw.com |
| Kevin Hess | Dale Chang |
| Texas State Bar No. | CA State Bar No. 248657 |
| khess@mckoolsmith.com | Email: dchang@raklaw.com |
| **MCKOOL SMITH, P.C.** | Paul Kroeger |
| 303 Colorado Street, Suite 2100 | CA State Bar No. 229074 |
| Austin, TX 78701 | Email: pkroeger@raklaw.com |
| Telephone: (512) 692-8752 | Neil A. Rubin |
| | CA State Bar No. 250761 |
| Kaylee E. Hoffner Texas State Bar No. 24127036 khoffner@McKoolSmith.com | Email: nrubin@raklaw.com |
| | Kristopher Davis |
| **MCKOOL SMITH, P.C.** | CA State Bar No. 329627 |
| 600 Travis Street Suite 7000 | Email: kdavis@raklaw.com |
| Houston, TX 77002 | James S. Tsuei |
| Telephone: (713) 485-7300 | CA State Bar No. 285530 |
| Telecopier: (713) 485-7344 | Email: jtsuei@raklaw.com |
| | Philip Wang |
| Deron R. Dacus | CA State Bar No. 262239 |
| State Bar No. 00790553 | Email: pwang@raklaw.com |
| ddacus@dacusfirm.com | Amy Hayden |
| **THE DACUS FIRM, PC** | CA State Bar No. 287026 |
| 821 ESE Loop 323, Suite 430 | Email: ahayden@raklaw.com |
| Tyler, TX 75701 | Jason M. Wietholter |
| Telephone: (903)705-1117 | CA State Bar No. 337139 |
| Facsimile: (903) 581-2543 | Email: jwietholter@raklaw.com |
| | Qi (Peter) Tong |
| *Attorneys for Defendants* | TX State Bar No. 24119042 |
| | Email: ptong@raklaw.com |

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 14th day of November 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster
