# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CASE NO. 2:23-CV-00352-JRG-RSP<br>CASE NO. 2:23-CV-00379-JRG-RSP |
| VERIZON COMMUNICATIONS, INC. et al,<br>T-MOBILE US, INC., ET AL.<br>AT&T, INC., ET AL. | § § § § § | CASE NO. 2:23-CV-00397-JRG-RSP |
| *Defendants*. | § § | |

## Markman Hearing
### MAG. JUDGE ROY PAYNE PRESIDING
### November 19, 2024

**OPEN: 9:04 am**                                                             **ADJOURN: 10:38 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| TECHNICAL ADVISOR: | Mike Paul |
| LAW CLERK: | Greg Saltz |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Andrea Fair introduced co-counsel and announced ready. Deron Dacus introduced co-counsel and announced ready.

The Court heard argument on a term by term basis. Philip Wang and Kris Davis presented argument on behalf of Plaintiff. Celine Crowson, Kate Dominguez, Rob Vincent and Kevin Hess presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.