# ATTORNEY SIGN-IN SHEET

**Judge Roy S. Payne**
**2:23-CV-0352-JRG-RSP**
**Headwater Research, LLC v. Verizon Communications, Inc., et al.**
**2:23-CV-0379-JRG-RSP**
**Headwater Research, LLC v. T-Mobile US, Inc., et al.**
**2:23-CV-0397-JRG-RSP**
**Headwater Research, LLC v. AT&T, Inc., et al.**
**November 19, 2024        9:00 am**

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Reza Mirzaie | Headwater |
| Philip Wang | |
| Kris Davis | |
| James Tsuei | |
| Andrea Fair | |
| Kate Dominguez | T-Mobile + Verizon |
| Rob Vincent | |
| Charlie Sim | |
| Deron DaCus | |
| Travis Underwood | |
| Celine Crowson | |
| Sally Zheng | |
| Nich Mathews | ATT |
| Kevin Hess | ATT |
| Tim Dyll | ATT |

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Travis Underwood | Tivo |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |