IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,** **Plaintiff,** vs. **AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,** **Defendants.** | Civil Action No. 2:23-cv-00397 LEAD CASE JURY TRIAL |
| **HEADWATER RESEARCH LLC,** **Plaintiff,** vs. **AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,** **Defendants.** | Civil Action No. 2:23-cv-00398 JURY TRIAL |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Stuart McCommas is entering an appearance for AT&T Services Inc., AT&T Mobility, LLC, and AT&T Corp., (collectively "AT&T" or "Defendants") in the above numbered and entitled causes:

Stuart McCommas
Virginia State Bar No. 86592
smccommas@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1717 K Street, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 370-8300
Telecopier: (202) 370-8344

Mr. McCommas is currently admitted to practice in the Eastern District of Texas.

1

Dated: December 30, 2024

Respectfully submitted,

/s/ *Stuart McCommas*
Stuart McCommas
Virginia State Bar No. 86592
smccommas@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1717 K Street, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 370-8300
Telecopier: (202) 370-8344

**ATTORNEY FOR AT&T SERVICES INC., AT&T MOBILITY, LLC, AND AT&T CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on December 30, 2024.

/s/ *Stuart McCommas*
Stuart McCommas