IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,** <br><br> **Defendants.** | Civil Action No. 2:23-cv-00397 <br><br> LEAD CASE <br><br> JURY TRIAL |
| **HEADWATER RESEARCH LLC,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,** <br><br> **Defendants.** | Civil Action No. 2:23-cv-00398 <br><br> JURY TRIAL |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Scott W. Hejny is entering an appearance for AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp., (collectively "AT&T" or "Defendants") in the above numbered and entitled causes:

Scott W. Hejny
Texas State Bar No. 24038952
shejny@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Mr. Hejny is currently admitted to practice in the Eastern District of Texas.

1

Dated: January 22, 2025                                   Respectfully submitted,

/s/ *Scott W. Hejny*
Scott W. Hejny
Texas State Bar No. 24038952
shejny@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEY FOR AT&T SERVICES, INC., AT&T MOBILITY, LLC, AND AT&T CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 22, 2025.

/s/ *Scott W. Hejny*
Scott W. Hejny