UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>Defendants. | Civil Action No.  2:23-cv-00397<br><br>LEAD CASE<br><br>JURY TRIAL |
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>Defendants. | Civil Action No.  2:23-cv-00398<br><br>MEMBER CASE<br><br>JURY TRIAL |

**ORDER GRANTING JOINT MOTION TO DISMISS**

Before the Court is the Joint Motion to Dismiss of Plaintiff Headwater Research LLC ("Headwater") and Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp. (collectively, "AT&T") (together, the "Parties"). Having considered the same, the Court finds that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that (1) Headwater's claims against AT&T in Civil Action No. 2:23-cv-00398 are **DISMISSED WITH PREJUDICE**; (2) AT&T's counterclaims and defenses are **DISMISSED WITHOUT PREJUDICE**; and (3) the parties shall bear their own respective costs and expenses relating to this litigation.