IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>      **Plaintiff,**<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>      **Defendants.** | Case No. 2:23-cv-00397-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE REGARDING PENDING MOTIONS TO COMPEL**

In advance of the hearing set for February 5, 2025, Plaintiff Headwater Research LLC ("Headwater") and Defendants AT&T Services Inc., AT&T Mobility LLC, and AT&T Corp. ("AT&T" or "Defendants") jointly file this notice regarding the status of the pending motions to compel (Dkt. Nos. 94, 95, 96).

**A.  Defendants' Motion to Compel Production of Documents, Supplemental Interrogatory Responses, and Amended Privilege Log (Dkt. No. 94)**

After conferring on the issues raised in this motion, the parties have resolved all issues raised in this motion except the following issues, which remain outstanding:

- **Documents Produced to other Defendants:** AT&T maintains that Headwater should be compelled to produce all relevant documents produced by Headwater to Samsung, T-Mobile, or Verizon Wireless but not produced to AT&T.

- **Valuation Documents:** AT&T maintains that Headwater should be compelled to produce all valuations of the asserted patents, its patent portfolios, and the company itself.

- **Ownership Documents:** AT&T maintains that Headwater should be compelled to

1

produce documents regarding Russ, August & Kabat's direct or indirect ownership interest in Headwater or Headwater's affiliates.

**B.     Defendants' Motion to Compel Supplemental Interrogatory Responses (Dkt. No. 95)**

After conferring on the issues raised in this motion, the parties have resolved all issues raised in this motion except the following issues, which remain outstanding:

- **Interrogatories 20 & 21:** AT&T maintains that Headwater should be compelled to disclose Russ, August & Kabat's ownership interest in Headwater or Headwater's affiliates and the terms of such ownership interest.

- **Interrogatories 26 & 27:** AT&T maintains that Headwater should be compelled to (i) identify every patent that Headwater or ItsOn disclosed to AT&T prior to the filing of this action, and (ii) for each asserted claim identity the date prior to the filing of this action that Headwater contends AT&T was aware of alleged infringement.

**C.     Headwater's Motion to Compel Relevant Usage Data (Dkt. No. 96)**

After conferring on the issues raised in this motion, the parties have resolved all issues except as to two requests that AT&T is still investigating:

- Data regarding how many units of the accused products were sold by AT&T vs. provided by the customers as Bring Your Own Device (BYOD) devices; and

- Data regarding what times of day AT&T's cellular network is being used by customers for communicating data.

Dated: February 3, 2025

| | |
|---|---|
| */s/ Marc Fenster* | */s/ Nicholas Matthews* |
| Marc Fenster (CA SBN 181067) | Nicholas Mathews (Lead Counsel) |
| mfenster@raklaw.com | Texas State Bar No. 24085457 |
| Reza Mirzaie (CA SBN 246953) | nmathews@McKoolSmith.com |
| rmirzaie@raklaw.com | Erik B. Fountain |
| Brian Ledahl (CA SBN 186579) | Texas State Bar No. 24097701 |
| bledahl@raklaw.com | efountain@mckoolsmith.com |
| Ben Wang (CA SBN 228712) | Alexander J. Chern |
| bwang@raklaw.com | Texas State Bar No. 24109718 |
| Dale Chang (CA SBN 248657) | achern@McKoolSmith.com |
| dchang@raklaw.com | Clare Churchman |
| Paul Kroeger (CA SBN 229074) | Texas State Bar No. 24132041 |
| pkroeger@raklaw.com | cchurchman@mckoolsmith.com |
| Kristopher Davis (CA SBN 329627) | MCKOOL SMITH, P.C. |
| kdavis@raklaw.com | 300 Crescent Court Suite 1500 |
| Philip Wang (CA SBN 262239) | Dallas, TX 75201 |
| pwang@raklaw.com | Telephone: (214) 978-4000 |
| Amy Hayden (CA SBN 287026) | Telecopier: (214) 978-4044 |
| ahayden@raklaw.com | |
| Jason M. Wietholter (CA SBN 337139) | Kevin Hess |
| jwietholter@raklaw.com | Texas State Bar No. |
| **RUSS AUGUST & KABAT** | khess@mckoolsmith.com |
| 12424 Wilshire Blvd. 12th Fl. | MCKOOL SMITH, P.C. |
| Los Angeles, CA 90025 | 303 Colorado Street, Suite 2100 |
| Telephone: 310-826-7474 | Austin, TX 78701 |
| | Telephone: (512) 692-8752 |
| Andrea L. Fair | |
| **MILLER FAIR HENRY PLLC** | Deron R. Dacus |
| 1507 Bill Owens Parkway | State Bar No. 00790553 |
| Longview, Texas 75604 | ddacus@dacusfirm.com |
| Telephone: 903-757-6400 | THE DACUS FIRM, PC |
| andrea@millerfairhenry.com | 821 ESE Loop 323, Suite 430 |
| | Tyler, TX 75701 |
| **HEADWATER RESEARCH LLC** | Telephone: (903)705-1117 |
| | Facsimile: (903) 581-2543 |
| | |
| | **AT&T CORP., AT&T MOBILITY LLC, AND AT&T SERVICES INC.** |

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirements of Local Rule CV-7(h). The parties agree in the filing of this Joint Report Regarding Pending Motions to Compel.

/s/ *Nicholas Mathews*
Nicholas Mathews

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 3, 2025.

/s/ *Nicholas Mathews*
Nicholas Mathews