## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:23-cv-00397-JRG-RSP |
| v. | |
| AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP., | JURY TRIAL DEMANDED |
| Defendants. | |

### PLAINTIFF HEADWATER'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY OF RECORD AMY HAYDEN

Plaintiff Headwater Research LLC files this Unopposed Motion to Withdraw Attorney of Record Amy Hayden. Headwater requests that the Court permit Ms. Hayden to withdraw as attorney of record in this matter and to terminate her receipt of electronic notices. Defendants do not oppose this motion, and Headwater has consented to Ms. Hayden's withdrawal. Headwater will remain fully represented by its remaining counsel of record.

Dated: February 20, 2025

Respectfully submitted,

/s/ Amy Hayden
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Adam Hoffman
CA State Bar No. 218470
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Dale Chang

CA State Bar No. 248657
Kristopher Davis
CA State Bar No. 329627
Matthew Aichele
VA State Bar No. 77821
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
Peter (Qi) Tong
TX State Bar No. 24119042
Jason M. Wietholter
CA State Bar No. 337139
Ryan Lundquist
CO State Bar No. 56449
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

***Attorneys for Plaintiff***
***Headwater Research LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of February 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Amy Hayden*
Amy Hayden

## **CERTIFICATE OF CONFERENCE OF COUNSEL**

I hereby certify that counsel of record for Headwater and Defendants have met and conferred in compliance with Local CV-7(h). Defendants do not oppose this motion.

*/s/ Amy Hayden*
Amy Hayden