# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:23-cv-00397-JRG-RSP |
| v. | |
| AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP., | JURY TRIAL DEMANDED |
| Defendants. | |

## ORDER GRANTING PLAINTIFF HEADWATER'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY OF RECORD AMY HAYDEN

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion to Withdraw Attorney of Record. Having considered the matter, the Court GRANTS the motion and orders that Amy Hayden is withdrawn as one of Headwater's attorneys of record and that her receipt of electronic notices be terminated.