IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-00397-JRG-RSP |
| | § | (Lead Case) |
| AT&T INC. *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion to Withdraw Attorney of Record Amy Haden. **Dkt. No. 113**. After consideration, and noting its unopposed nature, the Court **GRANTS** the Motion.

It is **ORDERED** that Amy Hayden is hereby withdrawn as counsel of record in this case and terminated from electronic notifications in connection with the above-captioned matter

**SIGNED this 21st day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE