IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,** | |
| Plaintiff, | Civil Action No.  2:23-cv-00397 |
| vs. | LEAD CASE |
| **AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,** | JURY TRIAL |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that James E. Quigley is entering an appearance for AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp., (collectively "AT&T" or "Defendants") in the above numbered and entitled causes:

James E. Quigley
Texas State Bar No. 24075810
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Mr. Quigley is currently admitted to practice in the Eastern District of Texas.

1

| | |
|---|---|
| Dated: March 18, 2025 | Respectfully submitted, |

/s/ *James E. Quigley*
James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEY FOR AT&T SERVICES, INC., AT&T MOBILITY, LLC, AND AT&T CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 18, 2025.

*/s/ James E. Quigley*
James E. Quigley
