# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON CORPORATE SERVICES GROUP, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00352-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC. AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP |

**<u>ORDER GRANTING JOINT MOTION TO ADJUST RESPONSE AND REPLY DEADLINES FOR PENDING AND FORTHCOMING MOTIONS</u>**

Before the Court is Plaintiff Headwater Research LLC's ("Headwater") and Defendants

Cellco Partnership d/b/a Verizon Wireless, Verizon Corporate Services Group, Inc.'s (collectively,

1

"Verizon"), Defendants T-Mobile USA, Inc. and Sprint Corp.'s (collectively, "T-Mobile"), and Defendants AT&T Inc., AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp.'s (collectively, "AT&T") Joint Motion to Adjust the Response and Reply Deadlines for Pending and Forthcoming Motions.  The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

Headwater's response deadline for the pending Motions for Sanctions Under FRCP 37(e)(1) in the Verizon and T-Mobile cases is extended to April 8, 2025, and Verizon's, T-Mobile's, and AT&T's reply deadline is extended to April 21, 2025.

Additionally, Verizon's, T-Mobile's, and AT&T's reply deadline to any forthcoming motions for summary judgment and motions to strike expert testimony, including *Daubert* motions, is extended to April 30, 2025.

It is so **ORDERED**.