# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. AT&T INC. AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP., *Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLIES FOR PENDING MOTIONS**

Before the Court is Plaintiff Headwater Research LLC ("Headwater") and Defendants AT&T Inc., AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp. (collectively, "AT&T") (collectively, the "Parties") Joint Motion to Extension of Time to File Response and Replies. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

The deadline for AT&T to file a reply to their Motion for Sanctions Under FRCP 37(e)(1) (AT&T Dkt. 118) is extended to April 21, 2025.

The deadline for AT&T to file replies to motions for summary judgment and motions to strike expert testimony, including *Daubert* motions, is extended to April 30, 2025

It is so **ORDERED**.