# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T INC. AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's and Defendants AT&T Inc., AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp.'s Joint Motion for Extension of Time to File Response and Replies for Pending Motions. **Dkt. No. 140.** The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

It is **ORDERED** that AT&T's reply deadline for its Motion for Sanctions Under FRCP 37(e)(1) is extended to April 21, 2025. Additionally, AT&T's reply deadline to any forthcoming motions for summary judgment and motions to strike expert testimony, including Daubert motions, is extended to April 30, 2025.

**SIGNED this 5th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE