# Exhibit 12



**CONFIDENTIAL
OUTSIDE ATTORNEYS' EYES ONLY
CONTAINS SOURCE CODE**

# Transcript of Richard Wesel, Ph.D.

**Date:** March 17, 2025
**Case:** Headwater Research LLC -v- Verizon/T-Mobile/AT&T

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

## Page 1

```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
                   MARSHALL DIVISION

HEADWATER RESEARCH LLC,
         Plaintiff,
    vs.       Civil Action No. 2:23-cv-00379-JRG-RSP
T-MOBILE USA, INC., et al.,      (Lead case)
         Defendants.
-------------------------------
HEADWATER RESEARCH LLC,
         Plaintiff,
    vs.       Civil Action No. 2:23-cv-00397-JRG-RSP
AT&T SERVICES, INC., et al.,
         Defendants.
-------------------------------
HEADWATER RESEARCH LLC,
         Plaintiff,
    vs.       Civil Action No. 2:23-cv-00352-JRG-RSP
VERIZON COMMUNICATIONS, INC., et al.,
         Defendants.
-------------------------------

     * CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY *
              * CONTAINS SOURCE CODE *
```

## Page 2

```
                  VIDEOTAPED DEPOSITION OF
                    RICHARD WESEL, Ph.D.
                    Monday, March 17, 2025


Job No.:  576451
Pages:  1 - 232


         Videotaped deposition of RICHARD WESEL, Ph.D.,
produced as a witness at the instance of the Defendant,
and duly sworn, was taken in the above-styled and
numbered cause on Monday, March 17, 2025, from 11:53 a.m.
to 9:06 p.m. Eastern Time, before Alison C. Webster, RPR,
CRR, RMR, RDR, CSR-6266 (Michigan); License No. 14559
(California); License No. 084.004953 (Illinois);
CSR-12432 (Texas), reported by stenographic method, via
videoconference, pursuant to the Federal Rules of Civil
Procedure and the provisions stated on the record or
attached hereto.
```

## Page 3

```
                    A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF
    KRISTOPHER DAVIS, ESQUIRE
    JASON M. WIETHOLTER, ESQUIRE
    JAMES N. PICKENS, ESQUIRE
    REZA MIRZAIE, ESQUIRE
    RYAN K. LUNDQUIST, ESQUIRE
    Russ August & Kabat
    12424 Wilshire Boulevard
    12th Floor
    Los Angeles, California 90025
    310.826.7474
    kdavis@raklaw.com
    jwietholter@raklaw.com
    jpickens@raklaw.com
    rmirzaie@raklaw.com
    rlundquist@raklaw.com
```

## Page 4

```
              A P P E A R A N C E S   C O N T I N U E D

ON BEHALF OF THE DEFENDANTS T-MOBILE USA, INC.,
and VERIZON COMMUNICATIONS, INC.
    BRIAN ROSENTHAL, ESQUIRE
    CHARLIE SIM, ESQUIRE
    Gibson, Dunn & Crutcher LLP
    200 Park Avenue
    New York, New York 10166
    212.351.2339
    brosenthal@gibsondunn.com
    csim@gibsondunn.com

    HANNAH BEDARD, ESQUIRE
    Gibson, Dunn & Crutcher LLP
    1700 M Street, N.W.
    Washington, D.C. 20003
    202.777.9579
    hbedard@gibsondunn.com
```

---

Page 17

1  MR. ROSENTHAL: Exhibit Number 4 is
2  Appendix C to that report.
3      MARKED FOR IDENTIFICATION:
4      EXHIBIT 4
5      12:00 p.m.
6  MR. ROSENTHAL: Exhibit Number 5 is
7  Appendix D to that report.
8      MARKED FOR IDENTIFICATION:
9      EXHIBIT 5
10     12:00 p.m.
11 BY MR. ROSENTHAL:
12 Q. Let me just stop there. The reports that you've --
13    the report that you generated on February 13th, 2025,
14    and the appendices and exhibits thereto constitute
15    your infringement opinions. Correct?
16 A. **Well, let's see. I believe there are -- there's a**
17    **rebuttal report and then a supplementary report, two**
18    **brief reports that also, you know, add to my**
19    **opinions.**
20 Q. Okay. So Exhibit Number -- let me -- let me start
21    with just the February 13th reports.
22      On February 13th, you served an
23    infringement report in all three cases. Correct?
24 A. **That's correct.**
25 Q. And the body of the report, as I understand it, was

Page 18

1  intended to be identical across all three cases.
2  Correct?
3  A. **It's the same report submitted for all three cases,**
4  **and then Appendices A, B, and C provide things that**
5  **are specific for each defendant.**
6  Q. Okay. And so Appendix A was specific to Verizon,
7     Appendix B was specific to T-Mobile, and Appendix C
8     was specific to AT&T. Correct?
9  A. **Yes, that's correct.**
10    MR. ROSENTHAL: And then Exhibit Number 6
11 to this deposition is the supplemental infringement
12 report which is entitled Rebuttal Expert Report -- I'm
13 sorry, it's entitled Rebuttal Expert Report of
14 Dr. Richard D. Wesel Regarding Non-Infringing
15 Alternatives, dated March 13th, 2025.
16     MARKED FOR IDENTIFICATION:
17     EXHIBIT 6
18     12:02 p.m.
19 BY MR. ROSENTHAL:
20 Q. Correct?
21 A. **Yes, that's correct.**
22 Q. Okay. And then Exhibit Number 7 is an errata that was
23    served last night to your opening infringement report.
24    Correct?
25     MARKED FOR IDENTIFICATION:

Page 19

1      EXHIBIT 7
2      12:03 p.m.
3  A. I mean, I haven't downloaded that exhibit yet, but, I
4     mean, that -- that is -- that's the last of the
5     reports, yes.
6  BY MR. ROSENTHAL:
7  Q. And then in addition to what we've just identified,
8     you also had a supplemental report, I believe.
9     Correct?
10 A. **Yes.**
11 Q. That was just served a few days ago. Right?
12 A. **That's correct.**
13    MR. ROSENTHAL: Charlie, could you please
14 put that in as an exhibit?
15    MR. SIM: Yeah, give me a moment here.
16    MR. ROSENTHAL: Thank you.
17    MR. SIM: All right, that should be
18 uploading now.
19    MR. ROSENTHAL: That's Exhibit 14?
20    MR. SIM: Correct.
21    MR. ROSENTHAL: Did we put that in the
22 Chat? There it is. Okay.
23     MARKED FOR IDENTIFICATION:
24     EXHIBIT 14
25     12:05 p.m.

Page 20

1  BY MR. ROSENTHAL:
2  Q. And Exhibit Number 14 is your supplemental report with
3     respect to infringement that is dated March 15th,
4     2025. Correct?
5  A. **Again, I haven't downloaded it, but I believe you.**
6  Q. Okay. So feel free to download or look at your own
7     copies of them, but as I understand it, you served an
8     expert report on February 13th, 2025. You served a
9     rebuttal report on March 13th, 2025. You served a
10    supplemental report on March 15th, 2025. And you
11    served errata to your first report on March 16th,
12    2025. Correct?
13 A. **Yes, that's correct.**
14 Q. And those are all the submissions that you've made
15    with respect to your opinions in this case. Correct?
16 A. **That's correct.**
17 Q. And do those four documents and the appendices and
18    exhibits thereto reflect all of the opinions that you
19    intend to offer at trial?
20 A. **Well, I believe so. Unless there's the need to file**
21    **another supplemental report on some issue that comes**
22    **up later, so... these are all the reports -- these**
23    **represent all of my opinions up to this time.**
24 Q. Great. And other than the errata that you served
25    yesterday with respect to your February 13th report,