**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>        PLAINTIFF,<br><br>    v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC and AT&T CORP.,<br>    DEFENDANTS. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>**JURY DEMANDED** |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON
THE PLEADINGS UNDER RULE 12(C) THAT THE
<u>ASSERTED CLAIMS ARE INVALID UNDER 35 U.S.C. § 101</u>**

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Koncak v. Deutsche Bank Nat'l Tr. Co. as Tr. for GSAMP Tr. 2006-FM2, Mortg. Pass-Through Certificates, Series 2006-FM2*,
    No. 3:19-CV-0071-B-BT, 2020 WL 13505361 (N.D. Tex. Feb. 3, 2020) ............................... 1

*Stringer v. Davis Mountain Prop. Owners Ass'n*,
    81 F. App'x 502 (5th Cir. 2003) ................................................................................................ 1

**Statutes**

35 U.S.C. § 101 .................................................................................................................................. 1

**Other Authorities**

Fed. R. Civ. P. 12(h)(2) ..................................................................................................................... 1

Nothing in Headwater's Opposition (Dkt. 165, the "Opposition") undermines the conclusion that the asserted claims of the '541 (claims 79 and 83) and the '613 (claims 1, 12, 15, 16, and 18) (the "Asserted Claims") are ineligible under 35 U.S.C. § 101. As set forth in the opening motion (*see* Dkt. No. 130, the "Motion"), the Asserted Claims recite the longstanding process of selectively managing communications by: (1) determining a user-configurable policy to apply to received communications, (2) assessing a communication, and (3) applying the policy to the communication. Headwater's attempt to characterize the invention as "improving the function" of "wireless end-user devices" is belied by the claims themselves, which recite only abstract steps applied to generic computer components.

Plaintiff's arguments that the 12(c) motion for judgment on the pleadings is procedurally defective are meritless. *See* Opp. at 20-21. Plaintiff cites *no* cases in support. The Motion poses no delay to trial because it was filed by the dispositive motion deadline. *Koncak v. Deutsche Bank Nat'l Tr. Co. as Tr. for GSAMP Tr. 2006-FM2, Mortg. Pass-Through Certificates, Series 2006-FM2*, No. 3:19-CV-0071-B-BT, 2020 WL 13505361, at *2 (N.D. Tex. Feb. 3, 2020) (finding 12(c) motion timely where it was filed before dispositive-motion deadline and three months before trial). Whether the Asserted Claims are directed to patent ineligible subject matter is a failure to state a claim defense which, under FRCP 12(h)(2), may be raised as late as trial. Moreover, the Motion relies only on the factual allegations in the complaint and therefore, there is no basis to convert the Motion into one for summary judgment. *Stringer v. Davis Mountain Prop. Owners Ass'n,* 81 F. App'x 502 (5th Cir. 2003).

Defendants therefore respectfully move for judgment on the pleadings that the Asserted Claims are invalid.

1

Dated: April 24, 2025

By:     */s/ Nicholas Mathews*
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Alexander J. Chern
Texas State Bar No. 24109718
achern@McKoolSmith.com
Clare Churchman
Texas State Bar No. 24132041
cchurchman@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin Hess
Texas State Bar No. 24087717
khess@mckoolsmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752

Sean O'Leary
Texas State Bar No. 24138326
soleary@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903)705-1117
Facsimile: (903) 581-2543

**ATTORNEYS FOR AT&T CORP., AT&T**

**MOBILITY LLC, AND AT&T SERVICES, INC**.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 24, 2025.

/s/ *Nicholas Mathews*
Nicholas Mathews