# EXHIBIT 10

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                        MARSHALL DIVISION

 3   HEADWATER RESEARCH, LLC.,      (  CAUSE NO. 22:2-CV-422-JRG
                                    )
 4           Plaintiff,             (
                                    )
 5   vs.                            (
                                    )
 6   SAMSUNG ELECTRONICS CO., LTD., (
     et al.,                        )  MARSHALL, TEXAS
 7                                  (  JANUARY 16, 2025
             Defendants.            )  8:30 A.M.
 8   _____

 9

                              VOLUME 4
10

11   _____

                         TRIAL ON THE MERITS
12

13           BEFORE THE HONORABLE RODNEY GILSTRAP
                UNITED STATES CHIEF DISTRICT JUDGE
14                        and a jury
     _____
15

16

17

18

19

20

21

22                    SHAWN McROBERTS, RMR, CRR
                       100 E. HOUSTON STREET
23                     MARSHALL, TEXAS  75670
                          (903) 923-8546
24              shawn_mcroberts@txed.uscourts.gov

25
```

dependent claim.

Now, several times in these instructions I have or I will refer to a person of ordinary skill in the field of the invention, or a person of ordinary skill in the art.  In deciding the level of ordinary skill in the field, you should consider all the evidence introduced at the trial, including but not limited to:  The levels of education and experience of the inventor and other persons actively working in the field; the types of problems encountered in the field; previous solutions to those problems; the rapidity with which innovations are made; and the sophistication of the technology.

A person of ordinary skill in the art at the time of the invention would have had a Bachelor's degree in electrical engineering, computer science, or a comparable field of study, and at least two or three years of professional experience in mobile wireless communication devices or wireless digital communication systems, or other similarly relevant industry experience.  And additional relevant industry experience may compensate for a lack of formal education and vice versa.

I'll now instruct you on how to determine whether or not Headwater has proven that Samsung has infringed any of the asserted claims of the '976 Patent.

If a person or a corporation makes, uses, sells, or offers for sale within the United States, or imports into the

08:49    1    United States what is covered by a patent claim without the

         2    patent owner's permission, that person or corporation is said

         3    to infringe the patent.

         4        In reaching your decision on infringement, keep in mind

         5    only the claims of the patent can be infringed, and you must

         6    compare the asserted claims to the accused products to

         7    determine whether or not there is infringement.  And, ladies

         8    and gentlemen, this is the only correct comparison--comparing

08:49    9    the language of the asserted claims to the features of the

         10   accused products.

         11       You should not compare the accused products with any

         12   specific examples set out in the '976 Patent, ItsOn software,

         13   or the prior art in reaching your decision on infringement.

         14   In deciding infringement, again, the only correct comparison

         15   is between the accused products and the limitations or

         16   elements of the asserted claims.

08:50    17       You must determine whether or not there is infringement

         18   separately for each asserted claim.  However, if you find that

         19   an independent claim is not infringed, there cannot be

         20   infringement of any dependent claim that refers to or depends

         21   from that independent claim.

         22       On the other hand, if you find that an independent claim

         23   has been infringed, you must still separately decide whether

         24   the accused products meet the additional requirements of any

08:50    25   claims that depend from or refer to that independent claim.