# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:22-cv-00422-JRG-RSP<br><br>JURY DEMANDED |

**RESPONSE AND NOTICE OF MOOTNESS REGARDING SAMSUNG'S
PARTIAL MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT
FOR SLEEPING AND DEEP SLEEPING FEATURES (DKT. 235)**

Defendants' motion for partial summary judgment of non-infringement for Samsung's sleeping and deep sleeping features (Dkt. 235) should be denied as moot. To narrow disputes and reduce issues for trial, Headwater agrees to drop the sleeping and deep sleeping features from its infringement case. Headwater maintains its infringement case for all other accused features, which are not at issue in Defendants' motion.

The parties did not confer about Defendants' motion before it was filed. Nevertheless, before the deadline the response (and upon Defendants' request to narrow the accused features for trial), Headwater informed Defendants that it would no longer assert infringement of Samsung's sleeping and deep sleeping features. *See* Ex. A (May 31, 2024, E-mail to Counsel). In view of Headwater's agreement, Defendants' motion should be withdrawn or denied as moot.

Dated: May 31, 2024

Respectfully submitted,

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
James Milkey

1

CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James N. Pickens
CA State Bar No. 307474
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Robert Christopher Bunt
Parker, Bunt & Ainsworth, P.C.
Texas State Bar No. 00787165
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
rcbunt@pbatyler.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ *Marc Fenster*
Marc Fenster