# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC and AT&T CORP.,<br><br>Defendants. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER

Plaintiff Headwater Research LLC and Defendants AT&T Services, Inc., AT&T Mobility, LLC and AT&T Corp. (collectively, the "Parties") respectfully file this Joint Motion to Amend the Docket Control Order and would show the Court as follows: Per the Amended Docket Control Order, the current deadline for the Parties to file motions in *limine* is May 14, 2025. Dkt. No. 104 at 3. The Parties request a brief two-day extension of this deadline to May 16, 2025. The deadline for responses to motions *in limine* shall remain the same as that set forth in the Docket Control Order, which is May 28, 2025. *Id* at 2.

The Parties seek this brief extension to accommodate the other deadlines in this case this week, including the deadline to serve objections to rebuttal pretrial disclosures, which is May 13, 2025. The extension will also allow the Parties to further confer to narrow disputes for the Court.

The Parties represent that this motion is not filed for the purposes of delay and would be in the interest of justice. The Parties further represent this will not affect any of the starred dates in the Docket Control Order. This motion is agreed, and the Parties are filing it jointly.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion.

**FILED UNDER SEAL**

Dated: May 13, 2025,                                          Respectfully submitted,

/s/ Marc Fenster                                              /s/ Nicholas Mathews
CA State Bar No. 181067                                       Nicholas Mathews
Email: mfenster@raklaw.com                                    Texas State Bar No. 24085457
Reza Mirzaie                                                  nmathews@McKoolSmith.com
CA State Bar No. 246953                                       Alexander J. Chern
Email: rmirzaie@raklaw.com                                    Texas State Bar No. 24109718
Brian Ledahl                                                  achern@McKoolSmith.com
CA State Bar No. 186579                                       Clare Churchman
Email: bledahl@raklaw.com                                     Texas State Bar No. 24132041
Ben Wang                                                      cchurchman@mckoolsmith.com
CA State Bar No. 228712                                       **MCKOOL SMITH, P.C.**
Email: bwang@raklaw.com                                       300 Crescent Court Suite 1500
Adam Hoffman                                                  Dallas, TX 75201
CA State Bar No. 218740                                       Telephone: (214) 978-4000
Email: ahoffman@raklaw.com                                    Telecopier: (214) 978-4044
Dale Chang
CA State Bar No. 248657                                       Kevin Hess
Email: dchang@raklaw.com                                      Texas State Bar No. 24087717
Paul Kroeger                                                  khess@mckoolsmith.com
CA State Bar No. 229074                                       **MCKOOL SMITH, P.C.**
Email: pkroeger@raklaw.com                                    303 Colorado Street, Suite 2100
Neil A. Rubin                                                 Austin, TX 78701
CA State Bar No. 250761                                       Telephone: (512) 692-8752
Email: nrubin@raklaw.com
Kristopher Davis                                              Deron R. Dacus
CA State Bar No. 329627                                       State Bar No. 00790553
Email: kdavis@raklaw.com                                      ddacus@dacusfirm.com
James S. Tsuei                                                **THE DACUS FIRM, PC**
CA State Bar No. 285530                                       821 ESE Loop 323, Suite 430
Email: jtsuei@raklaw.com                                      Tyler, TX 75701
Philip Wang                                                   Telephone: (903)705-1117
CA State Bar No. 262239                                       Facsimile: (903) 581-2543
Email: pwang@raklaw.com
Jason M. Wietholter                                           *Attorneys For AT&T*
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com

**RUSS AUGUST & KABAT**

2

**FILED UNDER SEAL**

12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

**FILED UNDER SEAL**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 13, 2025.

*/s/ Nicholas Mathews*
Nicholas Mathews

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 9, 2025, counsel for Defendants conferred with counsel for Plaintiff and that this Joint Motion is unopposed.

*/s/ Nicholas Mathews*
Nicholas Mathews