IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T CORP.,**<br><br>Defendants. | Civil Action No. 2:23-cv-00397<br><br>LEAD CASE<br><br>JURY TRIAL |

## JOINT STIPULATION REGARDING SUBSTITUTION OF AT&T CORP.

Plaintiff Headwater Research LLC ("Headwater") and Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp. (now known as AT&T Enterprises, LLC) ("Defendants") by and through their undersigned counsel, hereby respectfully submit the following stipulation substituting AT&T Corp. with its successor-in-interest AT&T Enterprises, LLC.

WHEREAS on September 1, 2023, Headwater filed suit against the Defendants for alleged infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 (the "Patents-in-Suit") in the Eastern District of Texas, Case No. 2:23-cv-00397.

WHEREAS the Defendants represent and warrant that in 2024, AT&T Corp. underwent a corporate restructuring pursuant to which, through a series of transactions, AT&T Corp. merged with and into AT&T Enterprises, Inc., which then converted to AT&T Enterprises, LLC. As a

result of these transactions, AT&T Enterprises, LLC became the successor-in-interest to AT&T Corp.[1];

WHEREAS, in order to avoid burdening the Court and the parties with motion practice, the parties have agreed to substitute AT&T Enterprises, LLC as a defendant in place of its predecessor-in-interest AT&T Corp. as if AT&T Enterprises, LLC (as a successor-in-interest to AT&T Corp.) had been originally named as a defendant.

IT IS THEREFORE STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The parties agree to substitute AT&T Enterprises, LLC as a defendant in place of its predecessor-in-interest AT&T Corp., and that such substitution relates back as if AT&T Enterprises, LLC (as a successor-in-interest to AT&T Corp.) was originally named as a defendant and as contemplated by Federal Rule of Civil Procedure 15(c).

---

[1] For purposes of clarification, the description of AT&T Enterprises, LLC as the successor-in-interest to AT&T Corp., and AT&T Corp. as the predecessor-in-interest to AT&T Enterprises, LLC in this Stipulation is not a concession by the AT&T Defendants that AT&T Enterprises, LLC or AT&T Corp. have or had any interest or role in the subject matter of the AT&T Action; to the contrary, the AT&T Defendants dispute that AT&T Corp. or AT&T Enterprises, LLC have any interest or role in the facts or matters at issue in the action.

Date: May 21, 2025
*/s/ Reza Mirzaie*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Ryan K. Lundquist
CO State Bar No. 56449
Email: rlundquist@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF, HEADWATER RESEARCH LLC**

Respectfully submitted,
*/s/ Nicholas Mathews*
Nicholas Mathews (Lead Counsel)
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin Hess
Texas State Bar No. 24087717
khess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903)705-1117
Facsimile: (903) 581-2543

**AT&T ENTERPRISES, LLC, AT&T MOBILITY LLC, AND AT&T SERVICES INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 21, 2025

/s/ *Nicholas Mathews*
Nicholas Mathews
