IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00397-JRG-RSP |

**JOINT MOTION TO RESCHEDULE THE HEARING ON
DEFENDANTS' MOTION FOR SANCTIONS UNDER RULE 37(E)(1) (DKT. 118)
TO COINCIDE WITH THE PRETRIAL CONFERENCE**

Plaintiff Headwater Research LLC ("Headwater" or "Plaintiff") and Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp.[1] (collectively, "AT&T") (all together, the "Parties") respectfully request that the Court reschedule the hearing on AT&T's Motion for Sanctions Under Rule 37(e)(1) (Dkt. 118, "AT&T Motion"), currently set for June 3, 2025, to coincide with the Pretrial Conference currently set for June 6, 2025. The Parties would show the Court as follows:

The Parties represent that good cause exists for rescheduling the June 3 hearing on the AT&T Motion to coincide with the June 6 Pretrial Conference. It would be highly efficient for the Court and the Parties to schedule these for the same day, which would free up on the Court's calendar the existing June 3 slot for the hearing on the AT&T Motion. The Parties also expect there to be ample time on June 6 for the Court to hear argument on the AT&T Motion in addition

---

[1] The Parties have filed a Joint Stipulation substituting AT&T Corp. with its successor-in-interest AT&T Enterprises, LLC, following a corporate restricting of AT&T Corp. Dkt. 218.

1

to the Pretrial Conference disputes, including because certain exhibit and motion *in limine* disputes involve issues that overlap with the AT&T Motion. In addition, the Court will hear argument on certain related issues in the Verizon and T-Mobile cases (Nos. 2:23-cv-00352-JRG-RSP and 2:23-cv-00379-JRG-RSP) on May 29 and 30, 2025, which may inform the parties' arguments and the Court's decisions on the AT&T Motion and the Parties' Pretrial Conference disputes.

  Accordingly, the Parties respectfully request that the Court grant this Joint Motion and reschedule the hearing on the AT&T Motion (currently set for June 3, 2025) to coincide with the Pretrial Conference scheduled for June 6, 2025.

Dated: May 27, 2025

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Adam Hoffman
CA State Bar No. 218740
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James Pickens

Respectfully submitted,

*/s/ Nicholas Mathews*
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Alexander J. Chern
Texas State Bar No. 24109718
achern@McKoolSmith.com
Clare Churchman
Texas State Bar No. 24132041
cchurchman@mckoolsmith.com
**McKool Smith, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin Hess
Texas State Bar No. 24087717
khess@mckoolsmith.com
**McKool Smith, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752

Sean O'Leary
Texas State Bar No. 24138326

2

CA State Bar No. 307474
Qi (Peter) Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff,
Headwater Research LLC*

soleary@mckoolsmith.com
**McKool Smith, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**The Dacus Firm, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903)705-1117
Facsimile: (903) 581-2543

*Attorneys for Defendants AT&T Corp., AT&T Mobility LLC, and AT&T Services, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendants conferred with counsel for Plaintiff and that this is a Joint Motion.

*/s/ Marc Fenster*
Marc Fenster

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Marc Fenster*
Marc Fenster