# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP |

### ORDER GRANTING JOINT MOTION TO RESCHEDULE THE HEARING ON DEFENDANTS' MOTION FOR SANCTIONS UNDER RULE 37(E)(1) (DKT. 118) TO COINCIDE WITH THE PRETRIAL CONFERENCE

Before the Court is the Joint Motion of Plaintiff Headwater Research LLC ("Headwater") and Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp. (collectively, "Defendants" or "AT&T") to Reschedule the Hearing on Defendants' Motion for Sanctions Under Rule 37(e)(1) (Dkt. 118) to Coincide with the Pretrial Conference. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

The Court hereby resets the hearing on Dkt. 118 for June 6, 2025 at 9:00 AM to coincide with the Pretrial Conference scheduled for that same day.

It is so **ORDERED**.