# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP., <br><br> *Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Amend the Docket Control Order filed by Plaintiff Headwater Research LLC and Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp. **Dkt. No. 222.** Having considered the Motion, and noting that it is joint, the Motion is **GRANTED**.

Therefore, it is **ORDERED** that the deadline for the Parties to file Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations is extended to May 30, 2025.

**SIGNED this 29th day of May, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1