IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,** | |
| Plaintiff, | Civil Action No. 2:23-cv-00397 |
| vs. | LEAD CASE |
| **AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC,** | JURY TRIAL |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Christian Hurt is entering an appearance for AT&T Services, Inc. AT&T Mobility LLC, and AT&T Enterprises, LLC ("AT&T" or "Defendants") in the above referenced matter:

Christian Hurt
TX State Bar No. 24059987
churt@mckoolsmith.com
**McKool Smith, PC**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Mr. Hurt is currently admitted to practice in the Eastern District of Texas.

Dated: May 29, 2025

Respectfully submitted,

/s/ *Christian Hurt*
Christian Hurt
Texas State Bar No. 24059987
churt@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Ct., Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEY FOR DEFENDANT AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 29, 2025.

/s/ *Christian Hurt*
Christian Hurt