IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC,**<br><br>**Defendants.** | Civil Action No. 2:23-cv-00397<br><br>LEAD CASE<br><br>JURY TRIAL |

**DEFENDANTS' NOTICE PURSUANT TO 35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282(c), Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Enterprises, LLC (collectively, "AT&T") provide this notice (the "Section 282 Notice") to Plaintiff Headwater Research LLC ("Plaintiff" or "Headwater") of patents, publications, other prior art, and witnesses upon which AT&T relies to establish the invalidity and the state of the art as to U.S. Patent Nos. 8,589,541 (the "'541 Patent") and 9,215,613 (the "'613 Patent") (together, the "Asserted Patents").

AT&T has already provided the requisite notice to Headwater "of the country, number, date, and name of the patentee of any patent, the title, date, and page numbers of any publication to be relied upon as anticipation of the patent[s] in suit or … as showing the state of the art, and the name and address of any person who may be relied upon as the prior inventor or as having prior knowledge of or as having previously used or offered for sale the invention of the patent[s] in suit" through the pleadings and documents filed or served over the course of the litigation, including but not limited to its answer to the complaint, initial disclosures, invalidity contentions, expert reports, discovery responses, fact and expert depositions, trial exhibit lists, trial witness

1

lists, and all documents cited or relied upon therein (collectively, the "Prior Notice"). These pleadings and documents comprising the Prior Notice include the information that Section 282 requires with respect to the patents, publications, other prior art, and witnesses upon which AT&T intends to rely to establish the invalidity and the state of the art as to the asserted claims of the Asserted Patents. AT&T therefore incorporates by reference the Prior Notice into this Section 282 Notice as if fully set forth herein. For the same reason, AT&T incorporates by reference into this Section 282 Notice all prior art cited or otherwise contained in the prosecution records of the applications that issued as the Asserted Patents, as well as any related applications that were filed in the United States or worldwide.

In addition, AT&T identifies the following patents, publications, other prior art, and trial witnesses who may testify in connection with AT&T's contentions as to invalidity of the Asserted Patents.

**I.     Prior Art**

    **A.     Patents, Patent Publications, or Patent Applications**

| Patent / Pub. No. | Date Filed / Published / Issued | First Named Inventor | Bates Beg | Bates End |
|---|---|---|---|---|
| U.S. Patent Pub. No. 2009/0265752 | October 22, 2009 | Sharif-Ahmadi | ATT_HEADWATER_00054743 | ATT_HEADWATER_00054769 |
| U.S. Patent Pub. No. 2008/0080458 | April 3, 2008 | Cole | ATT_HEADWATER_00054592 | ATT_HEADWATER_00054619 |
| U.S. Patent Pub. No. 2006/0039354 | February 23, 2006 | Rao | ATT_HEADWATER_00054248 | ATT_HEADWATER_00054292 |
| U.S. Patent Pub. No. 2008/0084977 | April 10, 2008 | Nayak | ATT_HEADWATER_00054620 | ATT_HEADWATER_00054639 |
| U.S. Patent Pub. No. 2010/0017506 | January 21, 2010 | Fadell | ATT_HEADWATER_00054806 | ATT_HEADWATER_0054820 |

| Patent / Pub. No. | Date Filed / Published / Issued | First Named Inventor | Bates Beg | Bates End |
|---|---|---|---|---|
| U.S. Patent Pub. No. 2009/0207817 | August 20, 2009 | Montemurro | ATT_HEADWATER_00054715 | ATT_HEADWATER_00054728 |
| U.S. Patent Pub. No. 2007/0038763 | February 15, 2007 | Oestvall | ATT_HEADWATER_00054408 | ATT_HEADWATER_00054411 |
| European Patent No. 1,484,871 A1 | December 8, 2004 | Kelz | ATT_HEADWATER_00055079 | ATT_HEADWATER_00055093 |
| U.S. Patent Pub. No. 2008/0160958 | July 3, 2008 | Abichandani | ATT_HEADWATER_00054648 | ATT_HEADWATER_0054655 |
| U.S. Patent Pub. No. 2009/0217065 | August 27, 2009 | Araujo | ATT_HEADWATER_00054729 | ATT_HEADWATER_00054742 |
| U.S. Patent No. 8,347,362 | March 31, 2011 | Cai | ATT_HEADWATER_00053896 | ATT_HEADWATER_00053912 |
| U.S. Patent No. 5,987,611 | November 16, 1999 | Freund | ATT_HEADWATER_00053752 | ATT_HEADWATER_0053808 |
| U.S. Patent Pub. No. 2008/0146268 | June 19, 2008 | Gandhi | ATT_HEADWATER_00054640 | ATT_HEADWATER_0054647 |
| U.S. Patent Pub. No. 2006/0059556 | March 16, 2006 | Royer | ATT_HEADWATER_00054293 | ATT_HEADWATER_0054302 |
| U.S. Patent No. 8,381,127 | February 19, 2013 | Singh | ATT_HEADWATER_00053913 | ATT_HEADWATER_0053935 |
| U.S. Patent Pub. No. 2010/0223096 | September 2, 2010 | Bosan | ATT_HEADWATER_00054924 | ATT_HEADWATER_00054950 |
| U.S. Patent Pub. No. 2004/0073672 | April 15, 2004 | Fascenda | ATT_HEADWATER_00054086 | ATT_HEADWATER_00054101 |
| U.S. Patent Pub. No. 2007/0156897 | July 5, 2007 | Lim | ATT_HEADWATER_00054437 | ATT_HEADWATER_00054511 |
| U.S. Patent Pub. No. 2004/0243682 | December 2, 2004 | Markki | ATT_HEADWATER_00054102 | ATT_HEADWATER_00054155 |
| U.S. Patent Pub. No. | June 21, 2012 | Menezes | ATT_ | ATT_ |

| Patent / Pub. No. | Date Filed / Published / Issued | First Named Inventor | Bates Beg | Bates End |
|---|---|---|---|---|
| 2012/0157038 | | | HEADWATER_ 00055005 | HEADWATER_ 00055031 |
| U.S. Patent Pub. No. 2011/0231890 | September 22, 2011 | Tovar | ATT_ HEADWATER_ 00054977 | ATT_ HEADWATER_ 00054994 |
| U.S. Patent Pub. No. 2005/0105467 | May 19, 2005 | True | ATT_ HEADWATER_ 00054176 | ATT_ HEADWATER_ 00054183 |
| U.S. Patent Pub. No. 2012/0117478 | May 10, 2012 | Vadde | ATT_ HEADWATER_ 00054995 | ATT_ HEADWATER_ 00055004 |
| U.S. Patent Pub. No. 2010/0312892 | December 9, 2010 | Woundy | ATT_ HEADWATER_ 00054951 | ATT_ HEADWATER_ 00054966 |
| U.S. Patent No. 9,167,480 | May 17, 2011 | Erman | ATT_ HEADWATER_ 00053975 | ATT_ HEADWATER_ 00053995 |

B.  **Other Prior Art**

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| Android Devices, Applications, and Operating Systems | N/A | N/A |
| A T-Mobile G1 device | N/A | N/A |
| An HTC Nexus One device | N/A | N/A |
| An HTC Hero Device | N/A | N/A |
| A T-Mobile myTouch 3G device | N/A | N/A |
| Android OS Version 1.6, R1 | ATT_HEADWATER_00141796 | ATT_HEADWATER_00141796 |
| Google I/O Presentation "Coding for Life – Battery Life, That Is" (Slides) | GOOG-HDWTER-0000001 | GOOG-HDWTER-0000032 |
| Google I/O Presentation "Coding for Life – Battery Life, That Is" (Video) | GOOG-HDWTER-00000033 | GOOG-HDWTER-00000033 |
| Gmail | N/A | N/A |
| JuiceDefender | N/A | N/A |

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| J. Walton, DroidDog, App(s) Review: JuiceDefender & UltimateJuice | ATT_HEADWATER_00142552 | ATT_HEADWATER_00142553 |
| K. Purdy, LifeHacker, JuiceDefender Saves Batteries by Automating Android Data | ATT_HEADWATER_00028483 | ATT_HEADWATER_00028487 |
| PDRoms - Homebrew 4 you, JuiceDefender V0.6.1 (Beta) (Android Application) | ATT_HEADWATER_00141711 | ATT_HEADWATER_00141715 |
| D. Ruddock, Android Policy, Top Android Apps Every Rooted User Should Know About, Part 1: Apps 1-8 | ATT_HEADWATER_00028465 | ATT_HEADWATER_00028482 |
| HTC Dream/T-Mobile G1 User Guide | ATT_HEADWATER_00026885 | ATT_HEADWATER_00027025 |
| T-Mobile myTouch 3G Slide Manual | ATT_HEADWATER_00027026 | ATT_HEADWATER_00027207 |
| Motorola Droid User Guide | ATT_HEADWATER_00027295 | ATT_HEADWATER_00027352 |
| HTC Nexus One User's Guide | ATT_HEADWATER_00027353 | ATT_HEADWATER_00027686 |
| T-Mobile G1 Full Phone Specifications | ATT_HEADWATER_00026881 | ATT_HEADWATER_00026882 |
| HTC Imagio User Manual | ATT_HEADWATER_00140966 | ATT_HEADWATER_00141117 |
| Samsung Intrepid SPH-i350 User Guide | ATT_HEADWATER_00141118 | ATT_HEADWATER_00141351 |
| Nokia N97 User Guide | ATT_HEADWATER_00141352 | ATT_HEADWATER_00141708 |
| T-Mobile Press Release, T-Mobile Unveils the T-Mobile G1 – the First Phone Powered by Android | ATT_HEADWATER_00141750 | ATT_HEADWATER_00141754 |
| T-Mobile Press Release, Details on Android 1.6 (Donut) Rollout | ATT_HEADWATER_00141774 | ATT_HEADWATER_00141778 |

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| PCMag, T-Mobile Rolls Out 'Donut' Android Update | ATT_HEADWATER_00141771 | ATT_HEADWATER_00141773 |
| Michael Simon, 10 years ago we met the world's first Android phone, and it didn't have a headphone jack, PCWorld | ATT_HEADWATER_00141755 | ATT_HEADWATER_00141760 |
| Melissa J. Perenson, T-Mobile G1 Smart Phone, PCWorld | ATT_HEADWATER_00141761 | ATT_HEADWATER_00141770 |
| MyJoyOnline, Android turns 10: Remembering the first Android phone, the T-Mobile G1 / HTC Dream | ATT_HEADWATER_00141716 | ATT_HEADWATER_00141725 |
| Android Developers, Build.Version_Codes | ATT_HEADWATER_00141726 | ATT_HEADWATER_00141749 |
| Bharti Kalra & D. K. Chauhan, A Comparative Study of Mobile Wireless Communication Network: 1G to 5G, 2 Int'l J. Comput. Sci. & Info. Tech. Rsch., 430 (2014) | ATT_HEADWATER_00142511 | ATT_HEADWATER_00142515 |
| Overview of Cellular Mobile Network Standards, 1NCE | ATT_HEADWATER_00142519 | ATT_HEADWATER_00142523 |
| Mobile Communications Standard, Everphone | ATT_HEADWATER_00142524 | ATT_HEADWATER_00142529 |
| Adnan Ghayas, 3G UMTS Networks: What Is UMTS And Why Does It Use WCDMA, COMSBRIEF (2021) | ATT_HEADWATER_00142530 | ATT_HEADWATER_00142539 |
| R. Galazzo, Timeline from 1G to 5G: A Brief History on Cell Phones, CENGN | ATT_HEADWATER_00142540 | ATT_HEADWATER_00142547 |

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| Kai McNamee & Mallory Yu, 50 years ago, Martin Cooper made the first cellphone call, NPR | ATT_HEADWATER_00142516 | ATT_HEADWATER_00142518 |
| What is WWAN (Wireless Wide Area Network), Inseego | ATT_HEADWATER_00142548 | ATT_HEADWATER_00142551 |
| Internet Archive's Wayback Machine, T-Mobile webpages for G1: Overview | ATT_HEADWATER_00141795 | ATT_HEADWATER_00141795 |
| Internet Archive's Wayback Machine, T-Mobile webpages for G1: Features | ATT_HEADWATER_00141794 | ATT_HEADWATER_00141794 |

| System, Publication, or Other Document | Source |
|---|---|
| Shanzhi Chen, Jian Zhao, & Ying Peng, The Development of TD-SCDMA 3G to TD-LTE-Advanced 4G from 1998 to 2013, 21 IEEE Wireless Communications 167 (2014) | https://www.researchgate.net/publication/273191880_The_development_of_TD-SCDMA_3G_to_TD-LTE-advanced_4G_from_1998_to_2013 |
| Latedroid, JuiceDefender Changelog | https://latedroid.blogspot.com/2010/02/juicedefender-changelog.html |
| Latedroid, JuiceDefender | https://latedroid.blogspot.com/2010/01/juicedefender.html |
| IP Europe, What Are Cellular Communications Standards? | https://ipeurope.org/policy/europes-open-standards-development-model/what-are-cellular-communications-standards/ |
| Julie McDaniel, Unraveling the Wireless Future: What is a Wireless WAN (WWAN)?, Perle (May 22, 2024) | https://www.perle.com/articles/what-is-a-wireless-wan-wwan.shtml |
| Nisarg Gandhewar & R. Sheikh, Google Android: An Emerging Software Platform For Mobile Devices, Int. J. Comput. Sci. Eng. (2009) | https://www.researchgate.net/publication/313558348_Google_android_An_emerging_software_platform_for_mobile_devices |
| Reto Meier, Google I/O 2010 – A Beginner's Guide to Android, YouTube | https://www.youtube.com/watch?v=yqCj83leYRE |

| System, Publication, or Other Document | Source |
|---|---|
| Pocketnow, Android Quick Tip: Data Roaming, YouTube | https://www.youtube.com/watch?v=bnrKr9XINRQ |
| Virgil Dobjanschi, Google I/O 2010 - Android REST Client Applications, YouTube | https://www.youtube.com/watch?v=xHXn3Kg2IQE |

II.     Persons To Be Identified Under 35 U.S.C. § 282(c)

| Name | Address |
|---|---|
| Mark Crovella | Boston University, 665 Commonwealth Ave., Boston, MA 02215 |
| Nenad Medvidovic | 941 Bloom Walk University of Southern California, Los Angeles, CA 90089 |
| Mark Mahon | Pennsylvania State University, W209A Westgate Bldg., University Park, PA 16802 |
| Kartik Venkatraman | One Apple Park Way, Cupertino, CA 95014 |
| David Chan | One Apple Park Way, Cupertino, CA 95014 |
| Amith Yamasani | 1600 Amphitheatre Pkwy., Mountain View, CA 94043 |
| Hannah Sifuentes | 6220 Sprint Pkwy, Overland Park, KS 66211 |
| Jeffrey Sharkey | N/A |

*     *     *

AT&T reserves the right to supplement or to modify this Section 282 Notice through and including the time of trial.

Dated: June 6, 2025     By:     */s/ Nicholas Mathews*
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Alexander J. Chern
Texas State Bar No. 24109718
achern@McKoolSmith.com
Clare Churchman
Texas State Bar No. 24132041
cchurchman@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin Hess
Texas State Bar No. 24087717
khess@mckoolsmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752

Sean O'Leary
Texas State Bar No. 24138326
soleary@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903)705-1117
Facsimile: (903) 581-2543

**ATTORNEYS FOR AT&T CORP., AT&T MOBILITY LLC, AND AT&T SERVICES, INC**.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 6, 2025.

/s/ *Nicholas Mathews*
Nicholas Mathews