IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br>   *Plaintiff* | §<br>§<br>§ |
| v. | §    CASE NO. 2:23-cv-00397-JRG-RSP |
| AT&T INC., et al.,<br>   *Defendants* | §<br>§<br>§<br>§<br>§ |

### REPORT OF MEDIATION

The above-captioned case was mediated via Zoom video conference by David Folsom on Tuesday, June 17, 2025, between Plaintiff and Defendants. The mediation has been suspended. The undersigned will continue discussions with the parties in an effort to reach a settlement.

Signed this 18th day of June 2025.

                                                */s/ David Folsom*
                                                David Folsom
                                                TXBN: 07210800
                                                **FOLSOM ADR PLLC**
                                                6002-B Summerfield Drive
                                                Texarkana, Texas 75503
                                                Telephone: (903) 277-7303
                                                Email: david@folsomadr.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 18, 2025. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                */s/ David Folsom*
                                                David Folsom