# ATTORNEY SIGN-IN SHEET

**Judge Roy S. Payne**
**2:23-cv-00397-JRG-RSP**
**Headwater Research LLC v. AT&T Inc. et al**
**June 26, 2025        9:00 a.m.**

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Paul Kroeger | Plaintiff |
| Nick Mathews | ATT |
| Erich Fountain | ↓ |
| Kevin Hess | |
| Clare Churchman | |
| Sean O'Leary | ↓ |
| Deron Dacus | ATT |
| Andrea Fair | Headwater |