# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC and AT&T ENTERPRISES, LLC,<br><br>Defendants. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given by Defendants AT&T Services, Inc., AT&T Mobility, LLC and AT&T Enterprises, LLC ("Defendants") intend to redact certain portions of the transcript that was filed with the Court on June 30, 2025. A proposed statement of redaction or motion for redaction will be submitted in accordance with the Court's Rules. The proceeding occurred on June 26, 2025 (Initial Pretrial Conference) and was reported by Christina Bickham, the court reporter.

1

Dated: June 30, 2025.

Respectfully submitted,

/s/ *Nicholas Mathews*
Nicholas Mathews (Lead Counsel)
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Christian Hurt
Texas State Bar No. 24059987
Alexander J. Chern
Texas State Bar No. 24109718
achern@McKoolSmith.com
Clare Churchman
Texas State Bar No. 24132041
cchurchman@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin Hess
Texas State Bar No. 24087717
khess@McKoolSmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752

Sean O'Leary
Texas State Bar No. 24138326
soleary@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

Deron R. Dacus (Counsel for AT&T and Verizon)
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903)705-1117
Facsimile: (903) 581-2543

**COUNSEL FOR AT&T**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 30, 2025.

/s/ *Nicholas Mathews*
Nicholas Mathews
