IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T SERVICES, INC., AT&T MOBILITY, LLC and AT&T ENTERPRISES, LLC, <br><br> Defendants. | Civil Action No. 2:23-cv-00397-JRG-RSP |

## ORDER

Before the Court is Defendants' Unopposed Motion to Redact Portions of the June 26, 2025, Pretrial Conference Transcript. **Dkt. No. 245**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

**SIGNED this 22nd day of July, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE