UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP., <br><br> Defendants. | Case No. 2:23-cv-00397-JRG-RSP <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE**

Before the Court is the parties' Joint Motion to Continue Trial Date. The Court has considered the Motion and is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, jury selection in the above-captioned action will be reset for September 22, 2025.