# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T INC., AT&T SERVICES, INC., § <br> AT&T MOBILITY, LLC, and AT&T § <br> CORP., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-397-JRG-RSP <br> (LEAD CASE) |

## MEMORANDUM ORDER

Before the Court is the Daubert Motion to Exclude Expert Opinions of Coleman Bazelon, filed by the AT&T Defendants. **Dkt. No. 133**.

A substantively identical motion was filed in a parallel litigation: *Headwater Research LLC v. Verizon Communications Inc., et al*, 2:23-cv-00352-JRG-RSP. *See* Dkt. No. 186 in 2:23-cv-00352.

For the reasons discussed in the Court's ruling on the parallel motion (Dkt. No. 321 in 2:23-cv-00352), the instant Motion is also **DENIED**.[1]

**SIGNED this 29th day of July, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants' other concerns regarding the use of the large dollar-value figures seen on page 6 of Defendants' Motion are addressed in the Court's Order on the Motions *in limine*. Dkt. No. 234 at 3.