## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO.  2:23-CV-397-JRG-RSP |
| AT&T INC., AT&T SERVICES, INC., | § | (LEAD CASE) |
| AT&T MOBILITY, LLC, and AT&T | § | |
| CORP., | § | |
| | § | |
| *Defendants*. | § | |

### <u>MEMORANDUM ORDER</u>

Before the Court is the Daubert Motion to Exclude Expert Opinions of Jim Bergman, filed by the AT&T Defendants. **Dkt. No. 134**.

A substantively identical motion was filed in a parallel litigation: *Headwater Research LLC v. Verizon Communications Inc., et al*, 2:23-cv-00352-JRG-RSP. *See* Dkt. No. 187 in 2:23-cv-00352.

For the reasons discussed in the Court's ruling on the parallel motion (Dkt. No. 351 in 2:23-cv-00352), the instant Motion is also **DENIED**.

**SIGNED this 29th day of July, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE