# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T INC., AT&T SERVICES, INC., § <br> AT&T MOBILITY, LLC, and AT&T § <br> CORP., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-397-JRG-RSP <br> (LEAD CASE) |

## MEMORANDUM ORDER

Before the Court is the Daubert Motion and Motion to Strike Opinions of Erik de la Iglesia, filed by the AT&T Defendants. **Dkt. No. 132**.

A substantively identical motion was filed in a parallel litigation: *Headwater Research LLC v. Verizon Communications Inc., et al*, 2:23-cv-00352-JRG-RSP. *See* Dkt. No. 184 in 2:23-cv-00352.

For the reasons discussed in the Court's ruling on the parallel motion (Dkt. No. 350 in 2:23-cv-00352), the instant Motion is also **GRANTED** as to the sections of Mr. de la Iglesia's report that rely on Dr. Wesel's carrier-specific appendices regarding each carrier's alleged knowledge of ItsOn, Headwater, and the asserted patents, and otherwise **DENIED**.

**SIGNED this 29th day of July, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE