IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Civil Action No. 2:23-cv-00397 |
| vs. | LEAD CASE |
| AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC, | JURY TRIAL |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Charles Fowler is entering an appearance for AT&T Services, Inc. AT&T Mobility LLC, and AT&T Enterprises, LLC ("AT&T" or "Defendants") in the above referenced matter:

Charles Fowler
Texas State Bar No. 24083014
cfowler@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Mr. Fowler is currently admitted to practice in the Eastern District of Texas.

Dated: August 1, 2025

Respectfully submitted,

<u>/s/ *Charles Fowler*</u>
Charles Fowler
Texas State Bar No. 24083014
cfowler@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEY FOR DEFENDANT AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 1, 2025.

/s/ *Charles Fowler*
Charles Fowler