IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Civil Action No. 2:23-cv-00397 |
| vs. | LEAD CASE |
| AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC, | JURY TRIAL |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Jaysen S. Chung is entering an appearance for AT&T Services, Inc. AT&T Mobility LLC, and AT&T Enterprises, LLC ("AT&T" or "Defendants") in the above referenced matter:

Jaysen S. Chung
California State Bar No. 280708
JSChung@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center Suite 2600,
San Francisco, CA 94111-3715
Telephone: (415) 393-8271

Mr. Chung is currently admitted to practice in the Eastern District of Texas.

Dated: August 1, 2025

Respectfully submitted,

<u>/s/ *Jaysen S. Chung*</u>
Jaysen S. Chung
California State Bar No. 280708
JSChung@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center Suite 2600,
San Francisco, CA 94111-3715
Telephone: (415) 393-8271

**ATTORNEY FOR T-MOBLIE USA, INC., ERICSSON INC., AND NOKIA OF AMERICA CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 1, 2025.

/s/ *Jaysen S. Chung*
Jaysen S. Chung
