IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff,* v. AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T ENTERPRISES, LLC, *Defendants.* | Case No. 2:23-cv-00397-JRG-RSP JURY TRIAL DEMANDED |

**HEADWATER'S UNOPPOSED MOTION TO ADOPT CLAIM CONSTRUCTION OF "INTERCEPTING" IN CLAIMS 79 AND 83 OF THE '541 PATENT**

Plaintiff Headwater files this unopposed motion regarding claim construction of U.S. Patent No. 8,589,541 ("'541 patent'). On July 25, 2025, the Court issued a Report and Recommendation ("R&R," Dkt. 254) recommending denial of Defendants AT&T's motion for summary judgment of non-infringement of the '541 patent. In addressing asserted claims 79 and 83 of the '541 patent, the R&R found as follows:

> "intercepting" means "receiving a message directed to or meant for another," but that this construction does not mean that "intercepting" can only occur if the message does not reach the intended recipient

Dkt. 254 at 1.

Headwater respectfully requests that the Court formally adopt this finding as the claim construction of the term "intercepting" in claims 79 and 83 of the '541 patent.

The parties conferred and agreed that the Court's statement ("intercepting" means "receiving a message directed to or meant for another," but that this construction does not mean that "intercepting" can only occur if the message does not reach the intended recipient) is an express construction of the "intercepting" term. Accordingly, AT&T does not oppose this motion or the requested relief. A proposed order is attached.

Dated: August 2, 2025

Respectfully submitted,

/s/ Marc Fenster
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger

CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Dale Chang
CA State Bar No. 248567
Jason M. Wietholter
CA State Bar No. 337139
Matthew Aichele
VA State Bar no. 77821
Adam S. Hoffman
CA State Bar No. 218740
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com


*Attorneys for Plaintiff*
*Headwater Research LLC*

2

**CERTIFICATE OF SERVICE**

I certify that on August 2, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

**CERTIFICATE OF CONFERENCE**

I certify that that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). Counsel for Headwater and counsel for AT&T exchanged correspondence regarding this motion on July 28-29, 2025, and conferred by video conference on July 29, 2025. Counsel for AT&T indicated that AT&T does not oppose this motion or the requested relief.

*/s/ Marc Fenster*
Marc Fenster
