# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff,* v. AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T ENTERPRISES, LLC, *Defendants.* | Case No. 2:23-cv-00397-JRG-RSP JURY TRIAL DEMANDED |

### ORDER GRANTING HEADWATER'S UNOPPOSED MOTION TO ADOPT CLAIM CONSTRUCTION OF "INTERCEPTING" IN CLAIMS 79 AND 83 OF THE '541 PATENT

Before the Court is Headwater's Unopposed Motion to Adopt Claim Construction of "Intercepting" in Claims 79 and 83 of the '541 Patent (U.S. Patent No. 8,589,541). Having considered the matter, the Court **GRANTS** the Motion and formally adopts the following claim construction for the "intercepting" term:

| Term | The Court's Construction |
|---|---|
| "intercepting" ('541 Patent, Claims 79 and 83) | "receiving a message directed to or meant for another" but this construction does not mean that "intercepting" can only occur if the message does not reach the intended recipient |

It is so **ORDERED**.