IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T INC., AT&T SERVICES, INC., § <br> AT&T MOBILITY, LLC, and AT&T § <br> CORP., § <br> § <br> *Defendants*. § | CIVIL ACTION NO.  2:23-CV-397-JRG-RSP <br> (LEAD CASE) |

## ORDER

Before the Court is the Motion to Reconsider Partial Grant of Plaintiff's Motion for Leave to Supplement Expert Reports Based on Newly Produced Discovery, filed by the AT&T Defendants. **Dkt. No. 252**. Having considered the Motion, the Court finds that it does not make a sufficient showing to change the outcome in the Court's underlying Order (Dkt. No. 243). Accordingly, the Motion is **DENIED**.

**SIGNED this 3rd day of August, 2025.**



ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE