IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| HEADWATER RESEARCH LLC, | |
|---|---|
| *Plaintiff,* | Case No. 2:23-cv-00397-JRG-RSP |
| v. | |
| AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T ENTERPRISES, LLC, | |
| *Defendants.* | |

### ORDER

Before the Court is Headwater's Unopposed Motion to Adopt Claim Construction of "Intercepting" in Claims 79 and 83 of the '541 Patent (U.S. Patent No. 8,589,541). **Dkt. No. 270**. Having considered the matter, the Court **GRANTS** the Motion and formally adopts the following claim construction for the "intercepting" term:

| Term | The Court's Construction |
|---|---|
| "intercepting" ('541 Patent, Claims 79 and 83) | "receiving a message directed to or meant for another" but this construction does not mean that "intercepting" can only occur if the message does not reach the intended recipient |

**SIGNED this 4th day of August, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE