# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T ENTERPRISES, LLC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00397-JRG-RSP |

### ORDER REGARDING MOTION FOR MISCELLANEOUS RELIEF REGARDING THE COURT'S ADOPTION OF PLAINTIFF'S UNOPPPOSED MOTION TO ADOPT CLAIM CONSTRUCTION OF "INTERCEPTING" (DKT. NO. 270)

Before the Court is AT&T's Motion for Miscellaneous Relief as to the Court's Adoption of Plaintiff's Unopposed Motion to Adopt Claim Construction of "Intercepting" in Claims 79 and 83 of the '541 Patent (U.S. Patent No. 8,589,541) (Dkt. No. 270). Having considered the matter, the Court formally adopts the following construction for the "intercepting" term:

| Term | The Court's Construction |
|---|---|
| "intercepting"<br>('541 Patent, Claims 79 and 83) | "receiving a message directed to or meant for another" |

It is so **ORDERED**.