# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T ENTERPRISES, LLC,<br><br>*Defendants.* | Case No. 2:23-cv-00397-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING HEADWATER'S MOTION TO ADOPT CLAIM CONSTRUCTION FOR CLAIM 1 OF THE '613 PATENT

Before the Court is Headwater's Motion to Adopt Claim Construction for Claim 1 of the '613 Patent (U.S. Patent No. 9,215,613). Having considered the matter, the Court **GRANTS** the Motion and formally adopts the following claim construction for claim 1 of the '613 patent:

| Term | The Court's Construction |
|---|---|
| "classify whether a particular application . . . is interacting with the user in the device user interface foreground"<br><br>('613 Patent, Claim 1) | Plain and ordinary meaning, wherein the claim does not require that the device always and continuously be making such a classification |

It is so **ORDERED**.