# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff,* v. AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T ENTERPRISES, LLC, *Defendants.* | Case No. 2:23-cv-00397-JRG-RSP  JURY TRIAL DEMANDED |

### ORDER DENYING AT&T'S MOTION FOR MISCELLANEOUS RELIEF AS TO THE COURT'S ADOPTION OF THE CLAIM CONSTRUCTION OF "INTERCEPTING" FOR THE '541 PATENT

Before the Court is Defendants AT&T's Motion for Miscellaneous Relief as to the Court's Adoption of the Claim Construction of "Intercepting" for the '541 Patent. Having considered the matter, the Court **DENIES** the motion.

It is so **ORDERED**.