IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC,**<br><br>Defendants. | Civil Action No. 2:23-cv-00397<br><br>LEAD CASE<br><br>JURY TRIAL |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Emily Tannenbaum is entering an appearance for AT&T Services, Inc. AT&T Mobility LLC, and AT&T Enterprises, LLC ("AT&T" or "Defendants") in the above referenced matter:

Emily Tannenbaum
NY State Bar No. 5928130
etannenbaum@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 6th Ave., 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Telecopier: (212) 402-9444

Ms. Tannenbaum is currently admitted to practice in the Eastern District of Texas.

Dated: August 5, 2025

Respectfully submitted,

/s/ *Emily Tannenbaum*
Emily Tannenbaum
NY State Bar No. 5928130
etannenbaum@mckoolsmith.com
MCKOOL SMITH, P.C.
1301 6th Ave., 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Telecopier: (212) 402-9444

**ATTORNEY FOR DEFENDANT AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 5, 2025.

/s/ *Emily Tannenbaum*
Emily Tannenbaum
