# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC and AT&T ENTERPRISES, LLC.,<br><br>DEFENDANTS. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>**JURY DEMANDED** |

## NOTICE OF COMPLAINCE REGARDING DEFENDANT'S FINAL INVALIDITY THEORIES, PRIOR ART REFERENCES/COMBINATIONS, AND EQUITABLE DEFENSES

Pursuant to the Court's Second Amended Docket Control Order (Dkt. No. 212), Defendants AT&T Services, Inc., AT&T Mobility, LLC and AT&T Enterprises, LLC ("AT&T" of "Defendants") hereby provide notice that they served their disclosure of Final Invalidity Theories, Final Prior Art References/Combinations, and Final Equitable Defenses on counsel for Plaintiff via electronic mail on August 7, 2025.

Dated: August 7, 2025          By:    */s/ Nicholas Mathews*

Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Alexander J. Chern
Texas State Bar No. 24109718
achern@McKoolSmith.com
Clare Churchman
Texas State Bar No. 24132041
cchurchman@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin Hess
Texas State Bar No. 24087717
khess@mckoolsmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8752

Sean O'Leary
Texas State Bar No. 24138326
soleary@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

Deron R. Dacus
State Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903)705-1117
Facsimile: (903) 581-2543

2

**ATTORNEYS FOR AT&T ENTERPRISES, LLC., AT&T MOBILITY LLC, AND AT&T SERVICES, INC**.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been

served on all counsel of record via ECF on August 7, 2025.


/s/ *Nicholas Mathews*
Nicholas Mathews