IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC and AT&T ENTERPRISES, LLC.,<br><br>DEFENDANTS. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>**JURY DEMANDED** |

### DEFENDANT'S FINAL INVALIDITY THEORIES, PRIOR ART REFERENCES/COMBINATIONS, AND EQUITABLE DEFENSES

Defendants AT&T Services, Inc., AT&T Mobility, LLC and AT&T Enterprises, LLC ("AT&T" of "Defendants") hereby provide disclosure of their "final invalidity theories, final prior art references/combinations, and final equitable defenses," as ordered by the Court's Second Amended Docket Control Order (Dkt. No. 212).

Pursuant to the Court's Docket Control Order, Defendants hereby discloses the following invalidity theories, prior art references/combinations, and equitable defenses[1] for trial in light of the current record (including, *e.g.*, Headwater's final election of asserted claims from August 4, 2025) and the Court's orders on the conduct of trial. The disclosure below of prior art references and combinations related to Defendants' invalidity theories is not intended to be limiting in any way on the use of other prior art references at trial, including, *e.g.*, prior art references mentioned in expert reports for purposes of background, state of the art, damages, incremental value of the claimed inventions, and other legal issues.

---

[1] AT&T understands that these equitable issues will not be at issue in the Jury Trial set for August 14th and will be taken up by the Court at a later date.

- Asserted Claim 15 of U.S. Patent No. 9,215,613 is invalid as anticipated under 35 U.S.C. § 102 by the T-Mobile G1 running the Android 1.6 operating system, and/or as obvious under 35 U.S.C. § 103 based on the T-Mobile G1 running the Android 1.6 operating system alone or in combination with JuiceDefender.
- Equitable Defense: Waiver, and/or Estoppel.

|  |  |
|---|---|
| Dated: August 11, 2025 | By: */s/ Nicholas Mathews* <br> Nicholas Mathews <br> Texas State Bar No. 24085457 <br> nmathews@McKoolSmith.com <br> Alexander J. Chern <br> Texas State Bar No. 24109718 <br> achern@McKoolSmith.com <br> Clare Churchman <br> Texas State Bar No. 24132041 <br> cchurchman@mckoolsmith.com <br> **MCKOOL SMITH, P.C.** <br> 300 Crescent Court Suite 1500 <br> Dallas, TX 75201 <br> Telephone: (214) 978-4000 <br> Telecopier: (214) 978-4044 <br> <br> Kevin Hess <br> Texas State Bar No. 24087717 <br> khess@mckoolsmith.com <br> James E. Quigley <br> Texas State Bar No. 24075810 <br> jquigley@mckoolsmith.com <br> **MCKOOL SMITH, P.C.** <br> 303 Colorado Street, Suite 2100 <br> Austin, TX 78701 <br> Telephone: (512) 692-8752 <br> <br> Sean O'Leary <br> Texas State Bar No. 24138326 <br> soleary@mckoolsmith.com <br> **MCKOOL SMITH, P.C.** <br> 600 Travis Street, Suite 7000 <br> Houston, TX 77002 <br> Telephone: (713) 485-7300 <br> Telecopier: (713) 485-7344 <br> <br> Deron R. Dacus <br> State Bar No. 00790553 <br> ddacus@dacusfirm.com <br> **THE DACUS FIRM, PC** <br> 821 ESE Loop 323, Suite 430 <br> Tyler, TX 75701 <br> Telephone: (903)705-1117 <br> Facsimile: (903) 581-2543 |

**ATTORNEYS FOR AT&T ENTERPRISES, LLC., AT&T MOBILITY LLC, AND AT&T SERVICES, INC**.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via ECF on August 11, 2025.

/s/ *Nicholas Mathews*
Nicholas Mathews