# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T SERVICES, INC., AT&T § <br> MOBILITY, LLC, and AT&T CORP., § <br> § <br> *Defendants*. § | CASE NO. 2:23-CV-397-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Continue Trial Date (Dkt. No. 253) filed by Plaintiff Headwater Research LLC and Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp. In the Motion, the parties request that the above-captioned case be reset for trial during the Court's September 22, 2025 trial setting. (*Id.* at 1).

Having considered the Motion, the Court finds that it should be and hereby is **DENIED**.

**So ORDERED and SIGNED this 8th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE