**From:** Sean O'Leary soleary@McKoolSmith.com
**Subject:** RE: Headwater v. ATT (2:23-cv-00397) l Narrowing of Issues for June 26 PTC
**Date:** June 24, 2025 at 5:33 PM
**To:** Kristopher Davis kdavis@raklaw.com, Gregory Saltz Gregory_Saltz@txed.uscourts.gov, Danielle Zapata Danielle_Zapata@txed.uscourts.gov, Nathan Gershengorin Nathan_Gershengorin@txed.uscourts.gov, Riley Zoch Riley_Zoch@txed.uscourts.gov, Braden Anderson Braden_Anderson@txed.uscourts.gov, Chipper Adams Chipper_Adams@txed.uscourts.gov
**Cc:** ATT_Headwater ATT_Headwater@mckoolsmith.com, headwater@raklaw.com

Dear Clerks,

In preparation for the upcoming pretrial conference, the parties write to further advise the Court that no further argument is necessary on AT&T's Motion for Sanctions Under Fed. R. Civ. P. 37(e)(1) (Dkt. No. 118). In light of the Court's order in the related Headwater/Verizon case (Dkt. No. 299 in Case No. 2:23-cv-00352), the parties agree to submit AT&T's Motion on the papers. For the avoidance of doubt, the parties do not waive appeal challenges to these prior decisions in the Verizon case but recognize that the Court need not hear further argument on these issues.

Regards,

Sean O'Leary

**McKOOL SMITH**

Sean O'Leary
Associate
Houston, TX
Tel: (713) 485-7328
www.mckoolsmith.com

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Kristopher Davis <kdavis@raklaw.com>
**Sent:** Monday, June 23, 2025 8:39 PM
**To:** Gregory Saltz <Gregory_Saltz@txed.uscourts.gov>; Danielle Zapata <Danielle_Zapata@txed.uscourts.gov>; Nathan Gershengorin <Nathan_Gershengorin@txed.uscourts.gov>; Riley Zoch <Riley_Zoch@txed.uscourts.gov>; Braden Anderson <Braden_Anderson@txed.uscourts.gov>; Chipper Adams <Chipper_Adams@txed.uscourts.gov>
**Cc:** ATT_Headwater <ATT_Headwater@mckoolsmith.com>; headwater@raklaw.com
**Subject:** Headwater v. ATT (2:23-cv-00397) l Narrowing of Issues for June 26 PTC

Dear Clerks,

In preparation for the upcoming pretrial conference, the parties write to advise the Court that no further argument is necessary on the following motions *in limine*:

- Headwater MILs 1(1) and 1(2), 2, 3, 5

    - MILs 1(1) and 1(2) refer to numbered parts 1 and 2 of Headwater's MIL 1 (*see* Dkt. 214 at 1)
  - ATT MIL 2

To clarify, the Court heard argument on and resolved several MILs in the Verizon case (No. 2:23-cv-00352) that are substantively the same as certain MILs presented here. For Headwater MILs 1(1) and 1(2), 2, 3, and 5, the parties agree that the relief granted by the Court in the Verizon case on Headwater's same-numbered MILs is controlling in this case. *See* Verizon Dkt. 302 (MIL Order) at 2-3. For ATT MIL 2, the parties agree that the relief granted by the Court in the Verizon case on Verizon's MIL 1 is controlling in this case. For the avoidance of doubt, the parties do not waive appeal challenges to these prior decisions but recognize that the Court need not hear further argument on these issues in light of the arguments already presented in the Verizon case.

The remaining MILs to be argued are Headwater MILs 1(3) and 4, as well as ATT MILs 1, 3, 4, and 5.

Respectfully submitted,

Kristopher Davis
**Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
kdavis@raklaw.com