# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> §      CASE NO. 2:23-CV-397-JRG-RSP <br> AT&T SERVICES, INC., AT&T § <br> MOBILITY, LLC, and AT&T CORP., § <br> § <br> *Defendants*. § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 291) filed by Plaintiff Headwater Research LLC and Defendants AT&T Services, Inc., AT&T Mobility LLC, and AT&T Enterprises, LLC. In the Motion, the parties represent that they "and interested entities" "have reached an agreement in principle subject to negotiation of the terms in a settlement and release agreement and formal approvals of all such terms" that "would result in a dismissal of this action." (*Id.* at 1). For that reason, the parties request a stay of all proceedings in the above-captioned case up to and including September 10, 2025. (*Id.*).

Having considered the Motion, and noting that it was filed jointly, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all proceedings in the above-captioned case are **STAYED** up to and including September 10, 2025, during which time dismissal papers covering the entirety of this case shall be presented to the Court for entry.

**So ORDERED and SIGNED this 12th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE