IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br>*Plaintiff*<br><br>v.<br><br>AT&T INC., et al.,<br>*Defendants* | §<br>§<br>§<br>§   CASE NO. 2:23-cv-00397-JRG-RSP<br>§<br>§<br>§<br>§<br>§ |

**AMENDED REPORT OF MEDIATION**

The undersigned conducted a second mediation session in the above-captioned case via Zoom video conference on Friday, August 1, 2025, between Plaintiff and Defendants, and after continued discussions between the parties, and with the assistance of the undersigned, a settlement has been reached.

Signed this 21st day of August 2025.

/s/  David Folsom
David Folsom
TXBN: 07210800
**FOLSOM ADR PLLC**
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone:  (903) 277-7303
Email:  david@folsomadr.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 2, 2025. As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/  David Folsom
David Folsom