# Exhibit 3

**Exhibit 3 - U.S. Patent No. 8,589,541 ("'541 Patent")**

Accused Instrumentalities: smartphones, basic phones, tablets, laptops, and hotspot devices sold (including those sold in bundles with data plans) or used by AT&T and all versions and variations thereof ("Accused Instrumentalities") since the issuance of U.S. Pat. No. 8,589,541 (the "Asserted Patent").

**Claim 1**

| Claim | Public Documentation |
|---|---|
| [1a] A non-transitory computer-readable storage medium storing machine-executable instructions that, when executed by one or more processors of a wireless end-user device, cause the one or more processors to: | The Accused Instrumentalities include "A non-transitory computer-readable storage medium storing machine-executable instructions that, when executed by one or more processors of a wireless end-user device, cause the one or more processors to." <br><br> For example, AT&T sells and uses devices described by AT&T's website below.  These devices constitute a wireless end-user device as described in claim 1. *See, e.g.*: https://www.att.com/wireless/: |

| Claim | Public Documentation |
|---|---|
|  | <br><br>AT&T sells smartphones, laptops, hotspots, and other devices: https://www.att.com/buy/phones; https://www.att.com/buy/tablets/; https://www.att.com/buy/connected-devices-and-more/. |

| Claim | Public Documentation |
|---|---|
| | For further example, the Galaxy S22 model is sold or used by AT&T and includes 8GB RAM and either 128GB or 256GB non-removable memory storage, in which control policies for applications are stored. *See, e.g.*, https://www.samsung.com/us/smartphones/galaxy-s22/buy/galaxy-s22-128gb-unlocked-sm-s901uzkaxaa/: <br><br> *[Image: Samsung Galaxy S22 storage options table showing Storage Options (128GB/256GB/512GB/1TB, 128GB/256GB, 128GB/256GB), Processor (Snapdragon 8 Gen 1 across all), and RAM Options (8GB/12GB, 8GB, 8GB)]* <br><br> For further example, the Galaxy S22 has either a Snapdragon (in the United States) or Exynos (in Korea) architecture-based application processor. *See, e.g.*, https://www.samsung.com/us/smartphones/galaxy-s22/buy/galaxy-s22-128gb-unlocked-sm-s901uzkaxaa/: <br><br> *[Image: Snapdragon 8 Gen 1 processor icon]* |
| [1b] identify a service usage activity of the | The Accused Instrumentalities "identify a service usage activity of the wireless end-user device, the |

Page 3 of 13

| Claim | Public Documentation |
|---|---|
| wireless end-user device, the service usage activity being associated with a first software component of a plurality of software components on the wireless end-user device, the service usage activity comprising one or more prospective or successful communications over a wireless network; | service usage activity being associated with a first software component of a plurality of software components on the wireless end-user device, the service usage activity comprising one or more prospective or successful communications over a wireless network." <br><br> For example, Samsung's "data saver" settings apply to at least some service usage activities associated with a software component comprising prospective or successful communications over a wireless network. *See, e.g.,* https://www.att.com/device-support/article/wireless/KM1476382/Samsung/SamsungSMS908U/: <br><br> **View data usage by app** <br><br> From the Mobile data usage screen, scroll to view data usage broken down by **application**. <br><br> Note: To restrict apps from using data while running in the background, swipe down from the **Notification bar**, then select the ⚙ **Settings icon** > **Connections** > **Data usage** > **Data saver** > **Data saver switch**. Your myAT&T account is also another way to *manage your wireless usage*. |

| Claim | Public Documentation |
|---|---|
|  | ; https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/:  |

| Claim | Public Documentation |
|---|---|
| |  |
| [1c] determine whether the service usage activity comprises a background activity; | The Accused Instrumentalities "determine whether the service usage activity comprises a background activity."<br><br>For example, Samsung Galaxy phones and tablets utilize Data Saver mode through which the device determines whether the service usage activity comprises background or foreground activity. *See, e.g.*, |

| Claim | Public Documentation |
|---|---|
|  | https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/:  |

| Claim | Public Documentation |
|---|---|
|  | *[Screenshot showing "Allow app while Data saver on" settings page with toggle switches for various apps including Always On Display, Animated GIF, ANT Radio Service, ANT+ Plugins Service, ARCore, Autofill with Samsung Pass, Bixby Home, Bixby Vision, BixbyVision Framework, Briefing, Calculator, Calendar, and Camera. Caption above: "Toggle the switches on next to the apps that you need to receive notifications from all the time. Email, Messages, Messenger, Instagram and Facebook are all popular options to allow unrestricted data access.."]* |
| [1d] determine at least an aspect of a policy based on a user input obtained through a user interface of the wireless end-user device or based on information from a network element, the policy to be applied if the service usage activity is the | The Accused Instrumentalities "determine at least an aspect of a policy based on a user input obtained through a user interface of the wireless end-user device or based on information from a network element, the policy to be applied if the service usage activity is the background activity, the policy at least for controlling the service usage activity." |

| Claim | Public Documentation |
|---|---|
| background activity, the policy at least for controlling the service usage activity; | For example, Samsung devices include an interface which allow users to augment Data Saver settings for controlling service usage activities. *See, e.g.*, https://www.att.com/device-support/article/wireless/KM1476382/Samsung/SamsungSMS908U/:<br><br>**View data usage by app**<br><br>From the Mobile data usage screen, scroll to view data usage broken down by **application**.<br><br>Note: To restrict apps from using data while running in the background, swipe down from the **Notification bar**, then select the ⚙ **Settings icon** > **Connections** > **Data usage** > **Data saver** > **Data saver switch**. Your myAT&T account is also another way to *manage your wireless usage*.<br><br>[screenshot of Mobile data usage screen showing Secure Folder, Google Play Store, Google Play services, Google, Gmail, Messages, Android OS]<br><br>; https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/: |

| Claim | Public Documentation |
|---|---|
|  |  |

| Claim | Public Documentation |
|---|---|
| |  |
| [1e] and if it is determined that the service usage activity is the background activity, apply the policy. | The Accused Instrumentalities comprise "and if it is determined that the service usage activity is the background activity, apply the policy."<br><br>For example, Samsung Galaxy phones and tablets utilize Data Saver which applies the policy to background service usage activity. *See, e.g.,* https://www.samsung.com/ae/support/mobile- |

| Claim | Public Documentation |
|---|---|
|  | devices/android-pie-what-is-the-data-saver-feature/:  |

| Claim | Public Documentation |
|---|---|
|  |  |