# Exhibit 4

## Exhibit 4 - U.S. Patent No. 9,215,613 ("'613 Patent")

Accused Instrumentalities: smartphones, basic phones, tablets, laptops, and hotspot devices sold (including those sold in bundles with data plans) or used by AT&T and all versions and variations thereof ("Accused Instrumentalities") since the issuance of U.S. Pat. No. 9,215,613 (the "Asserted Patent").

## Claim 1

| Claim | Public Documentation |
|---|---|
| [1pre] A wireless end-user device, comprising: | AT&T sells and uses devices described by AT&T's website below. These devices constitute a wireless end-user device as described in claim 1. *See, e.g.*: https://www.att.com/wireless/: |

| Claim | Public Documentation |
|---|---|
| |  AT&T sells smartphones, laptops, hotspots, and other devices: https://www.att.com/buy/phones; https://www.att.com/buy/tablets/; https://www.att.com/buy/connected-devices-and-more/. |

| Claim | Public Documentation |
|---|---|
| [1a] a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the WWAN; | The Accused Instrumentalities include "a wireless wide area network (WWAN) modem to communicate data for Internet service activities between the device and at least one WWAN, when configured for and connected to the WWAN." This WWAN modem in the Accused Instrumentalities provides a connection to a AT&T's wireless network.<br><br>For example, Samsung Galaxy phones and tablets comprise a wireless modem for communicating with mobile service base stations. *See, e.g.*, https://www.samsung.com/us/smartphones/galaxy-s22/models/:<br><br>**Network & Connectivity**<br><br>**5G**<br>5G Non-Standalone (NSA), Standalone (SA), Sub6 / mmWave<br><br>**LTE**<br>Enhanced 4x4 MIMO, Up to 7CA, LTE Cat.20<br>Up to 2.0Gbps Download / Up to 200Mbps Upload<br><br>**Wi-Fi**<br>Wi-Fi 802.11 a/b/g/n/ac/ax 2.4G+5GHz+6GHz, HE160, MIMO, 1024-QAM<br>Up to 2.4Gbps Download / Up to 2.4Gbps Upload<br><br>**Bluetooth**<br>Bluetooth® v 5.2, USB type-C, NFC, Location(GPS, Galileo, Glonass, BeiDou)<br><br>**Ultra Wide Band**<br><br>*Requires optimal connection. Actual speed may vary depending on country, carrier and user environment.<br>*The bandwidths supported by the device may vary depending on the region or service provider.<br>*Download and upload speeds reaching up to 2.4Gbps only available with Wi-Fi 6E. Wi-Fi 6E only supported on Galaxy S22 Ultra and S22+.<br>Galaxy S22 has Wi-Fi 6.<br>*Galileo and BeiDou coverage may be limited. BeiDou may not be available for certain countries. |

| Claim | Public Documentation |
|---|---|
| | |
| [1b] a wireless local area network (WLAN) modem to communicate data for Internet service activities between the device and at least one WLAN, when configured for and connected to the WLAN; | The Accused Instrumentalities include "a wireless local area network (WLAN) modem to communicate data for Internet service activities between the device and at least one WLAN, when configured for and connected to the WLAN." <br><br> For example, Samsung Galaxy phones and tablets comprise a wi-fi modem for communicating over a wi-fi network s. *See, e.g.*, https://www.samsung.com/us/smartphones/galaxy-s22/models/: <br><br> **Network & Connectivity** <br><br> **5G** <br> 5G Non-Standalone (NSA), Standalone (SA), Sub6 / mmWave <br><br> **LTE** <br> Enhanced 4x4 MIMO, Up to 7CA, LTE Cat.20 <br> Up to 2.0Gbps Download / Up to 200Mbps Upload <br><br> **Wi-Fi** <br> Wi-Fi 802.11 a/b/g/n/ac/ax 2.4G+5GHz+6GHz, HE160, MIMO, 1024-QAM <br> Up to 2.4Gbps Download / Up to 2.4Gbps Upload <br><br> **Bluetooth** <br> Bluetooth® v 5.2, USB type-C, NFC, Location(GPS, Galileo, Glonass, BeiDou) <br><br> **Ultra Wide Band** <br><br> *Requires optimal connection. Actual speed may vary depending on country, carrier and user environment. <br> *The bandwidths supported by the device may vary depending on the region or service provider. <br> *Download and upload speeds reaching up to 2.4Gbps only available with Wi-Fi 6E. Wi-Fi 6E only supported on Galaxy S22 Ultra and S22+. <br> Galaxy S22 has Wi-Fi 6. <br> *Galileo and BeiDou coverage may be limited. BeiDou may not be available for certain countries. |

| Claim | Public Documentation |
|---|---|
| [1c] a non-transient memory to store | The Accused Instrumentalities include "a non-transient memory to store."<br><br>For example, the Galaxy S22 model is sold with 8GB RAM and either 128GB or 256GB non-removable memory storage, in which control policies for applications are stored. *See, e.g.*, https://www.samsung.com/us/smartphones/galaxy-s22/buy/galaxy-s22-128gb-unlocked-sm-s901uzkaxaa/:<br><br> |
| [1d] a differential traffic control policy list distinguishing between a first one or more applications resident on the device and a second one or more applications and/or services resident on the device, and | The Accused Instrumentalities comprise "a differential traffic control policy list distinguishing between a first one or more applications resident on the device and a second one or more applications and/or services resident on the device."<br><br>For example, Samsung's "data saver" settings distinguish between one or more applications and/or services resident on the device. *See, e.g.*, https://www.att.com/device-support/article/wireless/KM1476382/Samsung/SamsungSMS908U/: |

| Claim | Public Documentation |
|---|---|
|  |  |
|  | ; https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/: |

| Claim | Public Documentation |
|-------|---------------------|
|       |  |

| Claim | Public Documentation |
|-------|---------------------|
|       | ; *see also* https://techshift.net/does-data-saver-apply-to-wi-fi/: **"Does data saver apply to Wi-Fi?** Does data saver affect WiFi? **No, it doesn't**. Data saver only restricts the apps from using mobile data. While you are on WiFi, your phone's data saver won't affect it." ; https://www.technipages.com/how-to-give-android-apps-unrestricted-data-access-data-saver-on: |

| Claim | Public Documentation |
|---|---|
| | "The Data Saver option is only when you're not on WiFi and affects how you see your content." |
| [1e] a differential traffic control policy applicable to at least some Internet service activities by or on behalf of the first one or more applications; | The Accused Instrumentalities comprises "a differential traffic control policy applicable to at least some Internet service activities by or on behalf of the first one or more applications."<br><br>For example, Samsung's "data saver" settings apply to at least some Internet service activities by or on behalf of an application. *See, e.g.*, https://www.att.com/device-support/article/wireless/KM1476382/Samsung/SamsungSMS908U/: |

| Claim | Public Documentation |
|-------|---------------------|
|       |  |

; https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/:





; *see also* https://techshift.net/does-data-saver-apply-to-wi-fi/:

**"Does data saver apply to Wi-Fi?**

Does data saver affect WiFi? **No, it doesn't**. Data saver only restricts the apps from using mobile data. While you are on WiFi, your phone's data saver won't affect it."

; https://www.technipages.com/how-to-give-android-apps-unrestricted-data-access-data-saver-on:

| Claim | Public Documentation |
|---|---|
|  | "The Data Saver option is only when you're not on WiFi and affects how you see your content." |
| [1f] an interface to allow a user to augment the differential traffic control policy for the first one or more applications but not for the second one or more applications and/or services; and | The Accused Instrumentalities include "an interface to allow a user to augment the differential traffic control policy for the first one or more applications but not for the second one or more applications and/or services." <br><br> For example, Samsung devices include an interface which allow users to augment Data Saver settings for some applications and/or services, but not all applications and/or services (*e.g.*, system services). *See, e.g.,* https://www.att.com/device-support/article/wireless/KM1476382/Samsung/SamsungSMS908U/: |

| Claim | Public Documentation |
|---|---|
|  |  |

; https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/:





; *see also* https://techshift.net/does-data-saver-apply-to-wi-fi/:

**"Does data saver apply to Wi-Fi?**

Does data saver affect WiFi? **No, it doesn't**. Data saver only restricts the apps from using mobile data. While you are on WiFi, your phone's data saver won't affect it."

; https://www.technipages.com/how-to-give-android-apps-unrestricted-data-access-data-saver-on:

| Claim | Public Documentation |
|---|---|
| | "The Data Saver option is only when you're not on WiFi and affects how you see your content." |
| [1g] one or more processors configured to | The Accused Instrumentalities include "one or more processors."

For example, the Galaxy S22 has either a Snapdragon (in the United States) or Exynos (in Korea) architecture-based application processor. *See, e.g.*, https://www.samsung.com/us/smartphones/galaxy-s22/buy/galaxy-s22-128gb-unlocked-sm-s901uzkaxaa/:



Snapdragon 8 Gen 1 |

| | |
|---|---|
| [1h] classify a wireless network to which the device currently connects in order to communicate data for Internet service activities as at least one of a plurality of network types that the device can connect with, | The Accused Instrumentalities "classify a wireless network to which the device currently connects in order to communicate data for Internet service activities as at least one of a plurality of network types that the device can connect with." <br><br> For example, Samsung devices use ConnectivityManager to classify wireless network connections for communicating internet service activities. *See,* *e.g.,* https://developer.android.com/reference/android/net/ConnectivityManager: |

| Claim | Public Documentation |
|---|---|
| |  |

| Claim | Public Documentation |
|---|---|
| [1i]   classify   whether   a   particular application   capable   of   both   interacting with the user in a user interface foreground of  the  device,  and  at  least  some  Internet service activities when not interacting with the   user   in   the   device   user   interface foreground, | The Accused Instrumentalities "classify whether a particular application capable of both interacting with the user in a user interface foreground of the device, and at least some Internet service activities when not interacting with the user in the device user interface foreground." <br><br> For example, Samsung Galaxy phones and tablets utilize a "data saver" mode through which the device monitors and sets application states of applications indicating whether that application is in the background or foreground of user interaction, which in turn affects the network service usage policy |

applied by the device to that application. *See, e.g.*, https://www.samsung.com/ae/support/mobile-
devices/android-pie-what-is-the-data-saver-feature/:



| Claim | Public Documentation |
|---|---|
| |  |
| [1j] is interacting with the user in the device user interface foreground, and | The Accused Instrumentalities determine when an application "is interacting with the user in the device user interface foreground." <br><br> For example, Samsung Galaxy phones and tablets utilize a "data saver" mode through which the device monitors and sets application states of applications indicating whether that application is in the |

background or foreground of user interaction. *See, e.g.,* https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/:



| Claim | Public Documentation |
|---|---|
| |  |
| [1k] selectively allow or deny one or more Internet service activities by or on behalf of the particular application based on whether or not the particular application is one of the first one or more applications, the differential traffic control policy, including any applicable user augmentation of the differential traffic | The Accused Instrumentalities "selectively allow or deny one or more Internet service activities by or on behalf of the particular application based on whether or not the particular application is one of the first one or more applications, the differential traffic control policy, including any applicable user augmentation of the differential traffic control policy, and the classifications performed by the one or more processors." For example, Samsung Galaxy phones and tablets utilize Data Saver mode through which the device monitors internet service activities and selectively allows or denies those activities based on the whether |

| | |
|---|---|
| control policy, and the classifications performed by the one or more processors. | the application is one of the first one or more applications, the user augmented traffic control policy, and the classifications. *See, e.g.,* https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/:<br><br> |

| Claim | Public Documentation |
|-------|---------------------|
|       |  |