# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC,<br><br>Defendants. | Case No. 2:23-cv-00397-JRG-RSP<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF HEADWATER RESEARCH LLC'S
### UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff Headwater Research LLC ("Headwater") respectfully seeks leave to amend its Complaint to remove allegations of willful infringement, in accordance with the parties' agreement to settle certain litigation between the parties. Defendants do not oppose.

On September 1, 2023, Headwater filed its original Complaint. Dkt. 1.

On September 10, 2025, the parties filed a Joint Notice informing the Court of the parties' agreement that partially settles the claims at issue in this action. Dkt. 294. As part of that agreement, Headwater agreed to withdraw its allegations of willful infringement and to amend its Complaint accordingly to remove such allegations.

On September 16, 2025, Headwater filed its First Amended Complaint removing its allegations of willful infringement. Dkt. 303.

Headwater respectfully submits that there is good cause for its amendment. The First Amended Complaint adds no new claims and only narrows Headwater's original claims, further streamlining this case for trial. The parties expressly agreed to Headwater making this amendment.

Accordingly, Headwater respectfully requests that leave be granted for its amendment, such that the First Amended Complaint filed at Dkt. 303 is the operative Complaint in this action.

Dated: September 25, 2025

Respectfully submitted,

/s/ Marc Fenster
Marc Fenster
CA State Bar No. 181067
mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
bwang@raklaw.com
Adam Hoffman
CA State Bar No. 218740
Email: ahoffman@raklaw.com
Dale Chang
CA State Bar No. 248657
dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
pwang@raklaw.com
James Milkey
CA State Bar No. 281283
Email: jmilkey@raklaw.com
Jason M. Wietholter

2

CA State Bar No. 337139
jwietholter@raklaw.com
James Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Fl.
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff,*
*Headwater Research LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 25, 2025.

/s/ *Marc Fenster*
Marc Fenster

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Headwater has complied with the meet and confer requirement in Local Rule CV-7(h) by meeting and conferring with counsel for Defendants. Defendants do not oppose the motion.

/s/ *Marc Fenster*
Marc Fenster