IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC,<br><br>        Defendants. | Case No. 2:23-cv-00397-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion for Leave to Amend Complaint. Having considered the matter, the Court is of the opinion that the Motion should be and is hereby **GRANTED**, such that the First Amended Complaint filed at Dkt. 303 is the operative Complaint in this action.

It is so **ORDERED**.