### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff,* | Case No. 2:23-cv-00397-JRG-RSP |
| v. | |
| AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T ENTERPRISES, LLC, | |
| *Defendants.* | |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion for Leave to Amend Complaint. **Dkt. No. 305**. After consideration, and noting its unopposed nature, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that Headwater is given leave, such that its First Amended Complaint, filed at Dkt. No. 303, is now the operative Complaint in this action.

**SIGNED this 26th day of September, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE