IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **HEADWATER RESEARCH LLC,** | |
| **Plaintiff,** | Civil Action No. 2:23-cv-00397 |
| vs. | LEAD CASE |
| **AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC,** | JURY TRIAL |
| **Defendants.** | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Robert Vincent is entering an appearance for AT&T Services, Inc. AT&T Mobility LLC, and AT&T Enterprises, LLC ("AT&T" or "Defendants") in the above referenced matter:

Robert Vincent
rvincent@gibsondunn.com
TX State Bar No. 24056454
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201
Telephone: 214.698.3281
Facsimile: 214.571.2921

Mr. Vincent is currently admitted to practice in the Eastern District of Texas.

Dated: September 30, 2025                    Respectfully submitted,

/s/ *Robert Vincent*
Robert Vincent
rvincent@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201
Telephone: 214.698.3281
Facsimile: 214.571.2921

**ATTORNEY FOR DEFENDANT AT&T SERVICES, INC., AT&T MOBILITY, LLC AND AT&T ENTERPRISES, LLC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on September 30, 2025.

/s/ *Robert Vincent*
Robert Vincent