# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:23-CV-397-JRG-RSP |
| AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP., | § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Notice of Trial Conflict and Motion to Continue Trial Date (Dkt. No. 304) filed by Defendants AT&T Services, Inc., AT&T Mobility, LLC, and AT&T Corp. In the Motion, Defendants ask the Court to continue the above-captioned case's October 3, 2025 trial date. (*Id.* at 1). However, after Defendants filed the Motion, the Court *sua sponte* released this case from such setting. Accordingly, the Motion is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 10th day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE