# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC and AT&T ENTERPRISES, LLC.,<br><br>DEFENDANTS. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>**JURY DEMANDED** |

### DEFENDANT'S FINAL INVALIDITY THEORIES, PRIOR ART REFERENCES/COMBINATIONS, AND EQUITABLE DEFENSES

Defendants AT&T Services, Inc., AT&T Mobility, LLC and AT&T Enterprises, LLC ("AT&T" of "Defendants") hereby provide disclosure of their "final invalidity theories, final prior art references/combinations, and final equitable defenses," as ordered by the Court's Second Amended Docket Control Order (Dkt. No. 212).

Pursuant to the Court's Docket Control Order, Defendants hereby discloses the following invalidity theories, prior art references/combinations, and equitable defenses[1] for trial in light of the current record (including, *e.g.*, Headwater's final election of asserted claims from September 25, 2025) and the Court's orders on the conduct of trial. The disclosure below of prior art references and combinations related to Defendants' invalidity theories is not intended to be limiting in any way on the use of other prior art references at trial, including, *e.g.*, prior art references mentioned in expert reports for purposes of background, state of the art, damages, incremental value of the claimed inventions, and other legal issues.

---

[1] AT&T understands that these equitable issues will not be at issue in the Jury Trial set for October 27th and will be taken up by the Court at a later date.

1

- Asserted Claim 15 of U.S. Patent No. 9,215,613 is invalid as anticipated under 35 U.S.C. § 102 by the T-Mobile G1 running the Android 1.6 operating system, and/or as obvious under 35 U.S.C. § 103 based on the T-Mobile G1 running the Android 1.6 operating system alone or in combination with JuiceDefender.

- Equitable Defense: Waiver, and/or Estoppel.

|  |  |
|---|---|
| Dated: October 22, 2025 | By:   */s/ Nicholas Mathews* |

    Nicholas Mathews
    Texas State Bar No. 24085457
    nmathews@McKoolSmith.com
    Alexander J. Chern
    Texas State Bar No. 24109718
    achern@McKoolSmith.com
    Clare Churchman
    Texas State Bar No. 24132041
    cchurchman@mckoolsmith.com
    **MCKOOL SMITH, P.C.**
    300 Crescent Court Suite 1500
    Dallas, TX 75201
    Telephone: (214) 978-4000
    Telecopier: (214) 978-4044

    Kevin Hess
    Texas State Bar No. 24087717
    khess@mckoolsmith.com
    James E. Quigley
    Texas State Bar No. 24075810
    jquigley@mckoolsmith.com
    **MCKOOL SMITH, P.C.**
    303 Colorado Street, Suite 2100
    Austin, TX 78701
    Telephone: (512) 692-8752

    Sean O'Leary
    Texas State Bar No. 24138326
    soleary@mckoolsmith.com
    **MCKOOL SMITH, P.C.**
    600 Travis Street, Suite 7000
    Houston, TX 77002
    Telephone: (713) 485-7300
    Telecopier: (713) 485-7344

    Deron R. Dacus
    State Bar No. 00790553
    ddacus@dacusfirm.com
    **THE DACUS FIRM, PC**
    821 ESE Loop 323, Suite 430
    Tyler, TX 75701
    Telephone: (903)705-1117
    Facsimile: (903) 581-2543

**ATTORNEYS FOR AT&T ENTERPRISES, LLC., AT&T MOBILITY LLC, AND AT&T SERVICES, INC**.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on October 22, 2025.

*/s/ Nicholas Mathews*
Nicholas Mathews
