# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § |
| v. | § |
| AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP., | §  CASE NO. 2:23-CV-00397-JRG-RSP |
| *Defendants*. | § |

## ORDER

Plaintiff Headwater Research LLC ("Headwater") previously filed a "Motion for Summary Judgment on AT&T's First, Fifth, Seventh, and Eleventh Affirmative Defenses" (Dkt. No. 120); and a "Motion for Partial Summary Judgment of No Invalidity of Claim 18 of the '613 Patent Based on Cole and Abichandani Prior Art" (Dkt. No. 123).

Magistrate Judge Payne entered Reports and Recommendations (Dkt. No. 242; 244), recommending respectively: grant in part of Headwater's "Motion for Summary Judgment on AT&T's First, Fifth, Seventh, and Eleventh Affirmative Defenses" as to inequitable conduct, and otherwise recommending denial of the Motion; and denial of Headwater's "Motion for Partial Summary Judgment of No Invalidity of Claim 18 of the '613 Patent Based on Cole and Abichandani Prior Art."

Because no objections have been filed and for the reasons set forth in the Reports and Recommendations, the Recommendations are **ADOPTED**. It is therefore **ORDERED** as follows: the "Motion for Summary Judgment on AT&T's First, Fifth, Seventh, and Eleventh Affirmative Defenses" (Dkt. No. 120) is **GRANTED** as to inequitable conduct, and otherwise

**DENIED**; and the "Motion for Partial Summary Judgment of No Invalidity of Claim 18 of the '613 Patent Based on Cole and Abichandani Prior Art" (Dkt. No. 123) is **DENIED**.

**So ORDERED and SIGNED this 28th day of October, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE