IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T INC., AT&T SERVICES, INC., § <br> AT&T MOBILITY, LLC, and AT&T § <br> CORP., § <br> *Defendants*. § | CASE NO. 2:23-CV-00397-JRG-RSP |

## ORDER

Defendants AT&T Services, Inc.; AT&T Mobility, LLC; AT&T Corp.; and AT&T Enterprises, LLC ("AT&T") previously filed a "Motion to Dismiss No. 2: Motion for Judgment on the Pleadings Under Rule 12(C) That the Asserted Claims Are Invalid Under 35 U.S.C. § 101" (Dkt. No. 130); filed a "Motion to Dismiss No. 1: for Lack of Standing" (Dkt. No. 129); a "Motion for Summary Judgment No. 1: Of Non-Infringement of US Patent No. 9,215,613" (Dkt. No. 124); a "Motion for Partial Summary Judgment No. 5: of Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 as to Certain Android Products" (Dkt. No. 128); a "Motion for Summary Judgment No. 3: of No Pre-Suit Willful Infringement, Indirect Infringement, Or Copying" (Dkt. No. 126); and a "Motion for Partial Summary Judgment No. 4: That Headwater's Damages Are Limited By 35 U.S.C. § 287" (Dkt. No. 127.)

Magistrate Judge Payne entered Reports and Recommendations (Dkt. Nos. 239; 241; 251; 263; 264; 265), recommending respectively: denial of AT&T's "Motion to Dismiss No. 2: Motion for Judgment on the Pleadings Under Rule 12(C) That the Asserted Claims Are Invalid Under 35 U.S.C. § 101"; denial of AT&T's "Motion to Dismiss No. 1: for Lack of Standing."; denial of AT&T's "Motion for Summary Judgment No. 1: Of Non-Infringement of US Patent No.

9,215,613"; denial of AT&T's "Motion for Partial Summary Judgment No. 5: of Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 as to Certain Android Products"; and grant-in-part of AT&T's "Motion for Partial Summary Judgment No. 4: That Headwater's Damages Are Limited By 35 U.S.C. § 287" as to Plaintiff not having given pre-suit actual notice to Defendants, and otherwise recommending denial of the Motion.

AT&T has now filed respective Objections (Dkt. Nos. 246; 247; 282; 296; 297; 295.) After conducting a *de novo* review of the briefing on the Motions, the Reports and Recommendations, and the briefing on AT&T's Objections, the Court agrees with the reasoning provided within the Reports and Recommendations and concludes that the Objections fail to show that the Reports and Recommendations were erroneous. Consequently, the Court **OVERRULES** AT&T's Objections and **ADOPTS** the Reports and Recommendations and orders as follows: the "Motion to Dismiss No. 2: Motion for Judgment on the Pleadings Under Rule 12(C) That the Asserted Claims Are Invalid Under 35 U.S.C. § 101" (Dkt. No. 130) is **DENIED**; the "Motion to Dismiss No. 1: for Lack of Standing" (Dkt. No. 129) is **DENIED**; the "Motion for Summary Judgment No. 1: Of Non-Infringement of US Patent No. 9,215,613" (Dkt. No. 124) is **DENIED**; the "Motion for Partial Summary Judgment No. 5: of Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 as to Certain Android Products" (Dkt. No. 128) is **DENIED**; the "Motion for Summary Judgment No. 3: of No Pre-Suit Willful Infringement, Indirect Infringement, Or Copying" (Dkt. No. 128) is **GRANTED** at to no copying by AT&T, and otherwise **DENIED**; and the "Motion for Partial Summary Judgment No. 4: That Headwater's Damages Are Limited By 35 U.S.C. § 287" (Dkt. No. 127) is **GRANTED** as to Plaintiff not having given pre-suit actual notice to Defendants, and otherwise **DENIED**.

**So ORDERED and SIGNED this 28th day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE