# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § § § |
| v. | § |
| AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP., | § § § § |
| *Defendants*. | § § |

CASE NO. 2:23-CV-00397-JRG-RSP

## ORDER

Plaintiff Headwater Research LLC ("Headwater") previously filed a "Motion for Leave to Supplement Expert Reports Based on Newly Produced Discovery" (Dkt. No. 143.) Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 243), granting-in-part Headwater's "Motion for Leave to Supplement Expert Reports Based on Newly Produced Discovery" as to the Apple Data and the AT&T produced materials including ATT_HEADWATER_00142510. Defendants AT&T Services, Inc.; AT&T Mobility, LLC; AT&T Corp.; and AT&T Enterprises, LLC ("AT&T") have now filed Objections (Dkt. No. 256), with Headwater filing a Response (Dkt. No. 290.)

After reviewing the briefing on the "Motion for Leave to Supplement Expert Reports Based on Newly Produced Discovery," Judge Payne's Memorandum Order, and the briefing on AT&T's Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** AT&T's Objections (Dkt. No. 256) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No. 243).

**So ORDERED and SIGNED this 28th day of October, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE