# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff,* | § |
| v. | § |
| AT&T INC., AT&T SERVICES, INC., AT&T MOBILITY, LLC, and AT&T CORP., | §  CASE NO. 2:23-CV-00397-JRG-RSP |
| *Defendants.* | § |

## ORDER

Defendants AT&T Services, Inc.; AT&T Mobility, LLC; AT&T Corp.; and AT&T Enterprises, LLC ("AT&T") previously filed a "Motion for Sanctions Under Fed. R. Civ. P. 37(e)(1)" (Dkt. No. 118.) Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 238), denying AT&T's "Motion for Sanctions Under Fed. R. Civ. P. 37(e)(1)." AT&T has now filed Objections (Dkt. No. 248), with Plaintiff Headwater Research LLC filing a Response (Dkt. No. 289.)

After reviewing the briefing on the "Motion for Sanctions Under Fed. R. Civ. P. 37(e)(1)," Judge Payne's Memorandum Order, and the briefing on AT&T's Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** AT&T's Objections (Dkt. No. 248) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No.238).

**So ORDERED and SIGNED this 28th day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE