# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § AT&T INC., AT&T SERVICES, INC., § AT&T MOBILITY, LLC, and AT&T § CORP., § § *Defendants*. § | CASE NO. 2:23-CV-00397-JRG-RSP |

## ORDER

Before the Court is the Claim Construction Order ("Order") of Magistrate Judge Payne dated January 21, 2025 (Dkt. No. 97). Defendants AT&T Services, Inc.; AT&T Mobility, LLC; AT&T Corp.; and AT&T Enterprises, LLC ("AT&T") has filed Objections to the Order (Dkt. No. 106.)

After considering the reasoning provided in the Order, the underlying claim construction briefing, and AT&T's Objections, the Court agrees with the conclusions reached within the Order and finds AT&T's arguments within its Objections unpersuasive. Accordingly, the Court **OVERRULES** AT&T's Objections and **ADOPTS** the Claim Construction Order.

**So ORDERED and SIGNED this 28th day of October, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE