IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T INC., AT&T SERVICES, INC., § <br> AT&T MOBILITY, LLC, and AT&T § <br> CORP., § <br> § <br> *Defendants*. § | CASE NO. 2:23-CV-00397-JRG-RSP |

## ORDER

Plaintiff Headwater Research LLC ("Headwater") previously filed a "Motion to Exclude or Strike Testimony of Robert Lagrone" (Dkt. No. 135); and a "Motion to Exclude Testimony of AT&T's Damages Expert Melissa Bennis" (Dkt. No. 133.)

Magistrate Judge Payne entered respective Memorandum Orders (Dkt. Nos. 274; 284), granting Headwater's "Motion to Exclude or Strike Testimony of Robert Lagrone" as to the four exhibits that Mr. LaGrone relies on, and otherwise denying the Motion; and granting Headwater's "Motion to Exclude Testimony of AT&T's Damages Expert Melissa Bennis" as to (1) footnote 660, (2) reference to the value of non-comparable AT&T-produced licenses, (3) all sections of paragraphs 331 and 332 discussing NIAs for which there is no evidence or analysis of availability and acceptability, and (4) the second and third sentences of paragraph 340; and otherwise denying the Motion.

Defendants AT&T Services, Inc.; AT&T Mobility, LLC; AT&T Corp.; and AT&T Enterprises, LLC ("AT&T") have now filed respective Objections (Dkt. Nos. 302; 299), with Plaintiff Headwater Research LLC filing respective Responses (Dkt. No. 312; 313.)

After reviewing the briefing on the Motions, Judge Payne's Memorandum Orders, and the briefing on AT&T's Objections, the Court agrees with the reasoning provided within the Memorandum Orders and concludes that the Objections fail to show that the Memorandum Orders were clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** AT&T's Objections (Dkt. No. 302; 299) and **ADOPTS** Judge Payne's Memorandum Orders (Dkt. No. 274; 284).

**So ORDERED and SIGNED this 28th day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE