IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T INC., AT&T SERVICES, INC., § <br> AT&T MOBILITY, LLC, and AT&T § <br> CORP., § <br> § <br> *Defendants*. § | CASE NO. 2:23-CV-00397-JRG-RSP |

## ORDER

Defendants AT&T Services, Inc.; AT&T Mobility, LLC; AT&T Corp.; and AT&T Enterprises, LLC ("AT&T") previously filed a "Motion for Summary Judgment No. 2: of Non-Infringement of US Patent No. 8,589,541" (Dkt. No. 125.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 254), recommending denial of AT&T's "Motion for Summary Judgment No. 2: of Non-Infringement of US Patent No. 8,589,541." Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the "Motion for Summary Judgment No. 2: of Non-Infringement of US Patent No. 8,589,541" (Dkt. No. 125) is **DENIED**.

**So ORDERED and SIGNED this 28th day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE