IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T INC., AT&T SERVICES, INC., § <br> AT&T MOBILITY, LLC, and AT&T § <br> CORP., § <br> § <br> *Defendants*. § | CASE NO. 2:23-CV-00397-JRG-RSP |

### ORDER

Defendants AT&T Services, Inc.; AT&T Mobility, LLC; AT&T Corp.; and AT&T Enterprises, LLC ("AT&T") previously filed a "Daubert Motion No. 1: and Motion to Strike the Opinions of Dr. Richard D. Wesel" (Dkt. No. 131); a "Motion to Strike No. 3: Daubert Motion to Exclude Expert Opinions of Coleman Bazelon" (Dkt. No. 133); a "Motion to Strike No. 4: Daubert Motion to Exclude Expert Opinions of Jim W. Bergman" (Dkt. No. 134); and a "Daubert Motion No. 2: and Motion to Strike the Opinions of Dr. Erik de la Iglesia" (Dkt. No. 132.)

Magistrate Judge Payne entered respective Memorandum Orders (Dkt. Nos. 250; 259; 260; 262), granting-in-part AT&T's "Daubert Motion No. 1: and Motion to Strike the Opinions of Dr. Richard D. Wesel" as to Dr. Wesel's opinions regarding Defendants' knowledge, intent, state of mind, and willful blindness, and otherwise denying the Motion; denying AT&T's "Motion to Strike No. 3: Daubert Motion to Exclude Expert Opinions of Coleman Bazelon"; denying AT&T's "Motion to Strike No. 4: Daubert Motion to Exclude Expert Opinions of Jim W. Bergman"; and granting AT&T's "Daubert Motion No. 2: and Motion to Strike the Opinions of Dr. Erik de la Iglesia" as to the sections of Mr. de la Iglesia's report that rely on Dr. Wesel's carrier-specific

appendices regarding each carrier's alleged knowledge of ItsOn, Headwater, and the asserted patents, and otherwise denying the Motion.

AT&T has now filed respective Objections (Dkt. Nos. 283; 298; 300; 301), with Plaintiff Headwater Research LLC filing respective Responses (Dkt. Nos. 318; 314; 317; 316)

After reviewing the briefing on the Motions, Judge Payne's Memorandum Orders, and the briefing on AT&T's Objections, the Court agrees with the reasoning provided within the Memorandum Orders and concludes that the Objections fail to show that the Memorandum Orders were clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** AT&T's Objections (Dkt. No. 283; 298; 300; 301) and **ADOPTS** Judge Payne's Memorandum Orders (Dkt. Nos. 250; 259; 260; 262).

**So ORDERED and SIGNED this 28th day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE