# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, AT&T CORP., and AT&T ENTERPRISES, LLC.<br><br>    Defendants. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Plaintiff Headwater Research LLC ("Headwater" or "Plaintiff") and Defendants AT&T Services, Inc., AT&T Mobility, LLC, AT&T Corp. and AT&T Enterprises, LLC (collectively, "AT&T" or "Defendants") (together, the "Parties") have fully resolved this case. Accordingly, the Parties jointly move to dismiss: (1) Headwater's claims against AT&T as to the Accused Google Pixel products **WITHOUT PREJUDICE;** (2) all of Headwater's other claims **WITH PREJUDICE;** and (3) AT&T's counterclaims and defenses **WITHOUT PREJUDICE.** The Parties further request that all attorneys' fees, costs and expenses be borne by each Party incurring the same.

Dated: November 4, 2025,                                  Respectfully submitted,

/s/ Marc Fenster                                          /s/ Nicholas Mathews
CA State Bar No. 181067                                   Nicholas Mathews
Email: mfenster@raklaw.com                                Texas State Bar No. 24085457
Reza Mirzaie                                              nmathews@McKoolSmith.com
CA State Bar No. 246953                                   Alexander J. Chern
Email: rmirzaie@raklaw.com                                Texas State Bar No. 24109718
Brian Ledahl                                              achern@McKoolSmith.com
CA State Bar No. 186579                                   Clare Churchman
Email: bledahl@raklaw.com                                 Texas State Bar No. 24132041
Ben Wang                                                  cchurchman@mckoolsmith.com
CA State Bar No. 228712                                   **MCKOOL SMITH, P.C.**
Email: bwang@raklaw.com                                   300 Crescent Court Suite 1500
Adam Hoffman                                              Dallas, TX 75201
CA State Bar No. 218740                                   Telephone: (214) 978-4000
Email: ahoffman@raklaw.com                                Telecopier: (214) 978-4044
Dale Chang
CA State Bar No. 248657                                   Kevin Hess
Email: dchang@raklaw.com                                  Texas State Bar No. 24087717
Paul Kroeger                                              khess@mckoolsmith.com
CA State Bar No. 229074                                   **MCKOOL SMITH, P.C.**
Email: pkroeger@raklaw.com                                303 Colorado Street, Suite 2100
Neil A. Rubin                                             Austin, TX 78701
CA State Bar No. 250761                                   Telephone: (512) 692-8752
Email: nrubin@raklaw.com
Kristopher Davis                                          Deron R. Dacus
CA State Bar No. 329627                                   State Bar No. 00790553
Email: kdavis@raklaw.com                                  ddacus@dacusfirm.com
James S. Tsuei                                            **THE DACUS FIRM, PC**
CA State Bar No. 285530                                   821 ESE Loop 323, Suite 430
Email: jtsuei@raklaw.com                                  Tyler, TX 75701
Philip Wang                                               Telephone: (903)705-1117
CA State Bar No. 262239                                   Facsimile: (903) 581-2543
Email: pwang@raklaw.com
Jason M. Wietholter                                       *Attorneys For AT&T*
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

2

Telephone: 310-826-7474

Andrea L. Fair
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on November 4, 2025.

*/s/ Nicholas Mathews*
Nicholas Mathews

**CERTIFICATE OF CONFERENCE**

I hereby certify that on November 4, 2025, counsel for Defendants conferred with counsel for Plaintiff and that this Joint Motion is unopposed.

*/s/ Nicholas Mathews*
Nicholas Mathews