# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AT&T SERVICES, INC., AT&T MOBILITY, LLC, AT&T CORP., and AT&T ENTERPRISES, LLC.<br><br>　　　　Defendants. | Civil Action No. 2:23-cv-00397-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO DISMISS

Before the Court is the Parties Joint Motion to Dismiss. Having considered the Motion, it is hereby **GRANTED**. Headwater's claims against AT&T as to the Accused Google Pixel products are dismissed **WITHOUT PREJUDICE**; all of Headwater's other claims are dismissed **WITH PREJUDICE**; and AT&T's counterclaims and defenses are dismissed **WITHOUT PREJUDICE**.

It is so **ORDERED**.