# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T SERVICES, INC., AT&T § <br> MOBILITY, LLC, AT&T CORP., AND § <br> AT&T ENTERPRISES, LLC, § <br> *Defendants*. § § § | CASE NO. 2:23-CV-00397-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Headwater Research LLC ("Plaintiff") and AT&T Services, Inc., AT&T Mobility, LLC, AT&T Corp., and AT&T Enterprises, LLC ("Defendants"). (Dkt. No. 332.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of: (1) Headwater's claims against AT&T as to the Accused Google Pixel products WITHOUT PREJUDICE; (2) all of Headwater's other claims WITH PREJUDICE; and (3) AT&T's counterclaims and defenses WITHOUT PREJUDICE.. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned case as to the Accused Google Pixel products are **DISMISSED WITHOUT PREJUDICE**; all other claims and causes of action asserted by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**; and all counterclaims and causes of action asserted by Defendants against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

## So Ordered this

**Nov 13, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE